Fill in this information to identify the case:

Debtor name: **Wohali Land Estates, LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rare Earth Hardwoods** c/o Amy Guiseppi | | Potential liability for trade debts of Wohali Builders LLC | Contingent Unliquidated Disputed | | | $567,204.34 |
| **Eave Partners, LLC** c/o Northwest Registered Agent 7533 South Center View Court, Suite N West Jordan, UT 84084 | | Pending Lawsuit | | | | $489,492.63 |
| **Allied Mechanical LLC** | | Potential liability for trade debts of Wohali Builders LLC | Contingent Unliquidated Disputed | | | $446,113.76 |
| **Sunbelt Rentals** c/o Kimberly Cohen | | Potential liability for trade debts of Wohali Builders LLC | Contingent Unliquidated Disputed | | | $270,221.85 |
| **American Express** P.O.Box 981535 El Paso, TX 79998 | | Credit Cards | | | | $228,268.65 |
| **Snell & Wilmer, LLP** c/o Wade Budge 15 West South Temple, Suit 1200 Salt Lake City, UT 84101 | | Legal Services | | | | $221,972.00 |
| **American Eagle Ready Mix Utah** c/o Shelly Rentmeister | | Potential liability for trade debts of Wohali Builders LLC | Contingent Unliquidated Disputed | | | $185,421.74 |
| **Empire Turf Inc.** c/o Kristel Lundberg | | Potential liability for trade debts of Wohali Builders LLC | Contingent Unliquidated Disputed | | | $178,095.47 |

Debtor **Wohali Land Estates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enertech Global LLC**<br>c/o Rosie McDonald | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $177,552.98 |
| **Heritage CPAs PLLC**<br>c/o Scott Hennessy<br>5749 NW 132nd Street<br>Oklahoma City, OK 73142 | | **Accounting Services** | **Contingent Unliquidated** | | | $119,985.00 |
| **A&C Fireplaces, LLC**<br>dba Uintah Fireplace and Design | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $119,226.25 |
| **Knight Trucking Utah LLC**<br>c/o Alicia Avila Zambrano | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $119,226.25 |
| **Chariot Inc**<br>dba Chariot Plumbing Supply and Design | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $108,779.12 |
| **Reladyne West LLC** | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $95,061.72 |
| **Northwest Cascade, Inc. dba Honey Bucket**<br>c/o Kelly Malick | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $91,815.87 |
| **Pye-Barker Fire & Safety, LLC** | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $87,764.08 |
| **Warmboard Inc**<br>c/o Newell Andrus | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | $84,432.06 |
| **Langvardt Design Group**<br>336 West Broadway, Suite 110<br>Salt Lake City, UT 84101 | | **Professional Services** | | | | $79,387.50 |
| **ICM Solutions, LLC**<br>4901 West 2100 South<br>Salt Lake City, UT 84120 | | **Pending Lawsuit - Breach of Contract** | **Contingent Unliquidated Disputed** | | | $74,736.46 |

Debtor **Wohali Land Estates, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Greensource, LLC c/o Tony Johnson** | | **Potential liability for trade debts of Wohali Builders LLC** | **Contingent Unliquidated Disputed** | | | **$74,108.69** |