B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Utah

In re **Wohali Land Estates, LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **REASONABLE FEE**
   Prior to the filing of this statement I have received $ **\*73,262**
   Balance Due $ **REASONABLE FEE**

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 8, 2025
*Date*

/s/ Mark C. Rose
**Mark C. Rose 13855**
*Signature of Attorney*
**McKay, Burton & Thurman, P.C.
2180 S 1300 E STE 400
Salt Lake City, UT 84106-7814
801-521-4135  Fax: 801-521-4252
mrose@mbt-law.com**
*Name of law firm*

---

\*On August 1, 2025, McKay, Burton & Thurman, P.C., received $100,000 from the debtor. Of this amount, $1,738 was for the Chapter 11 filing fee, $25,000 for the retention of Snell & Wilmer LLP as special counsel (employment application to be filed), and $73,262 as a legal fee retainer for MBT. Prior to commencing this case, MBT incurred $10,077.50 in legal fees and expenses, leaving a balance of $63,184.50 on hand at the time of filing.