This order is SIGNED.

Dated: August 21, 2025


**PEGGY HUNT**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>WOHALI LAND ESTATES, LLC,<br><br>Debtor. | Bankruptcy Number: 25-24610<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

## ORDER GRANTING IN PART AND DENYING IN PART WOHALI CONCERNED OWNERS' EMERGENCY APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

The matter before the Court is the *Wohali Concerned Owners' Emergency Application for Administrative Expense Claim* (the "**Application**" (Dkt. No. 12)). The Wohali Concerned Owners (the "**Owners**")[1] propose to fund payroll and related withholding and benefits

---

[1] Collectively, at this time, the "**Wohali Concerned Owners**" consist of: HKB Sisters, LLC, a Utah limited liability company (Owner of Lot #1); General Hancock Enterprises LA, LLC, a Delaware limited liability company (Owner of Lots #2 and #66); ATOT Utah, LLC, a Utah limited liability company (Owner of Lot #3 and Airspace Unit #20); Whitestripe Mountain LLC, a Florida limited liability company (Owner of Lot #6); Ernest T. Wakabayashi, as Trustee of The Ernest T. Wakabayashi Trust (Owner of Lot #9); Timothy Kutzkey and Lisa Tenorio-Kutzkey, as Trustees of The Kutzkey Family Trust (Owner of Lot #11); WFH, LLC, a Wyoming limited liability company (Owner of Lot #12); Gumer C. Alvero and Amy J. Alvero, as Trustees of The Gumer C. Alvero Revocable Trust (Owner of Lot #28 and Airspace Unit #15); Whitestripe Wohali, LLC, a Florida limited liability company (Owner of Lot #56); Brian Ehman, an

(collectively, the "**Payroll**") to be paid to the persons listed on the schedule attached as **Exhibit A** (the "**Schedule**") and maintain that this funding provides a benefit to the estate allowing them an administrative expense under 11 U.S.C. § 503(b)(1) entitled to priority under 11 U.S.C. § 507(a). *Notice* of a preliminary hearing on the Application (Dkt. No. 13) was filed and served on shortened notice as permitted by the Court. *See* Dkt. No. 17. The United States Trustee (the "**U.S. Trustee**") filed an *Objection* to the Application (Dkt. No. 16).

A hearing on the Application was held on August 15, 2025. Present at the hearing were David P. Billings of Fabian VanCott on behalf of the Owners, Mark C. Rose of McKay Burton & Thurman on behalf of Wohali Land Estates, LLC (the "**Debtor**"), Michael R. Johnson of Ray Quinney and Nebeker on behalf of EB5AN Wohali Utah Fund XV, LP, and Mathew Burne for the U.S. Trustee. Representations and argument were made on the record. Counsel for the U.S. Trustee stated on the record that notwithstanding the Objection, the U.S. Trustee is comfortable with interim relief, which the Court interprets as a withdrawal of the Objection. After the hearing, the Owners filed the Schedule at Dkt. No. 23.

The Court has considered the Application, the U.S. Trustee's Objection, the argument and representations of counsel made on the record at the hearing, the Schedule, and the applicable law, and it has determined that good cause exists to grant the relief requested in part subject to the conditions set forth herein.

It is therefore **ORDERED, ADJUDGED, AND DECREED that**:

1. The Application is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

2. The Court deems withdrawn the U.S. Trustee's Objection. Insofar as the Objection was not withdrawn, the Court **OVERRULES** the Objection.

---

individual (Owner of Lot #67); Ellen M. Lampert and Mark A. Lampert, as Trustees of The Ellen M. Lampert Trust (Owner of Lot #70); Benjamin Goldthorp and Stephanie Goldthorp, individuals (Owner of Lot #71).

3. The Owners will provide funding for Payroll as set forth in the Schedule and are **ALLOWED** a claim in this case for the actual amount paid up to $161,689.55 that, subject to the reservation of rights in ¶ 8 below, is an administrative expense of the Debtor's estate pursuant to 11 U.S.C. § 503(b)(1) and afforded priority under 11 U.S.C. § 507(a)(2).

4. To the extent any individual listed in the Schedule is an employee of the Debtor and the Payroll is attributed to services provided prior to the filing of this case, payment is **AUTHORIZED** and shall be applied to the individual's priority wage claim allowed under 11 U.S.C. § 507(a)(4).

5. The request in Paragraph 24.v of the Application is **DENIED** for lack of jurisdiction.

6. The Debtor must use its reasonable best efforts to ensure the Payroll is paid as set forth in the Schedule.

7. Within fourteen (14) days of the entry of this Order, the Owners must file and serve on all parties in interest in this case a *Notice of Administrative Expense Claim* that includes the following:

   a. The total amount the Owners actually paid to fund the Payroll;

   b. The date(s) of payment(s);

   c. The name(s) of the entit(ies) that received the payment(s);

   d. The financial institution(s) where the funds were deposited and the last four digit(s) of the account(s) into which the funds were deposited; and

   e. Any other information that supports allowance of an administrative expense in this case under 11 U.S.C. § 503(b)(1).

8. Nothing in this Order shall be construed as a waiver of any rights of any party in interest to dispute or object to the Notice of Administrative Expense Claim on the basis that the payments do not satisfy the requirements of 11 U.S.C. §§ 503(b) and 507(a).

9. The Owners may file with the Court and serve on all parties in interest a notice of hearing with a set deadline to object to the *Notice of Administrative Expense Claim* if desired.

10. To the extent the fourteen-day stay imposed by Fed. R. Bankr. P. 6004(h) applies to the Application, it is **WAIVED**.

11. This Order is effective as of August 15, 2025.

------------------------------------------**END OF DOCUMENT**-------------------------------------------

# DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **David P. Billings**    dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Scott S Bridge**    sbridge@keslerrust.com
- **Matthew James Burne**    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**    rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com; ASanchez@rqn.com; RQN@ecfalerts.com
- **Matt C. Osborne**    matt@oblawpc.com
- **Mark C. Rose**    mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink**    jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**By Manual Notice List**: The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients:

- (No manual recipients)

# Exhibit A

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | ORG UNIT | LAST NAME | FIRST NAME | ID | PERIOD START DATE | PERIOD END DATE | CHECK DATE | HOURLY AMOUNT |
| 2 | 1 Hourly / 6 Design | Moore | Lindsay L | 1090 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1516.13 |
| 3 | 1 Hourly / 9 Golf Construction | Cisneros | Froelan | 1026 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 4 | 1 Hourly / 9 Golf Construction | Hinojosa Ruiz | Rosmel | 5463 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1484.6 |
| 5 | 1 Hourly / 9 Golf Construction | Human Martine | Kevin | 3094 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1600 |
| 6 | 1 Hourly / 9 Golf Construction | Teran | Juan | 1549 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1920 |
| 7 | 2 Salary / 9 Golf Construction | Gonzalez Trejo | Vicente | 3076 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 8 | 2 Salary / 9 Golf Construction | Ibarez | Elevit | 6306 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 9 | 1 Hourly / 11 Landscape | Arellano | Teodoro | 2848 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1080 |
| 10 | 1 Hourly / 11 Landscape | Claudio | Emmanuel | 7991 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1200 |
| 11 | 1 Hourly / 11 Landscape | Claudio | Fabian | 9002 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 699.72 |
| 12 | 1 Hourly / 11 Landscape | Claudio | Jose | 8557 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1200 |
| 13 | 1 Hourly / 11 Landscape | Claudio | Jose | 8557 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 14 | 1 Hourly / 11 Landscape | Fajardo | Carlos | 5450 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 960 |
| 15 | 1 Hourly / 11 Landscape | Figueroa | Martin | 3927 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1200 |
| 16 | 1 Hourly / 11 Landscape | Garcia | Antonio | 8854 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1200 |
| 17 | 1 Hourly / 11 Landscape | Romero | Enedino D | 0145 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 860 |
| 18 | 2 Salary / 11 Landscape | Garcia | Jose | 1455 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 19 | 1 Hourly / 1 Construction / 13 Mechanic | Brierley | Zeke M | 6270 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1752.72 |
| 20 | 1 Hourly / 1 Construction / 13 Mechanic | Hortin | Jeff T | 3098 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1741.27 |
| 21 | 1 Hourly / 1 Construction / 13 Mechanic | Maxfield | Garrett S | 0785 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2126.6 |
| 22 | 1 Hourly / 1 Construction / 14 Metal | Bowen | Anna E | 4426 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 385.12 |
| 23 | 1 Hourly / 1 Construction / 14 Metal | Rees | Thomas D | 4179 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2824.5 |
| 24 | 2 Salary / 1 Construction / 21 Warranty | Moore | Jason | 5839 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 25 | 1 Hourly / 23 Golf Maintenance | Almazan | Sergio | 5668 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1920 |
| 26 | 1 Hourly / 23 Golf Maintenance | Alvarado | Alexander M | 9028 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1520.4 |
| 27 | 1 Hourly / 23 Golf Maintenance | Barbat | Mike | 1018 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1697.28 |
| 28 | 1 Hourly / 23 Golf Maintenance | Bravo Artigas | Yoalis P | 543 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1730 |
| 29 | 1 Hourly / 23 Golf Maintenance | Cowan | Gibson C | 9613 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2480 |
| 30 | 1 Hourly / 23 Golf Maintenance | Diaz | Alejandro G | 6038 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1920 |
| 31 | 1 Hourly / 23 Golf Maintenance | Evies | Hibeth Carolina | 1052 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1600 |
| 32 | 1 Hourly / 23 Golf Maintenance | Gonzales | Kleiber J | 6341 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 33 | 1 Hourly / 23 Golf Maintenance | Gonzalez Gonz | Humberto J | 1053 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1600 |

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HOURLY HOURS | HOURLY RATE | OVERTIME AMOUNT | OVERTIME HOURS | OVERTIME RATE | SALARY AMOUNT | SALARY HOURS | SALARY HOURS MEMO'D | VACATION AMOUNT |
| 2 | 39.38 | 38.5 | | | | | | | |
| 3 | 80 | 21 | 671.58 | 21.32 | 31.5 | | | | |
| 4 | 74.23 | 20 | 401.4 | 13.38 | 30 | | | | |
| 5 | 80 | 20 | 614.1 | 20.47 | 30 | | | | |
| 6 | 80 | 24 | 735.48 | 20.43 | 36 | | | | 160 |
| 7 | | | | | | | | | |
| 8 | | | | | | 2403.85 | 52.72 M | | |
| 9 | 40 | 27 | 40.5 | 1 | 40.5 | 2692.31 | 52.8 M | | |
| 10 | 40 | 30 | 180 | 4 | 45 | | | | |
| 11 | 33.32 | 21 | | | | | | | |
| 12 | 40 | 30 | 102.15 | 2.27 | 45 | | | | |
| 13 | | | 81.9 | 1.82 | 45 | | | | |
| 14 | 40 | 24 | 139.68 | 3.88 | 36 | | | | |
| 15 | 40 | 30 | 61.65 | 1.37 | 45 | | | | |
| 16 | 40 | 30 | 175.5 | 3.9 | 45 | | | | |
| 17 | 40 | 21.5 | 132.87 | 4.12 | 32.25 | | | | |
| 18 | | | | | | 2307.69 | 9.37 M | | |
| 19 | 73.03 | 24 | | | | | | | |
| 20 | 42.47 | 41 | | | | | | | |
| 21 | 75.95 | 28 | 97.44 | 2.32 | 42 | | | | 224 |
| 22 | 24.07 | 16 | | | | | | | |
| 23 | 67.25 | 42 | 280.35 | 4.45 | 63 | | | | |
| 24 | | | | | | 4230.77 | 64.9 M | | |
| 25 | 80 | 24 | 743.4 | 20.65 | 36 | | | | |
| 26 | 76.02 | 20 | 658.5 | 21.95 | 30 | | | | |
| 27 | 70.72 | 24 | | | | | | | |
| 28 | 86.5 | 20 | | | | | | | |
| 29 | 80 | 31 | 654.72 | 14.08 | 46.5 | | | | |
| 30 | 80 | 24 | 513.72 | 14.27 | 36 | | | | 384 |
| 31 | 80 | 20 | 512.4 | 17.08 | 30 | | | | |
| 32 | 80 | 21 | 482.9 | 15.33 | 31.5 | | | | |
| 33 | 80 | 20 | 478.5 | 15.95 | 30 | | | | |

| | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VACATION HOURS | VACATION RATE | 401K ER MATCH AMOUNT | FED INCOME TAX | MEDICARE | SOCIAL SECURITY | UT INCOME TAX | 401K EE PRETAX | CRITICAL ILLNESS PRE |
| 2 | | | 3.79 | 34.71 | 21.98 | 94 | 43.33 | 15.16 | |
| 3 | | | | | 34.1 | 145.8 | 92.67 | | |
| 4 | 8 | 20 | | | 29.67 | 126.85 | | | |
| 5 | | | 5.54 | | 32.1 | 137.28 | | 22.14 | |
| 6 | | | | 26.62 | 38.23 | 163.43 | 118.62 | | |
| 7 | | | 18.03 | 108.22 | 33.07 | 141.4 | 84.37 | 72.12 | |
| 8 | | | 20.19 | 162.23 | 34.91 | 149.24 | 104.68 | 80.77 | |
| 9 | | | 2.8 | | 16.24 | 69.47 | 42.48 | 11.21 | |
| 10 | | | 3.45 | | 20.01 | 85.56 | 57.38 | 13.8 | |
| 11 | | | 1.75 | | 10.15 | 43.38 | | 7 | |
| 12 | | | 3.46 | | 20.07 | 85.81 | 57.61 | 13.84 | |
| 13 | | | | | | | | | |
| 14 | | | 2.75 | | 15.95 | 68.18 | 41.28 | 11 | |
| 15 | | | | | 18.29 | 78.23 | 51.31 | | |
| 16 | | | 3.44 | | 19.95 | 85.28 | 57.12 | 13.76 | |
| 17 | | | 2.48 | | 14.4 | 61.56 | 13.29 | 9.93 | |
| 18 | | | 5.77 | | 33.46 | 143.08 | 88.79 | 23.08 | |
| 19 | | | | 101.87 | 21.18 | 90.56 | 129.32 | | 3.32 |
| 20 | | | 4.35 | 98.95 | 21.68 | 92.72 | 63.86 | 17.41 | |
| 21 | 8 | 28 | 6.12 | 232.42 | 35.49 | 151.78 | 109.06 | 24.48 | |
| 22 | | | | | 5.58 | 23.88 | 0.48 | | |
| 23 | | | 7.76 | 212.9 | 42.11 | 180.03 | 122.89 | 31.05 | 56.08 |
| 24 | | | 10.58 | 199.9 | 55.33 | 236.6 | 169.82 | 42.31 | 16.13 |
| 25 | | | 6.66 | | 38.62 | 165.13 | 109.21 | 26.63 | |
| 26 | | | | 183.06 | 31.59 | 135.09 | 98.05 | | |
| 27 | | | | 125.27 | 24.61 | 105.23 | 76.38 | | |
| 28 | | | | 33.05 | 25.09 | 107.26 | 77.85 | | |
| 29 | | | 7.84 | 322.73 | 42.98 | 183.79 | 131.99 | 31.35 | 5.4 |
| 30 | 16 | 24 | 7.04 | 271.93 | 40.85 | 174.7 | 125.53 | 28.18 | |
| 31 | | | | | 30.63 | 130.97 | | | |
| 32 | | | | | 31.36 | 134.1 | 97.33 | | |
| 33 | | | | 74.87 | 30.14 | 128.86 | 93.53 | | |

| | AA | AB | AC | AD | AE | AF | AG | AH |
|---|---|---|---|---|---|---|---|---|
| | DENTAL PRETAX | DEP CARE EE PRETAX | MED FSA EE PRETAX | MEDICAL PRETAX | ROTH 401K EE | UNUM BASIC LIFE ER-MEMO | UNUM HOSPITAL PRETAX | UNUM LTD |
| 1 | | | | | | 0.76 | | |
| 2 | | | | | | 0.76 | | |
| 3 | | | | | | 0.76 | | |
| 4 | | | | | | 0.76 | | |
| 5 | | | | | | 0.76 | | |
| 6 | 19.44 | | | | | 0.76 | 5.2 | |
| 7 | | | | 115 | | 0.76 | 5.2 | |
| 8 | | | | 277.07 | | 0.76 | 5.2 | |
| 9 | | | | | | 0.76 | | |
| 10 | | | | | | 0.76 | | |
| 11 | | | | | | 0.76 | | |
| 12 | | | | | | 0.76 | | |
| 13 | | | | | | 0.76 | | |
| 14 | | | | | | 0.76 | | |
| 15 | | | | | | 0.76 | | |
| 16 | | | | | | 0.76 | | |
| 17 | | | | | | 0.76 | | |
| 18 | | | | | | 0.76 | | |
| 19 | 12.23 | 96.15 | 63.46 | 106.25 | | 1.07 | 5.2 | 1.12 |
| 20 | 12.23 | | 40 | 179.82 | | 1.07 | 5.2 | |
| 21 | | | | | | 0.76 | | |
| 22 | | | | | | 0.76 | | |
| 23 | 19.44 | | | 115 | | 0.76 | 5.2 | 25.87 |
| 24 | | | | 392.06 | | 1.22 | | |
| 25 | | | | | | 0.76 | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | 19.44 | | 25 | 115 | | 0.76 | | 6.94 |
| 30 | | | | | | 0.76 | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |

| | AI | AJ | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|
| 1 | UNUM STD ER-MEMO | UNUM VOL ACC PRETAX | UNUM VOL LIFE AD&D | | VISION PRETAX | CHECK TYPE | NET PAY AMOUNT |
| 2 | 5.12 | | | | | DIRECT DEPOS | 1306.95 |
| 3 | | | | | | DIRECT DEPOS | 2079.01 |
| 4 | 2.66 | | | | | DIRECT DEPOS | 1889.48 |
| 5 | 2.66 | | | | | DIRECT DEPOS | 2022.58 |
| 6 | 3.18 | | | | | DIRECT DEPOS | 2289.14 |
| 7 | 7.98 | 2.98 | | | | DIRECT DEPOS | 1841.49 |
| 8 | 8.94 | 2.98 | | | | DIRECT DEPOS | 1875.23 |
| 9 | 3.6 | | | | | CHECK | 981.1 |
| 10 | 3.98 | | | | | CHECK | 1203.25 |
| 11 | 2.8 | | | | | DIRECT DEPOS | 639.19 |
| 12 | 3.98 | | | | | DIRECT DEPOS | 1206.72 |
| 13 | | | | | | DIRECT DEPOS | |
| 14 | 3.19 | | | | | DIRECT DEPOS | 963.27 |
| 15 | 3.99 | | | | | DIRECT DEPOS | 1113.82 |
| 16 | 3.98 | | | | | DIRECT DEPOS | 1199.39 |
| 17 | 2.86 | | | | | DIRECT DEPOS | 893.69 |
| 18 | 7.68 | | | | | CHECK | 2019.28 |
| 19 | 2.66 | 2.98 | | | 2.51 | DIRECT DEPOS | 1112.77 |
| 20 | 5.46 | 5.27 | | 3.8 | 3.36 | CHECK | 1200.77 |
| 21 | 3.72 | | | | | CHECK | 1894.81 |
| 22 | | | | | | DIRECT DEPOS | 355.18 |
| 23 | 5.58 | 2.98 | | | 2.51 | CHECK | 2288.79 |
| 24 | 6.72 | | | | 6.42 | DIRECT DEPOS | 3112.2 |
| 25 | 3.18 | | | | | DIRECT DEPOS | 2323.81 |
| 26 | | | | | | DIRECT DEPOS | 1731.11 |
| 27 | | | | | | CHECK | 1365.79 |
| 28 | | | | | | DIRECT DEPOS | 1486.75 |
| 29 | 4.12 | 2.98 | | | 2.51 | DIRECT DEPOS | 2244.61 |
| 30 | 3.18 | | | | | DIRECT DEPOS | 2176.53 |
| 31 | | | | | | DIRECT DEPOS | 1950.8 |
| 32 | | | | | | CHECK | 1900.11 |
| 33 | | | | | | DIRECT DEPOS | 1751.1 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | ORG UNIT | LAST NAME | FIRST NAME | ID | PERIOD START DATE | PERIOD END DATE | CHECK DATE | HOURLY AMOUNT |
| 34 | 1 Hourly / 23 Golf Maintenance | Gonzalez Repi Gridy K | 6936 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1760 |
| 35 | 1 Hourly / 23 Golf Maintenance | Gutierrez Sullc Frida Lionor | 1660 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1600 |
| 36 | 1 Hourly / 23 Golf Maintenance | Manwaring | Jonathan H | 6726 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2480 |
| 37 | 1 Hourly / 23 Golf Maintenance | Moore III | Charles M | 280 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2000 |
| 38 | 1 Hourly / 23 Golf Maintenance | Morales | Jose O | 2129 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2000 |
| 39 | 1 Hourly / 23 Golf Maintenance | Morales | Oscar M | 7760 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1760 |
| 40 | 1 Hourly / 23 Golf Maintenance | Palmar Fernan Antonio A | 309 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 41 | 1 Hourly / 23 Golf Maintenance | Palmar Fernan Ender | 1017 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 42 | 1 Hourly / 23 Golf Maintenance | Palmar Montiel Elder J | 8901 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 43 | 1 Hourly / 23 Golf Maintenance | Pena | Jose M | 6817 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1920 |
| 44 | 1 Hourly / 23 Golf Maintenance | Rodriguez | Jessica | 1020 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1680 |
| 45 | 1 Hourly / 23 Golf Maintenance | Savage | Brandon | 0963 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 785.75 |
| 46 | 2 Salary / 23 Golf Maintenance | Savage | James R | 9157 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 47 | 2 Salary / 23 Golf Maintenance | Young | Matthew A | 6316 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 48 | 2 Salary / 1 General Admin / 25 Finance | Bingaman | Logan | 8586 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 49 | 2 Salary / 1 General Admin / 26 Golf Maintenance | Bunte | Todd E | 9239 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 50 | 1 Hourly / 29 General Housekeeping | Ibanez | Yareny | 9998 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1435.4 |
| 51 | 1 Hourly / 29 General Housekeeping | Luis | Anayeli | 8213 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1469.4 |
| 52 | 1 Hourly / 1 General Admin / 30 People Safety | Boyden | Luke P | 4556 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 582.48 |
| 53 | 1 Hourly / 1 General Admin / 30 People Safety | Georgi | Michael K | 1030 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 341.52 |
| 54 | 1 Hourly / 1 General Admin / 30 People Safety | McCrory | Robbin | 9214 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 820.8 |
| 55 | 1 Hourly / 1 General Admin / 30 People Safety | Stahl | Rachel L | 4079 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1740.72 |
| 56 | 2 Salary / 1 General Admin / 30 People Safety | Anderson | Jimmie C | 4280 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 57 | 2 Salary / 1 General Admin / 30 People Safety | Reichard III | Oliver | 9740 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1401.6 |
| 58 | 2 Salary / 1 General Admin / 31 Resort Managem Boyden | Marc | 2276 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 59 | 2 Salary / 1 General Admin / 33 Transportation | Adams | Brian L | 3994 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |
| 60 | 1 Hourly / 34 Golf Operations | Boyden | Zachary J | 1033 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1760 |
| 61 | 1 Hourly / 34 Golf Operations | Cooper | Colton R | 159 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1438.36 |
| 62 | 1 Hourly / 34 Golf Operations | Kellogg | Darius J | 873 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1989.5 |
| 63 | 1 Hourly / 34 Golf Operations | Kiss | Evan | 1024 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2400 |
| 64 | 1 Hourly / 34 Golf Operations | McLuckie | Graham W | 268 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 2400 |
| 65 | 1 Hourly / 34 Golf Operations | Ornowski | Kurt | 306 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1977.5 |
| 66 | 1 Hourly / 34 Golf Operations | Sargent | Brooklyn | 362 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1760 |
| 67 | 1 Hourly / 34 Golf Operations | Smith | Tyler | 607 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 1903.75 |
| 68 | 1 Hourly / 34 Golf Operations | Tufts | Ethan W | 1029 | 7/28/2025 | 8/10/2025 | 8/15/2025 | 880 |
| 69 | 2 Salary / 34 Golf Operations | Johnson | Eric M | 4562 | 7/28/2025 | 8/10/2025 | 8/15/2025 | |

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HOURLY HOURS | HOURLY RATE | OVERTIME AMOUNT | OVERTIME HOURS | OVERTIME RATE | SALARY AMOUNT | SALARY HOURS | SALARY HOURS MEMO'D | VACATION AMOUNT |
| 34 | 80 | 22 | 512.49 | 15.53 | 33 | | | | |
| 35 | 80 | 20 | 485.4 | 16.18 | 30 | | | | |
| 36 | 80 | 31 | 794.22 | 17.08 | 46.5 | | | | |
| 37 | 80 | 25 | 788.63 | 21.03 | 37.5 | | | | |
| 38 | 80 | 25 | 655.5 | 17.48 | 37.5 | | | | |
| 39 | 80 | 22 | 467.94 | 14.18 | 33 | | | | |
| 40 | 80 | 21 | 507.78 | 16.12 | 31.5 | | | | 176 |
| 41 | 80 | 21 | 488.25 | 15.5 | 31.5 | | | | |
| 42 | 80 | 21 | 458.33 | 14.55 | 31.5 | | | | |
| 43 | 80 | 24 | 545.4 | 15.15 | 36 | | | | |
| 44 | 80 | 21 | 492.98 | 15.65 | 31.5 | | | | |
| 45 | 31.43 | 25 | | | | | | | 123.75 |
| 46 | | | | | | 3269.23 | 64.63 M | | |
| 47 | | | | | | 3269.23 | 10 M | | |
| 48 | | | | | | 3576.92 | | | |
| 49 | | | | | | 5384.62 | | | |
| 50 | 71.77 | 20 | 27.9 | 0.93 | 30 | | | | 160 |
| 51 | 73.47 | 20 | | | | | | | |
| 52 | 24.27 | 24 | | | | | | | |
| 53 | 14.23 | 24 | | | | | | | |
| 54 | 34.2 | 24 | | | | | | | |
| 55 | 72.53 | 24 | 67.68 | 1.88 | 36 | | | | |
| 56 | 58.4 | 24 | | | | | | | |
| 57 | | | | | | 3269.23 | 34.33 M | | |
| 58 | | | | | | 3846.16 | | | |
| 59 | | | | | | 2692.31 | | | |
| 60 | 80 | 22 | 206.25 | 6.25 | 33 | | | | |
| 61 | 65.38 | 22 | 114.84 | 3.48 | 33 | | | | |
| 62 | 79.58 | 25 | 78 | 2.08 | 37.5 | | | | |
| 63 | 80 | 30 | 273.15 | 6.07 | 45 | | | | |
| 64 | 80 | 30 | 272.25 | 6.05 | 45 | | | | |
| 65 | 79.1 | 25 | 211.88 | 5.65 | 37.5 | | | | |
| 66 | 80 | 22 | 203.61 | 6.17 | 33 | | | | |
| 67 | 76.15 | 25 | | | | | | | |
| 68 | 40 | 22 | 359.04 | 10.88 | 33 | | | | |
| 69 | | | | | | 5576.92 | | | |

| | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VACATION HOURS | VACATION RATE | 401K ER MATCH AMOUNT | FED INCOME TAX | MEDICARE | SOCIAL SECURITY | UT INCOME TAX | 401K EE PRETAX | CRITICAL ILLNESS PRE |
| 34 | | | | | 32.95 | 140.89 | 102.26 | | |
| 35 | | | | | 30.24 | 129.29 | 93.84 | | |
| 36 | | | | | 47.48 | 203 | 145.87 | 32.74 | |
| 37 | | | 8.19 | 313.67 | 40.43 | 172.9 | 125.49 | | |
| 38 | | | | 290.96 | 38.5 | 164.64 | 108.75 | 26.56 | |
| 39 | 8 | 22 | 6.64 | | 34.86 | 149.05 | 107.1 | 24.04 | |
| 40 | | | 6.01 | 111.03 | 31.72 | 135.64 | 98.45 | | |
| 41 | | | | 27.94 | 31.44 | 134.43 | 97.57 | | |
| 42 | | | | | 31.01 | 132.58 | 96.23 | | |
| 43 | | | 6.16 | | 35.74 | 152.85 | | | |
| 44 | | | | | 31.5 | 134.72 | 97.78 | 24.65 | |
| 45 | 4.95 | 25 | | | 13.19 | 56.39 | 30.89 | | |
| 46 | | | 8.17 | 77.73 | 47.4 | 202.69 | 143.99 | 32.69 | |
| 47 | | | 16.35 | 354.32 | 45.56 | 194.8 | 138.45 | 65.38 | |
| 48 | | | 89.42 | 436.39 | 50.02 | 213.88 | 155.24 | | |
| 49 | | | 26.92 | 784.24 | 73.93 | 316.11 | 224.59 | 107.69 | |
| 50 | 8 | 20 | 4.06 | | 23.54 | 100.64 | 49.49 | 16.23 | |
| 51 | | | 3.67 | | 21.31 | 91.1 | 62.51 | 14.69 | |
| 52 | | | | 0.56 | 8.45 | 36.11 | 11.92 | | |
| 53 | | | | | 4.95 | 21.17 | | | |
| 54 | | | | | 10.98 | 46.95 | 0.2 | | |
| 55 | | | 4.52 | 59.3 | 25.59 | 109.42 | 57.6 | 18.08 | |
| 56 | | | 3.5 | 19.16 | 19.71 | 84.28 | 34.31 | 14.02 | |
| 57 | | | | 224.8 | 43.69 | 186.83 | 131.05 | | 12.36 |
| 58 | | | 9.62 | 470.36 | 52.82 | 225.84 | 162.18 | 38.46 | 25.9 |
| 59 | | | 6.73 | 157.91 | 38.42 | 164.28 | 108.39 | 26.92 | |
| 60 | | | | 227.55 | 28.51 | 121.91 | 118.48 | | |
| 61 | | | | 107.98 | 22.52 | 96.3 | 68.22 | | |
| 62 | | | | 169.7 | 29.98 | 128.18 | 93.04 | | |
| 63 | | | | 265.55 | 38.76 | 165.73 | 120.29 | | |
| 64 | | | | 265.36 | 38.75 | 165.68 | 120.25 | | |
| 65 | | | | 184.32 | 31.75 | 135.74 | 98.52 | | |
| 66 | | | | 270.72 | 28.47 | 121.75 | 88.36 | | |
| 67 | | | | 150.05 | 27.61 | 118.03 | 85.67 | | |
| 68 | | | | 70.28 | 17.96 | 76.82 | 28.15 | | |
| 69 | | | 13.94 | 361.29 | 74.64 | 319.16 | 229.14 | 55.77 | |

| | AA | AB | AC | AD | AE | AF | AG | AH |
|---|---|---|---|---|---|---|---|---|
| 1 | DENTAL PRETAX | DEP CARE EE PRETAX | MED FSA EE PRETAX | MEDICAL PRETAX | ROTH 401K EE | UNUM BASIC LIFE ER-MEMO | UNUM HOSPITAL PRETAX | UNUM LTD |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | 1.22 | | |
| 37 | | | | | | | | |
| 38 | | | | | | 0.76 | | |
| 39 | | | | | | 0.76 | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | 0.76 | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | 0.76 | | |
| 47 | 12.23 | | | 115 | | 0.76 | | |
| 48 | 12.23 | | | 115 | 143.08 | 0.76 | | |
| 49 | 39.38 | | 63.46 | 179.82 | | 1.07 | | |
| 50 | | | | | | 0.76 | | |
| 51 | | | | | | 0.76 | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | 63.46 | | | | | |
| 55 | 34.2 | | | | | 0.6 | | |
| 56 | 19.44 | | | | | 1.22 | | |
| 57 | 39.38 | | | 179.82 | | 1.28 | | |
| 58 | 19.44 | | 31.73 | 115 | | 0.98 | 14.86 | |
| 59 | 39.38 | | | | | 0.76 | 5.2 | |
| 60 | | | | | | 2.17 | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| 66 | | | | | | | | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | 34.2 | | | 392.06 | | 1.22 | | 26.76 |

| | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|
| 1 | UNUM STD ER-MEMO | UNUM VOL ACC PRETAX | UNUM VOL LIFE AD&D | VISION PRETAX | CHECK TYPE | NET PAY AMOUNT |
| 34 | | | | | DIRECT DEPOS | 1996.39 |
| 35 | | | | | DIRECT DEPOS | 1832.03 |
| 36 | 4.12 | | 39.26 | | DIRECT DEPOS | 2492.2 |
| 37 | | | | | CHECK | 2158.85 |
| 38 | 3.32 | | | | DIRECT DEPOS | 2317.05 |
| 39 | 2.92 | | | | DIRECT DEPOS | 1977.86 |
| 40 | | | | | CHECK | 1921.97 |
| 41 | | | | | DIRECT DEPOS | 1876.87 |
| 42 | | | | | DIRECT DEPOS | 1878.51 |
| 43 | 3.18 | | | | DIRECT DEPOS | 2252.16 |
| 44 | | | | | DIRECT DEPOS | 1908.98 |
| 45 | 3.32 | | | | CHECK | 809.03 |
| 46 | 5.44 | | 8.63 | | DIRECT DEPOS | 2756.1 |
| 47 | 4.48 | | 0.48 | | DIRECT DEPOS | 2343.01 |
| 48 | 5.94 | | | | CHECK | 2451.08 |
| 49 | 8.94 | | | 3.36 | DIRECT DEPOS | 3592.04 |
| 50 | 2.66 | | | | DIRECT DEPOS | 1433.4 |
| 51 | 2.66 | | | | CHECK | 1279.79 |
| 52 | | | | | DIRECT DEPOS | 525.44 |
| 53 | | | | | CHECK | 315.4 |
| 54 | 3.32 | | | | DIRECT DEPOS | 699.21 |
| 55 | 3.18 | | | 9.28 | DIRECT DEPOS | 1494.93 |
| 56 | 4.66 | 10.2 | 33.32 | 12.5 | DIRECT DEPOS | 1154.66 |
| 57 | 5.44 | 2.98 | | 6.42 | DIRECT DEPOS | 2427.04 |
| 58 | 6.4 | 2.98 | 69.42 | 3.36 | DIRECT DEPOS | 2623.47 |
| 59 | 4.48 | | 40.98 | 3.36 | DIRECT DEPOS | 2112.67 |
| 60 | | | | | DIRECT DEPOS | 1469.8 |
| 61 | | | | | DIRECT DEPOS | 1258.18 |
| 62 | | | | | CHECK | 1646.6 |
| 63 | | | | | CHECK | 2082.82 |
| 64 | | | | | DIRECT DEPOS | 2082.21 |
| 65 | | | | | DIRECT DEPOS | 1739.05 |
| 66 | | | | | DIRECT DEPOS | 1454.31 |
| 67 | | | | | DIRECT DEPOS | 1522.39 |
| 68 | | | | | CHECK | 1045.83 |
| 69 | 9.26 | 2.98 | | | DIRECT DEPOS | 4080.92 |