Patricia Geary Glenn (5280)
PATRICIA GEARY GLENN
ATTORNEY AT LAW, P.C.
PO Box 982463
Park City, Utah 84098
Telephone: (307) 699-0709
Email: pgearyglenn@gmail.com

*Attorney for John D. Behnke*

IN THE UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**WOHALI LAND ESTATES, LLC,**<br><br>Debtor. | Bankruptcy No. 25-24610<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010 (b), Patricia Geary Glenn, PATRICIA GEARY GLENN, ATTORNEY AT LAW, P.C., hereby enters her appearance as counsel of record for creditor, John D. Behnke in the above - entitled Chapter 11 case, request that her name, address, and other contact information be included on the master mailing list in this case, and further request that notice of all hearings or actions in this case be sent to:

Patricia Geary Glenn
ATTORNEY AT LAW P.C.
P.O. Box 982463
Park City, Utah 84098
pgearyglenn@gmail.com

DATED this 22nd day of August, 2025.

/s/Patricia Geary Glenn
_____
Patricia Geary Glenn
*Attorney for John D. Behnke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2025, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE was electronically filed with the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

/s/Patricia Geary Glenn
_____
Patricia Geary Glenn