**Fill in this information to identify the case:**

Debtor name      **Wohali Land Estates, LLC**

United States Bankruptcy Court for the:      DISTRICT OF UTAH

Case number (if known)      **25-24610**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2025**        X **/s/ John Robert Kaiser**

                                                                Signature of individual signing on behalf of debtor

                                                                **John Robert Kaiser**
                                                                Printed name

                                                                **Manager**
                                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Wohali Land Estates, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **25-24610**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **107,191,468.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **1,235,005.31**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    **108,426,473.31**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **100,424,888.79**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **316,574.90**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **15,261,831.45**

4.    **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b    $    **116,003,295.14**

| Fill in this information to identify the case: |
|---|

Debtor name    **Wohali Land Estates, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number *(if known)*    **25-24610**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **0249** | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | **6889** | $0.00 |
| 3.3. | **Wells Fargo** | **Checking** | **6905** | $5.31 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5.31 |
|---|

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor **Wohali Land Estates, LLC**
Name

Case number *(If known)* **25-24610**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:    **400,000.00**   -   **200,000.00**   =....   **$200,000.00**
_____              _____
face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**

| $200,000.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies Inventory located at shop inside Manor, including golf clubs, golf balls, bags, apparel, tees, practice balls, head covers, miscellaneous golf items.** | | **$0.00** | **Liquidation** | **$10,000.00** |

23.   **Total of Part 5.**

| $10,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **Wohali Land Estates, LLC**_____  Case number *(If known)* **25-24610**
     Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Sofas, lounge chairs, dining room tables (6), dining chairs (12), end tables, bar stools (5), sale stand, low table (5), plush bench, plush foot rest (4), plush chair (4), merchandise shelf (3), lounge couch, plush couch, ottoman, standard chairs (3), plush sofas (3), lower tables (2), coffee tables (2), large table, plush chairs (8), plush dining chairs (4), stools (4), plush benches (2), cabinet, table, standard chairs (6), and rugs.** | **Unknown** | **Liquidation** | **$25,000.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.** | | | **$25,000.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor   **Wohali Land Estates, LLC**
Name

Case number *(If known)*  **25-24610**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **See list attached hereto as Exhibit 1.**     Unknown     Liquidation     $1,000,000.00

---

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.     $1,000,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **1,377.33 Acres CT-WOH-COMB (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $47,665,648.00 |
| 55.2. **68.68 Acres CT-441 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $281,588.00 |
| 55.3. **69.66 Acres CT-449 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $255,980.00 |

| Debtor | **Wohali Land Estates, LLC** | | Case number *(If known)* **25-24610** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.4. | **1.46 Acres WOH-1-7 (Summit County) [County Assessed Value--Fair Market Value may differ].** | | $0.00   Tax records | $1,155,900.00 |
| 55.5. | **4.79 Acres WOH-1-65 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $1,488,900.00 |
| 55.6. | **252.58 Acres NS-294 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $804,740.00 |
| 55.7. | **144.15 Acres NS-295 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $479,450.00 |
| 55.8. | **28.20 Acres NS-296 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $84,600.00 |
| 55.9. | **120 Acres NS-298-A (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $407,000.00 |
| 55.10. | **160 Acres NS-299 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $527,000.00 |
| 55.11. | **285.73 Acres NS-317 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $904,190.00 |
| 55.12. | **90.33 Acres NS-BDY-21 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00   Tax records | $317,990.00 |

Debtor    **Wohali Land Estates, LLC**
Name                                                    Case number *(If known)* **25-24610**

| | | | | |
|---|---|---|---|---|
| 55.13. | **15.20 Acres NS-BDY-20 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $45,600.00 |
| 55.14. | **50.87 Acres 00-0000-0375 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $152,610.00 |
| 55.15. | **470.54 Acres 00-0000-2731 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $1,220,070.00 |
| 55.16. | **114.37 Acres 00-0084-9030 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $286,410.00 |
| 55.17. | **377.32 Acres 00-0000-2749 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $866,535.00 |
| 55.18. | **624.80 Acres 00-0000-2764 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $1,868,895.00 |
| 55.19. | **628.16 Acres 00-0000-2780 (Morgan County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $1,775,280.00 |
| 55.20. | **0.09 Acres WOH-1B-16 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00  Tax records | $9,000.00 |

| Debtor | **Wohali Land Estates, LLC** | | | Case number *(If known)* **25-24610** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.21. | **1.15 Acres WOH-1B-17 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,125,000.00 |
| 55.22. | **1.16 Acres WOH-1B-18 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,126,000.00 |
| 55.23. | **1.12 Acres WOH-1B-19 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,122,000.00 |
| 55.24. | **1.21 Acres WOH-1B-20 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,131,000.00 |
| 55.25. | **1.57 Acres WOH-1B-21 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,167,000.00 |
| 55.26. | **0.45 Acres WOH-1B-23 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $875,000.00 |
| 55.27. | **0.87 Acres WOH-1B-24 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,110,000.00 |
| 55.28. | **2.2 Acres WOH-1B-52 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,230,000.00 |

Debtor **Wohali Land Estates, LLC**                         Case number *(If known)* **25-24610**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.29. | **1.54 Acres WOH-1B-53 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,164,000.00 |
| 55.30. | **3.82 Acres WOH-1B-55 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,392,000.00 |
| 55.31. | **6.07 Acres WOH-1B-57 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,617,000.00 |
| 55.32. | **3.35 Acres WOH-1B-58 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,345,000.00 |
| 55.33. | **4.48 Acres WOH-1B-59 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,458,000.00 |
| 55.34. | **5.57 Acres WOH-1B-60 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,567,000.00 |
| 55.35. | **5.15 Acres WOH-1B-61 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,525,000.00 |
| 55.36. | **2.64 Acres WOH-1B-62 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 | Tax records | $1,274,000.00 |

| Debtor | **Wohali Land Estates, LLC** | | | Case number *(If known)* **25-24610** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.37. | **5.64 Acres WOH-1B-63 (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $1,574,000.00 |
| 55.38. | **1.43 Acres WOH-1B-OSA (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $143,000.00 |
| 55.39. | **0.24 Acres WOH-1B-OSB (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $23,800.00 |
| 55.40. | **7.22 Acres WOH-2A (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $12,434,782.00 |
| 55.41. | **3.43 Acres WOH-2B (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $7,050,750.00 |
| 55.42. | **2.61 Acres WOH-2C (Summit County) [County Assessed Value--Fair Market Value may differ].** | Fee simple | $0.00 Tax records | $5,139,750.00 |

| 56. | **Total of Part 9.** | | |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | $107,191,468.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor    **Wohali Land Estates, LLC**    Case number *(If known)* **25-24610**
　　　　　Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.wohali.com** | **$0.00** | | **$0.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
　　　 Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　 ■ No
　　　 ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　 ■ No
　　　 ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　 ■ No
　　　 ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　 Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　 ☐ No.  Go to Part 12.
　　 ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| **Auto-Owners (Various Policies)** | **$0.00** |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Wohali Land Estates, LLC** | Case number *(If known)* **25-24610** |
|---|---|---|
| | Name | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Leasehold interest in secondary water rights provided by Weber Basin Water District.  385 acre feet.**                                                    **Unknown**

78. **Total of Part 11.**                                                                                                  **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor    **Wohali Land Estates, LLC**
          Name                                                          Case number *(If known)*  **25-24610**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5.31** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$200,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$10,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$25,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,000,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | **$107,191,468.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,235,005.31** | + 91b. **$107,191,468.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$108,426,473.31** |

| Property Class Code | Item Description | Year Acquired | Purchase Price | % Good | Taxable Value |
|---|---|---|---|---|---|
| 8 [Machinery & Equipment] | 4500 Z Utility Tractor | 2022 | $ 42,282 | 89% | $ 37,630.55 |
| 8 [Machinery & Equipment] | 4500 Z Utility Tractor | 2022 | $ 42,282 | 89% | $ 37,630.55 |
| 8 [Machinery & Equipment] | 4500 Z Utility Tractor | 2022 | $ 42,282 | 89% | $ 37,630.55 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Workman GTX Utility Vehicle | 2022 | $ 17,585 | 89% | $ 15,650.73 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1021 | 2022 | $ 14,468 | 89% | $ 12,876.41 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | Greensmaster 1026 | 2022 | $ 15,678 | 89% | $ 13,953.36 |
| 8 [Machinery & Equipment] | 4044 R Tractor | 2022 | $ 40,000 | 89% | $ 35,600.00 |
| 8 [Machinery & Equipment] | 542D Tractor | 2022 | $ 22,500 | 89% | $ 20,025.00 |
| 8 [Machinery & Equipment] | Bunker Rake 1200 A | 2023 | $ 16,412 | 93% | $ 15,263.16 |
| 8 [Machinery & Equipment] | Bunker Rake 1200 A | 2023 | $ 16,412 | 93% | $ 15,263.16 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 80 Trailer | 2022 | $ 1,700 | 89% | $ 1,513.00 |
| 8 [Machinery & Equipment] | Trans Pro 200 Trailer | 2022 | $ 3,000 | 89% | $ 2,670.00 |
| 8 [Machinery & Equipment] | Trans Pro 200 Trailer | 2022 | $ 3,000 | 89% | $ 2,670.00 |
| 8 [Machinery & Equipment] | Trans Pro 200 Trailer | 2022 | $ 3,000 | 89% | $ 2,670.00 |
| 8 [Machinery & Equipment] | RB 48 Greens Roller | 2022 | $ 14,288 | 89% | $ 12,716.20 |
| 8 [Machinery & Equipment] | RB 48 Greens Roller | 2022 | $ 14,288 | 89% | $ 12,716.20 |
| 8 [Machinery & Equipment] | RB 48 Greens Roller | 2022 | $ 14,288 | 89% | $ 12,716.20 |
| 8 [Machinery & Equipment] | Z4P612 Rotory Pushmower | 2022 | $ 800 | 89% | $ 712.00 |
| 8 [Machinery & Equipment] | Z4P612 Rotory Pushmower | 2022 | $ 800 | 89% | $ 712.00 |
| 8 [Machinery & Equipment] | Materials Spreader CR-15 | 2022 | $ 43,923 | 89% | $ 39,091.54 |
| 8 [Machinery & Equipment] | Fert Spreader 1250 | 2022 | $ 7,327 | 89% | $ 6,521.03 |
| 8 [Machinery & Equipment] | Aerothatch 83 | 2022 | $ 7,303 | 89% | $ 6,499.69 |
| 8 [Machinery & Equipment] | Seeder 93 | 2022 | $ 4,573 | 89% | $ 4,069.72 |
| 8 [Machinery & Equipment] | Seeder 2100 | 2022 | $ 21,652 | 89% | $ 19,270.28 |
| 8 [Machinery & Equipment] | Verticutter VC60 | 2022 | $ 14,213 | 89% | $ 12,649.45 |
| 8 [Machinery & Equipment] | Reel Grinder 653-6530933 | 2022 | $ 59,875 | 89% | $ 53,288.63 |
| 8 [Machinery & Equipment] | Bedknife Grinder 673-6730901 | 2022 | $ 29,757 | 89% | $ 26,483.41 |
| 8 [Machinery & Equipment] | Procore 648 Aerator | 2023 | $ 38,342 | 93% | $ 35,657.73 |
| 8 [Machinery & Equipment] | Procore 1298 Aerator | 2023 | $ 42,484 | 93% | $ 39,509.91 |
| 8 [Machinery & Equipment] | GL-9 Golf Lift | 2022 | $ 7,879 | 89% | $ 7,012.31 |
| 8 [Machinery & Equipment] | GL-TL Lift Table | 2022 | $ 5,234 | 89% | $ 4,658.43 |
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ 550 | 93% | $ 511.50 |
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ 550 | 93% | $ 511.50 |
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ 550 | 93% | $ 511.50 |

| Category | Description | Year | | Cost | % | | Value |
|---|---|---|---|---|---|---|---|
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ | 550 | 93% | $ | 511.50 |
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ | 550 | 93% | $ | 511.50 |
| 8 [Machinery & Equipment] | BR-600Z Backpack Blower | 2023 | $ | 550 | 93% | $ | 511.50 |
| 8 [Machinery & Equipment] | LF 550 Mower | 2023 | $ | 40,000 | 93% | $ | 37,200.00 |
| 8 [Machinery & Equipment] | LF 550 4wd Mower | 2023 | $ | 45,000 | 93% | $ | 41,850.00 |
| 8 [Machinery & Equipment] | Workman HDX-D Utility Vehicle | 2023 | $ | 36,300 | 93% | $ | 33,759.00 |
| 8 [Machinery & Equipment] | SandPro Bunker Rake | 2023 | $ | 28,757 | 93% | $ | 26,744.01 |
| 8 [Machinery & Equipment] | SandPro Bunker Rake | 2023 | $ | 28,757 | 93% | $ | 26,744.01 |
| 8 [Machinery & Equipment] | ProForce Tow Blower | 2023 | $ | 10,200 | 93% | $ | 9,486.00 |
| 8 [Machinery & Equipment] | ProForce Tow Blower | 2023 | $ | 10,200 | 93% | $ | 9,486.00 |
| 8 [Machinery & Equipment] | Triflex Greens Mower | 2023 | $ | 58,400 | 93% | $ | 54,312.00 |
| 8 [Machinery & Equipment] | Triflex Greens Mower | 2023 | $ | 58,400 | 93% | $ | 54,312.00 |
| 8 [Machinery & Equipment] | Triflex Greens Mower | 2023 | $ | 58,400 | 93% | $ | 54,312.00 |
| 8 [Machinery & Equipment] | 5800D Sprayer | 2023 | $ | 45,000 | 93% | $ | 41,850.00 |
| 8 [Machinery & Equipment] | Super Seeder 2400 | 2022 | $ | 12,000 | 89% | $ | 10,680.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | E-Flex18 Greens Mower | 2023 | $ | 4,500 | 93% | $ | 4,185.00 |
| 8 [Machinery & Equipment] | Commercial Rotary Pushmower | 2023 | $ | 300 | 93% | $ | 279.00 |
| 8 [Machinery & Equipment] | Commercial Rotary Pushmower | 2023 | $ | 300 | 93% | $ | 279.00 |
| 8 [Machinery & Equipment] | Commercial Rotary Pushmower | 2023 | $ | 300 | 93% | $ | 279.00 |
| 8 [Machinery & Equipment] | AF-15 Hover Mower | 2023 | $ | 1,200 | 93% | $ | 1,116.00 |
| 8 [Machinery & Equipment] | AF-15 Hover Mower | 2023 | $ | 1,200 | 93% | $ | 1,116.00 |
| 8 [Machinery & Equipment] | AF-15 Hover Mower | 2023 | $ | 1,200 | 93% | $ | 1,116.00 |
| 8 [Machinery & Equipment] | 65 Gallon Sprayer | 2023 | $ | 650 | 93% | $ | 604.50 |
| 8 [Machinery & Equipment] | 45 Gallon Sprayer | 2023 | $ | 450 | 93% | $ | 418.50 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | String Trimmer | 2023 | $ | 400 | 93% | $ | 372.00 |
| 8 [Machinery & Equipment] | Farm Boss Chainsaw | 2023 | $ | 499 | 93% | $ | 464.07 |
| 8 [Machinery & Equipment] | Wood Boss Chainsaw | 2023 | $ | 399 | 93% | $ | 371.07 |
| 8 [Machinery & Equipment] | Spray Stand | 2023 | $ | 45,000 | 93% | $ | 41,850.00 |
| 8 [Machinery & Equipment] | ReelMaster 3550-D | 2024 | $ | 67,614 | 97% | $ | 65,585.55 |
| 8 [Machinery & Equipment] | ReelMaster 3550-D | 2024 | $ | 67,614 | 97% | $ | 65,585.55 |
| 2 [Computer Integrated Machinery] | 7SIMULATOR | 2021 | $ | 25,645 | 68% | $ | 17,438.60 |
| 2 [Computer Integrated Machinery] | TRACKMAN 4 | 2021 | $ | 17,995 | 68% | $ | 12,236.60 |
| 2 [Computer Integrated Machinery] | 7SIMULATOR | 2023 | $ | 23,120 | 89% | $ | 20,576.80 |
| 3 [Short Life Equipment] | Cameras for Remote Trailers | 2023 | $ | 7,332 | 79% | $ | 5,791.97 |
| 3 [Short Life Equipment] | Remote Trailer Cameras | 2023 | $ | 54,910 | 79% | $ | 43,378.90 |
| 3 [Short Life Equipment] | HID ID Badge Printer | 2023 | $ | 4,628 | 79% | $ | 3,656.36 |
| 3 [Short Life Equipment] | First Aid Trauma Kit Bits | 2023 | $ | 168 | 79% | $ | 132.39 |
| 3 [Short Life Equipment] | Two AEDs for Office / Manor | 2023 | $ | 2,893 | 79% | $ | 2,285.51 |
| 3 [Short Life Equipment] | Med bags / supplies | 2023 | $ | 921 | 79% | $ | 727.45 |
| 3 [Short Life Equipment] | IR Lamps for Security Trailers | 2023 | $ | 200 | 79% | $ | 158.00 |
| 3 [Short Life Equipment] | Lewis Peak / Pvt. Property Signs | 2023 | $ | 823 | 79% | $ | 650.28 |
| 3 [Short Life Equipment] | Resort | 2023 | $ | 110 | 79% | $ | 86.82 |
| 3 [Short Life Equipment] | Manor Raised Floor | 2023 | $ | 2,451 | 79% | $ | 1,936.27 |
| 5 [Furniture & Trade Fixtures] | Desks & Chairs (10) | 2021 | $ | 5,000 | 74% | $ | 3,700.00 |
| 5 [Furniture & Trade Fixtures] | Desks & Chairs (11) | 2022 | $ | 5,500 | 83% | $ | 4,565.00 |
| 5 [Furniture & Trade Fixtures] | Desks & Chairs (11) | 2023 | $ | 5,500 | 90% | $ | 4,950.00 |
| 5 [Furniture & Trade Fixtures] | Desks & Chairs (10) | 2024 | $ | 5,000 | 96% | $ | 4,800.00 |
| 1 [Short Life Property] | Tableware (Costa Nova) | 2023 | $ | 14,320 | 47% | $ | 6,730.17 |
| 1 [Short Life Property] | Cintas | 2024 | $ | 99,171.94 | 76% | $ | 75,370.67 |
| 1 [Short Life Property] | Resco | 2024 | $ | 258,659.09 | 76% | $ | 196,580.91 |
| 1 [Short Life Property] | Fortessa | 2024 | $ | 16,427.43 | 76% | $ | 12,484.85 |
| 1 [Short Life Property] | MityLite | 2024 | $ | 14,669.00 | 76% | $ | 11,148.44 |
| 8 [Machinery & Equipment] | BBQs | 2024 | $ | 5,411.47 | 97% | $ | 5,249.13 |
| 8 [Machinery & Equipment] | Dehydrator | 2024 | $ | 214.29 | 97% | $ | 207.86 |
| 1 [Short Life Property] | Table Linen Covers | 2024 | $ | 2,130.12 | 76% | $ | 1,618.89 |
| 12 [Computer Hardware] | ThinkPad Hybrid USB-C | 2023 | $ | 160 | 46% | $ | 73.60 |
| 12 [Computer Hardware] | ThinkPad T560 i7/8gb/240gb SSD | 2023 | $ | 300 | 46% | $ | 138.00 |
| 12 [Computer Hardware] | ThinkPad TS T470 i7 16-256 | 2023 | $ | 300 | 46% | $ | 138.00 |
| 12 [Computer Hardware] | Pavillion | 2023 | $ | 850 | 46% | $ | 391.00 |
| 12 [Computer Hardware] | 24-dd0117c | 2023 | $ | 500 | 46% | $ | 230.00 |
| 12 [Computer Hardware] | Surface | 2023 | $ | 2,800 | 46% | $ | 1,288.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 [Computer Hardware] | M5401WU | 2023 | $ | 600 | 46% | $ | 276.00 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Idea Pad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Idea Pad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Surface 4 - 15" screen (SKU: 5UI-00027) | 2023 | $ | 2,130 | 46% | $ | 979.80 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | ThinkStation | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Pluggable Docking Station | 2023 | $ | 150 | 46% | $ | 69.00 |
| 12 [Computer Hardware] | Pro 8 | 2023 | $ | 1,150 | 46% | $ | 529.00 |
| 12 [Computer Hardware] | ThinkPad SF-X!-YOGA2 | 2023 | $ | 500 | 46% | $ | 230.00 |
| 12 [Computer Hardware] | ThinkPad TS T470 i7 16-256 | 2023 | $ | 250 | 46% | $ | 115.00 |
| 12 [Computer Hardware] | ThinkPad TS T470 i7 16-256 | 2023 | $ | 250 | 46% | $ | 115.00 |
| 12 [Computer Hardware] | Yoga 7 | 2023 | $ | 1,000 | 46% | $ | 460.00 |
| 12 [Computer Hardware] | LDC-G2 | 2023 | $ | 200 | 46% | $ | 92.00 |
| 12 [Computer Hardware] | Thinkpad | 2023 | $ | 400 | 46% | $ | 184.00 |
| 12 [Computer Hardware] | Thinkpad | 2023 | $ | 400 | 46% | $ | 184.00 |
| 12 [Computer Hardware] | ThinkPad L4 GEN2 | 2023 | $ | 650 | 46% | $ | 299.00 |
| 12 [Computer Hardware] | Idea Pad #3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Pavilion TP01-2234 | 2023 | $ | 950 | 46% | $ | 437.00 |
| 12 [Computer Hardware] | Dell Docking Station | 2023 | $ | 150 | 46% | $ | 69.00 |
| 12 [Computer Hardware] | ThinkPad Hybrid USB-C | 2023 | $ | 100 | 46% | $ | 46.00 |
| 12 [Computer Hardware] | ThinkPad | 2023 | $ | 400 | 46% | $ | 184.00 |
| 12 [Computer Hardware] | Idea Pad #3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Precision 5510 | 2023 | $ | 1,200 | 46% | $ | 552.00 |
| 12 [Computer Hardware] | Idea Pad #3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | Idea Pad #3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | ThinkPad Hybrid USB-C | 2023 | $ | 100 | 46% | $ | 46.00 |
| 12 [Computer Hardware] | Surface 1983 256GB | 2023 | $ | 1,000 | 46% | $ | 460.00 |
| 12 [Computer Hardware] | ThinkPad TS T470 i7 16-256 | 2023 | $ | 360 | 46% | $ | 165.60 |
| 12 [Computer Hardware] | Yoga | 2023 | $ | 1,000 | 46% | $ | 460.00 |
| 12 [Computer Hardware] | ThinkPad P51 | 2023 | $ | 1,800 | 46% | $ | 828.00 |
| 12 [Computer Hardware] | ThinkPad P51 | 2023 | $ | 1,800 | 46% | $ | 828.00 |
| 12 [Computer Hardware] | IdeaPad 3 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | ThinkPad P580 | 2023 | $ | 400 | 46% | $ | 184.00 |
| 12 [Computer Hardware] | ThinkPad Hybrid USB-C | 2023 | $ | 100 | 46% | $ | 46.00 |
| 12 [Computer Hardware] | ThinkPad T560  i7/8gb/240gb SSD | 2023 | $ | 300 | 46% | $ | 138.00 |
| 12 [Computer Hardware] | IdeaPad 3 15ITL6 | 2023 | $ | 450 | 46% | $ | 207.00 |
| 12 [Computer Hardware] | MacBook Air 15" Model: A2941 (W/Dongle) | 2023 | $ | 1,400 | 46% | $ | 644.00 |
| 12 [Computer Hardware] | FARGO DTC4500 | 2023 | $ | 3,000 | 46% | $ | 1,380.00 |
| 12 [Computer Hardware] | QL-600 | 2023 | $ | 100 | 46% | $ | 46.00 |
| 12 [Computer Hardware] | Monitor - 24" | 2023 | $ | 80 | 46% | $ | 36.80 |
| 12 [Computer Hardware] | Monitor - 24" | 2023 | $ | 80 | 46% | $ | 36.80 |
| 12 [Computer Hardware] | Asus Monitor | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | Asus Monitor | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | Asus Monitor | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | M24F | 2023 | $ | 200 | 46% | $ | 92.00 |
| 12 [Computer Hardware] | Officejet Pro 7740 | 2023 | $ | 300 | 46% | $ | 138.00 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | ThinkVision T24i-20 | 2023 | $ | 180 | 46% | $ | 82.80 |
| 12 [Computer Hardware] | Monitor - 24" | 2023 | $ | 90 | 46% | $ | 41.40 |
| 12 [Computer Hardware] | Monitor - 24" | 2023 | $ | 90 | 46% | $ | 41.40 |
| 12 [Computer Hardware] | Monitor - 24" | 2023 | $ | 90 | 46% | $ | 41.40 |
| 12 [Computer Hardware] | HP 15-eg3053cl | 2024 | $ | 400 | 62% | $ | 248.00 |
| 12 [Computer Hardware] | DELL Inspirion 3891 | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | HP Envy TE01-2xxx Computer tower | 2024 | $ | 1,000 | 62% | $ | 620.00 |
| 12 [Computer Hardware] | Lenovo LOQ 15.6" | 2024 | $ | 900 | 62% | $ | 558.00 |
| 12 [Computer Hardware] | Lenovo ThinkPad Hybrid USB-C | 2024 | $ | 130 | 62% | $ | 80.60 |
| 12 [Computer Hardware] | Microsoft Surface 4 - 13.5" screen | 2024 | $ | 800 | 62% | $ | 496.00 |
| 12 [Computer Hardware] | Lenovo IdeaPad 3 15ITL6 | 2024 | $ | 400 | 62% | $ | 248.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 [Computer Hardware] | Lenovo ThinkPad L14 | 2024 | $ | 400 | 62% | $ | 248.00 |
| 12 [Computer Hardware] | Lenovo LOQ 15.6" | 2024 | $ | 900 | 62% | $ | 558.00 |
| 12 [Computer Hardware] | Starlink | 2024 | $ | 350 | 62% | $ | 217.00 |
| 12 [Computer Hardware] | MAC 14" MacBook Pro 8gb/1tb | 2024 | $ | 1,600 | 62% | $ | 992.00 |
| 12 [Computer Hardware] | Beehive Mini S | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | Beehive Mini S | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | Beehive Mini S | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | BIMBOX | 2024 | $ | 105 | 62% | $ | 65.10 |
| 12 [Computer Hardware] | Dell XPS 13 9345 | 2024 | $ | 960 | 62% | $ | 595.20 |
| 12 [Computer Hardware] | Dell XPS 13 9345 | 2024 | $ | 960 | 62% | $ | 595.20 |
| 12 [Computer Hardware] | Dell K20A | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Dell K20A | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Lenovo LOQ 15.6" | 2024 | $ | 900 | 62% | $ | 558.00 |
| 12 [Computer Hardware] | Bimbox Stryker IV 14900K ROG MAXIMUS Z790 DARK HERO | 2024 | $ | 600 | 62% | $ | 372.00 |
| 12 [Computer Hardware] | HP 14-fq0110wm | 2024 | $ | 280 | 62% | $ | 173.60 |
| 12 [Computer Hardware] | Lenovo ThinkPad Hybrid USB-C | 2024 | $ | 130 | 62% | $ | 80.60 |
| 12 [Computer Hardware] | Lenovo Idea Pad #3 | 2024 | $ | 400 | 62% | $ | 248.00 |
| 12 [Computer Hardware] | Dell XPS 13 9345 | 2024 | $ | 1,100 | 62% | $ | 682.00 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Samsung C27F390FHN | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Epson WorkForce EC-C7000 | 2024 | $ | 1,300 | 62% | $ | 806.00 |
| 12 [Computer Hardware] | Epson WorkForce EC-C7000 | 2024 | $ | 1,300 | 62% | $ | 806.00 |
| 12 [Computer Hardware] | HP LaserJet M209dw | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | HP OfficeJet Pro 9730e | 2024 | $ | 20 | 62% | $ | 12.40 |
| 12 [Computer Hardware] | Sharp MK-C428F | 2024 | $ | 1,200 | 62% | $ | 744.00 |
| 12 [Computer Hardware] | Sharp BP-70C31 | 2024 | $ | 3,200 | 62% | $ | 1,984.00 |
| 12 [Computer Hardware] | Spectre E275W-FW100T | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Spectre E275W-FW100T | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Spectre E275W-FW100T | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Lenovo Idea Pad #3 | 2024 | $ | 450 | 62% | $ | 279.00 |
| 12 [Computer Hardware] | Dell Inspirion | 2024 | $ | 650 | 62% | $ | 403.00 |
| 12 [Computer Hardware] | MAC MacBook Pro | 2024 | $ | 1,600 | 62% | $ | 992.00 |
| 12 [Computer Hardware] | Pluggable | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Thinkpad | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Beehive Mini S | 2024 | $ | 105 | 62% | $ | 65.10 |
| 12 [Computer Hardware] | Lenovo LDC-G2 | 2024 | $ | 150 | 62% | $ | 93.00 |
| 12 [Computer Hardware] | Lenovo IdeaPad Slim 5 16IRL8 | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Lenovo IdeaPad Slim 5 16IRL8 | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Lenovo Idea Pad #3 | 2024 | $ | 300 | 62% | $ | 186.00 |
| 12 [Computer Hardware] | Lenovo ThinkPad | 2024 | $ | 850 | 62% | $ | 527.00 |
| 12 [Computer Hardware] | Lenovo Yoga | 2024 | $ | 900 | 62% | $ | 558.00 |
| 12 [Computer Hardware] | Lenovo ThinkPad | 2024 | $ | 900 | 62% | $ | 558.00 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | Lenovo ThinkVision T24i-20 | 2024 | $ | 125 | 62% | $ | 77.50 |
| 12 [Computer Hardware] | LG AMD FreeSync - 27" | 2024 | $ | 140 | 62% | $ | 86.80 |
| 12 [Computer Hardware] | LG AMD FreeSync - 27" | 2024 | $ | 140 | 62% | $ | 86.80 |
| 12 [Computer Hardware] | LG AMD FreeSync - 27" | 2024 | $ | 140 | 62% | $ | 86.80 |
| 12 [Computer Hardware] | Samsung C24F390FHN | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Samsung C24F390FHN | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Samsung C27F390FHN | 2024 | $ | 100 | 62% | $ | 62.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Sceptre Monitor - 24" | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | UYY Portable Monitor | 2024 | $ | 90 | 62% | $ | 55.80 |
| 12 [Computer Hardware] | Epson 4D4F3A wf-7840 series | 2024 | $ | 350 | 62% | $ | 217.00 |
| 12 [Computer Hardware] | HP Laser Jet Pro MFP M283fdw | 2024 | $ | 690 | 62% | $ | 427.80 |
| 12 [Computer Hardware] | HP Laser Jet Pro 3001 DW | 2024 | $ | 160 | 62% | $ | 99.20 |
| 12 [Computer Hardware] | HP LaserJet Pro M201dw | 2024 | $ | 150 | 62% | $ | 93.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 [Computer Hardware] | HP Designjet T210 | | 2024 | $ | 750 | 62% | $ | 465.00 |
| 12 [Computer Hardware] | HP  Smart Tank Plus 651 | | 2024 | $ | 360 | 62% | $ | 223.20 |
| 12 [Computer Hardware] | Sharp MK-C428F | | 2024 | $ | 3,000 | 62% | $ | 1,860.00 |
| 12 [Computer Hardware] | Sharp MK-C428F | | 2024 | $ | 3,000 | 62% | $ | 1,860.00 |
| 12 [Computer Hardware] | Canon K10490 | | 2024 | $ | 1,000 | 62% | $ | 620.00 |
| 12 [Computer Hardware] | Bonsen Shredder | | 2024 | $ | 255 | 62% | $ | 158.10 |
| 12 [Computer Hardware] | Bonsen Shredder | | 2024 | $ | 255 | 62% | $ | 158.10 |
| 12 [Computer Hardware] | Pent Grat C224-B | | 2024 | $ | 120 | 62% | $ | 74.40 |
| 12 [Computer Hardware] | Fire TV | | 2024 | $ | 250 | 62% | $ | 155.00 |
| 12 [Computer Hardware] | Fire TV | | 2024 | $ | 250 | 62% | $ | 155.00 |
| 12 [Computer Hardware] | Samsung UN32N5300AF | | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Samsung UN32N5300AF | | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Samsung UN32N5300AF | | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Samsung UN32N5300AF | | 2024 | $ | 200 | 62% | $ | 124.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | Samsung UN58TU690TF | | 2024 | $ | 500 | 62% | $ | 310.00 |
| 12 [Computer Hardware] | USCutter sc2801cb | | 2024 | $ | 360 | 62% | $ | 223.20 |
| | | | | $ | 2,389,921 | | $ | 2,058,016.75 |

**Fill in this information to identify the case:**

Debtor name **Wohali Land Estates, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **25-24610**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| | | |
|---|---|---|
| **2.1** **Core & Main, LP**<br>Creditor's Name<br><br>**1830 Craig Park Court**<br>**Saint Louis, MO 63146**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**September 2024 and**<br>**February 2025**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**WOH-1B-OSA, WOH-1B-24, WOH-1B-23,**<br>**WOH-1B-OSB, WOH-1B-16, 17, 18, 19, 20, 21,**<br>**22, 23, 24, 52, 53, 55, 57, 58, 59, 60, 61, 62, 63**<br><br>Describe the lien<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$322,533.69**      **Unknown** |

| | | |
|---|---|---|
| **2.2** **Eave Partners, LLC**<br>Creditor's Name<br>**1042 East Fort Union Blvd.,**<br>**Suite 1163**<br>**Midvale, UT 84047**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**February 2025**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**WOH-2A units 1,3, 4, 15, 16, 17**<br><br>Describe the lien<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$489,492.63**      **Unknown** |

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **EB5AN Wohali Utah Fund XV, LP** | Describe debtor's property that is subject to a lien | $85,414,728.21 | $47,665,648.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Ray Quinney & Nebeker, P.C.**
**36 South State Street, Suite 1400**
**Salt Lake City, UT 84145**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**November 2022 to November 2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. EB5AN Wohali Utah Fund XV, LP**
**2. Wohali Public Infrastructure District #1**

**Describe debtor's property that is subject to a lien**
**CT-WOH-COMB, CT-441, CT-449, WOH-1-3, WOH-1-7, WOH-1-8, WOH-1-9, WOH-1-13, WOH-1-14, WOH-1-15, WOH-1-64, WOH-1-65, WOH-1-68, WOH-1-69, WOH-1-73, NS-294, NS-295, NS-296, NS-298-A, NS-299, NS-317, NS-BDY-21, NS-BDY-20;**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **EquipmentShare** | Describe debtor's property that is subject to a lien | $28,985.97 | Unknown |
|---|---|---|---|---|

Creditor's Name

**5710 Bull Run Drive**
**Columbia, MO 65201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 2025**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**WOH-2A, WOH-2B, WOH-2C, and a portion of CT-WOH-COMB**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **GreenHome Specialties** | Describe debtor's property that is subject to a lien | $144,427.00 | Unknown |
|---|---|---|---|---|

Debtor   **Wohali Land Estates, LLC**
_____
Name

Case number (*if known*)   **25-24610**
_____

Creditor's Name

**1758 South 1900 West,
Suite B1
Ogden, UT 84401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 2025**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Units 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 37, 38, 39, 40,
41, 42**
_____

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **ICM Solutions, LLC** | | |

Creditor's Name

**4055 South 500 West
Salt Lake City, UT 84123**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October 2024**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Parts of PHASE 1, 1B, 2A, 2B, and 2C**
_____

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$62,147.00**     **Unknown**

---

| 2.7 | **Sierra Pacific Industries** | | |

Creditor's Name

**1880 North 220 West, Suite
60
Salt Lake City, UT 84116**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**February 2025**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**WOH-2A Unit 15, 16, and 17**
_____

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$162,574.29**     **Unknown**

---

Debtor  **Wohali Land Estates, LLC**
_____
Name

Case number (if known)  **25-24610**

---

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

---

| 2.8 | **Wohali Public Infrastructure District #1** | | |
|---|---|---|---|

Creditor's Name

**247 Village View Drive**
**Coalville, UT 84017**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**1,377.33 Acres CT-WOH-COMB (Summit County) [County Assessed Value--Fair Market Value may differ].**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,800,000.00    $47,665,648.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$100,424,888.79

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **EB5AN Wohali Utah Fund XV, LP**<br>**954 Avenida Ponce de Leon, Suite 205**<br>**San Juan, PR 00907** | Line  **2.3** | |
| **Fetzer Booth, P.C.**<br>**c/o Bryan Booth**<br>**50 West Broadway, Suite 1200**<br>**Salt Lake City, UT 84101** | Line  **2.2** | |
| **Irena Mijie**<br>**PO Box 24101**<br>**Cleveland, OH 44124** | Line  **2.1** | |
| **Irvine Legal, LLC**<br>**c/o Joshua Irvine**<br>**2297 North Hill Field Road, Suite 102**<br>**Layton, UT 84041** | Line  **2.5** | |
| **Karen O'Connell**<br>**PO Box 24101**<br>**Cleveland, OH 44124** | Line  **2.7** | |

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

**Kesler & Rust**
**Attn:  Scott S. Bridge**                                     Line _**2.6**_
**68 South Main Street, Suite 200**
**Salt Lake City, UT 84101**

**Fill in this information to identify the case:**

Debtor name    **Wohali Land Estates, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **25-24610**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1**

Priority creditor's name and mailing address

**(p) Internal Revenue Service**
**Centralized Insolvency Operations**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

**2.2**

Priority creditor's name and mailing address

**(p) Utah State Tax Commission**
**Attn Legal Processes Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**2.3**

Priority creditor's name and mailing address
**Morgan County Treasurer**
**48 West Young Street**
**Morgan, UT 84050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,952.41    $3,952.41

Date or dates debt was incurred
**Accrued through 7/18/2025**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**Summit County Treasurer**
**60 N. Main**
**P.O. Box 128**
**Coalville, UT 84017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$312,622.49    $312,622.49

Date or dates debt was incurred
**Accrued through 7/18/2025**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**

Nonpriority creditor's name and mailing address
**4G Excavation, LLC**
**363 North Main Street**
**Coalville, UT 84017**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$620.00

Date(s) debt was incurred   **5/19/25**
Last 4 digits of account number   **230**

Basis for the claim:   **Potential liability for trade debts of Wohali Builders, LLC**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**A&C Fireplaces, LLC**
**dba Uintah Fireplace and Design**
**4497 Highland Drive**
**Holladay, UT 84124**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$119,226.25

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
**Abco Enterprises, Inc.**
**519 North Geneva Road**
**Lindon, UT 84042**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$6,400.00

Date(s) debt was incurred   **6/19/2024**
Last 4 digits of account number   **8988**

Basis for the claim:   **Potential Liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,305.00**

**Acushnet Company**
P.O. Box 965
Fairhaven, MA 02719

Date(s) debt was incurred  **7/14/25**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Golf Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,013.99**

**Airgas USA, LLC**
80 Allegiance Cir
Evanston, WY 82930-3813

Date(s) debt was incurred  **6/13/25**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Specialty Gas Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$446,113.76**

**Allied Mechanical LLC**
c/o Joshua Richins
1110 W 3400 N
Pleasant View, UT 84414

Date(s) debt was incurred  _

Last 4 digits of account number  **1325**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,713.00**

**Alohat LLC dba Melin**
Dept. LA 24626
Pasadena, CA 91185

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,382.03**

**Alpine Concrete Pumping LLC**
P.O. Box 26
Morgan, UT 84050

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,909.71**

**Amazon Capital Services Inc.**
Attn: Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

Date(s) debt was incurred  _

Last 4 digits of account number  **1525**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Liability for Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185,421.74**

**American Eagle Ready Mix Utah**
c/o Corporation Service Company
15 West South Temple, Suite 600
Salt Lake City, UT 84101

Date(s) debt was incurred  **6/30/25**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,268.65 |
|---|---|---|---|

**American Express**
P.O.Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Credit Cards__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,925.00 |
|---|---|---|---|

**Applied Geotechnical Engineering
Consultants, Inc.**
600 West Sandy Parkway
Sandy, UT 84070

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential liability for trade debts of Wohali Builders LLC__

Last 4 digits of account number __2925__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,711.64 |
|---|---|---|---|

**Arnold Machinery Company**
2975 West 2100 South
Salt Lake City, UT 84119

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __5/15/25__

**Basis for the claim:** __Potential liability for trade debts of Wohali Builders LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,320.00 |
|---|---|---|---|

**ARW Engineers**
1594 West Park Circle
Ogden, UT 84404

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __3/1/25__

**Basis for the claim:** __Potential liability for trade debts of Wohali Builders LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,410.26 |
|---|---|---|---|

**Auto-Owners Insurance Company**
6101 Anacapri Blvd.
Lansing, MI 48917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Insurance Premiums__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,238.50 |
|---|---|---|---|

**Axiom Engineering Group, PLLC**
c/o Hanna Gresko
910 Brooks Street #203
Missoula, MT 59801

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __7/17/25__

**Basis for the claim:** __Potential liability for trade debts of Wohali Builders LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**
**B Robinson LLC dba Revo Sunglasses**
**2550 Northwest Parkway**
**Elgin, IL 60124**

Date(s) debt was incurred  **5/20/25**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,035.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Golf inventory**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Bill Operations LLC**
**c/o Incorporating Services, LTD**
**1108 E South Union Ave**
**Midvale, UT 84047**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$71,440.44**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
**BILL.COM**
**6220 America Center Drive**
**San Jose, CA 95002**

Date(s) debt was incurred  **7/9/25**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$69,044.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Balance (DIVVY)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**BJ Rees's Enterprise, LLC**
**1045 South Hoytsville Road**
**Coalville, UT 84017**

Date(s) debt was incurred  **7/9/25**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$22,200.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Boman & Kemp Manufacutring, Inc.**
**P.O. Box 9725**
**Ogden, UT 84409**

Date(s) debt was incurred  **6/27/25**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$63,987.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Border States Industries, Inc.**
**2400 38th St. S**
**Fargo, ND 58104**

Date(s) debt was incurred  **7/1/25**

Last 4 digits of account number  **5874**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,835.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
|---|---|---|---|---|
| | Name | | | |

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Boyden Farms, LLC**
**c/o Stephen Boyden**
**1100 South 1500 East**
**Salt Lake City, UT 84105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Loans for purchase of land**

Is the claim subject to offset? ■ No ☐ Yes

**$5,950,000.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Brightpoint Creative, LLC**
**3074 South 1030 West**
**South Salt Lake, UT 84119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Golf merchandise**

Is the claim subject to offset? ■ No ☐ Yes

**$97.17**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Bruce Design Solutions**
**7420 S Center Highway**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Callaway**
**P.O. Box 9002**
**Carlsbad, CA 92018-9002**

Date(s) debt was incurred **7/1/25**

Last 4 digits of account number **6497**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Golf merchandise**

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.58**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Cardinal Infrastructure Services LLC**
**601 Pennsylvania Avenue, NW Suite 900**
**Washington, DC 20004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$15,072.95**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Certifresh Cigar**
**7395 Bush Lake Road**
**Edina, MN 55439**

Date(s) debt was incurred **4/25/25**

Last 4 digits of account number **8354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Golf merchandise**

Is the claim subject to offset? ■ No ☐ Yes

**$1,221.18**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Chariot Inc**
**dba Chariot Plumbing Supply and Design**
**c/o Jonathan Aird, 698 W 2090 S**
**Salt Lake City, UT 84119**

Date(s) debt was incurred **6/3/25**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$108,779.12**

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,599.00**

**Cheesebrough Corp.**
P.O. Box 41
Freeport, MI 49325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2025**

Last 4 digits of account number  **2251**

Basis for the claim:  **Golf merchandise**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,718.50**

**Clyde Snow & Sessions**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Legal**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,286.00**

**Coalville City**
10 North Main
Coalville, UT 84017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Don Sargent Consulting Fees JUB Engineering**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,694.98**

**Consolidated Electrical Distributors Inc**
P.O. Box 207082
Dallas, TX 75320-7082

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  **6/25/2025**

Last 4 digits of account number  _

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,372.51**

**DC Frost Associates, Inc.**
8706 South 700 East, Suite 201
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16/2025**

Last 4 digits of account number  _

Basis for the claim:  **Lift Station**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$339.00**

**DJB Gas Services, Inc.**
P.O. Box 26746
Salt Lake City, UT 84126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2025**

Last 4 digits of account number  **2742**

Basis for the claim:  **Specialty Gas Supplier**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,784.71**

**DM Audio Video**
1720 South 900 West
Lehi, UT 84043

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  **4/8/2025**

Last 4 digits of account number  _

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Wohali Land Estates, LLC**                                    Case number (if known)   **25-24610**
_____
Name

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,234.75** |
|---|---|---|---|

**Double R Construction**
**755 East Chalk Creek Road**
**Coalville, UT 84017**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,508.72** |
|---|---|---|---|

**Dustbusters Enterprises, LLC**
**65 Rail Center**
**Evanston, WY 82930**

**Date(s) debt was incurred**  **4/2/2025**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders, LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,096.80** |
|---|---|---|---|

**ECOLAB USA, Inc.**
**1 ECOLAB PLACE**
**Saint Paul, MN 55102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,095.47** |
|---|---|---|---|

**Empire Turf Inc.**
**P.O. Box 25442**
**Salt Lake City, UT 84125-0442**

**Date(s) debt was incurred  6/30/2025**

**Last 4 digits of account number  1018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Turf for Golf Course**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,552.98** |
|---|---|---|---|

**Enertech Global LLC**
**c/o Corporation Service Company**
**15 West South Temple, Suite 600**
**Salt Lake City, UT 84101**

**Date(s) debt was incurred  6/30/2025**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,332.69** |
|---|---|---|---|

**EP Headcovers**
**420 Academy Dr.**
**Northbrook, IL 60062**

**Date(s) debt was incurred  5/19/2025**

**Last 4 digits of account number  6885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Golf merchandise**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,463.67** |
|---|---|---|---|

**Ferguson Enterprises, LLC**
**751 Lakefront Commons**
**Newport News, VA 23606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **7/14/2025**

Last 4 digits of account number **_**

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,419.86** |
|---|---|---|---|

**Fire Protection Service Corp**
**dba AAA Fire Safety & Alarm**
**377 Marshall Way N #8**
**Layton, UT 84041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **6/19/2025**

Last 4 digits of account number **_**

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,792.51** |
|---|---|---|---|

**Flowtech P.C.S. LLC**
**P.O. Box 839**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/5/2024**

Last 4 digits of account number **_**

Basis for the claim: **Pumps**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,808.73** |
|---|---|---|---|

**For-Shor Company**
**4446 West 1730 South**
**Salt Lake City, UT 84104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **1/31/2025**

Last 4 digits of account number **_**

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.58** |
|---|---|---|---|

**GPS Industries, LLC**
**1074 N. Orange Avenue**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/2025**

Last 4 digits of account number **_**

Basis for the claim: **Golf**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,108.69** |
|---|---|---|---|

**Greensource, LLC**
**c/o Troy Johnson**
**1223 North Main**
**Centerville, UT 84014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/6/2025**

Last 4 digits of account number **_**

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Gumer Alvero**
**15422 Leona Lane**
**Wayzata, MN 55391**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Deposit for Real Estate Purchase Contract for Unfinished Home**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Harper Door & Glass**
**124 Snowbird Lane**
**Cresco, PA 18326**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$11,984.32**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Heritage CPAs PLLC**
**c/o Scott Hennessy**
**5749 NW 132nd Street**
**Oklahoma City, OK 73142**

Date(s) debt was incurred  **7/14/2025**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$119,985.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**High & Heavy Construction, Inc.**
**P.O. Box 146**
**Henefer, UT 84033**

Date(s) debt was incurred  **2/21/2025**
Last 4 digits of account number  **ali3**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**High Valley Construction LLC**
**1276 East 3200 South**
**Francis, UT 84036**

Date(s) debt was incurred  **6/3/2025**
Last 4 digits of account number  **1001**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Infrastructure**

Is the claim subject to offset? ■ No ☐ Yes

**$58,664.69**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**HOJ Innovations, LLC**
**862 West Fine Dr.**
**South Salt Lake, UT 84119**

Date(s) debt was incurred _
Last 4 digits of account number  **6063**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$795.41**

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**Hole In The Wall Concrete Cutting**
P.O. Box 992
Morgan, UT 84050

Date(s) debt was incurred **7/10/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$2,160.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

**Hone Petroleum Inc.**
dba Hone Propane
3730 N. Higley Rd.
Farr West, UT 84404-9606

Date(s) debt was incurred **7/1/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$2,944.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**Huaming Wang**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$10,399.20**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Architect Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**Hyko Supply**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$3,200.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

**Imperial**
P.O. Box 875035
Kansas City, MO 64187-5035

Date(s) debt was incurred **7/12/2025**

Last 4 digits of account number **3814**

As of the petition filing date, the claim is: *Check all that apply.*   **$2,299.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Golf merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**Interfuse Architects LLC**
P.O. Box 520655
Salt Lake City, UT 84152

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$46,058.90**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Architect Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

**J-Bar Excavation, LLC**
P.O. Box 438
Coalville, UT 84017

Date(s) debt was incurred **6/30/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*   **$13,455.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sand and Gravel**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**
**J-Bar Trucking, LLC**

Date(s) debt was incurred **6/30/2025**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trucking Services**

Is the claim subject to offset? ☐ No  ☐ Yes

$9,096.37

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Killians Quest, LLC**
**c/o John Kaiser**
**7 Holly Lane**
**East Setauket, NY 11733**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Use of Killians' Credit and Payment of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$436,938.07

---

**3.64**

**Nonpriority creditor's name and mailing address**
**KJUS NORTH AMERICA, INC.**
**4888 Pearl East Circle, Suite 200W**
**Boulder, CO 80301**

Date(s) debt was incurred **6/30/2025**

Last 4 digits of account number **7890**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

$29,182.64

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Knight Trucking Utah LLC**
**c/o Alicia Avila Zambrano**
**2472 S Hempstead St**
**West Valley City, UT 84119**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

$119,226.25

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Langvardt Design Group**
**336 West Broadway, Suite 110**
**Salt Lake City, UT 84101**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

$79,387.50

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Lansing Building Products LLC**
**P.O. Box 6649**
**Richmond, VA 23230-0629**

Date(s) debt was incurred **6/30/2025**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No  ☐ Yes

$166.65

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,041.09** |
|---|---|---|---|

**Lawson Products, Inc.**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/13/2025**
Last 4 digits of account number  **6486**

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,615.00** |
|---|---|---|---|

**Layton Surveys, LLC**
**837 South 500 West, Suite 201**
**Woods Cross, UT 84010-8114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/26/2025**
Last 4 digits of account number  __

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leeland Kilpatrick**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

**Basis for the claim:**  **Two deposits for Real Estate Purchase Contracts for Unfinished Homes**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,737.01** |
|---|---|---|---|

**Legato Security Partners, Inc.**
**10 West 100 South, Suite 300**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/14/2025**
Last 4 digits of account number  **1173**

**Basis for the claim:**  **IT Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,750.00** |
|---|---|---|---|

**LEI Consulting Engineers & Surveyors Inc**
**3302 North Main Street**
**Spanish Fork, UT 84660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __
Last 4 digits of account number  __

**Basis for the claim:**  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,564.51** |
|---|---|---|---|

**Lululemon USA, Inc.**
**P.O. Box 7410198**
**Chicago, IL 60674-0198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2025**
Last 4 digits of account number  __

**Basis for the claim:**  **Merchandise**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Mark Teo**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Real Estate Purchase Contract for Unfinished Home**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Michael Roberts dba**
**Prestige Flag Mfg. Co. Inc.**
**591 Camino De La Reina #917**
**San Diego, CA 92108**

Date(s) debt was incurred  **4/11/2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$7,694.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Golf**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Model Linen Inc.**
**dba Model Linen Service**
**P.O. Box 1669**
**Ogden, UT 84402**

Date(s) debt was incurred  **6/30/2025**

Last 4 digits of account number  **4013**

As of the petition filing date, the claim is: Check all that apply.                **$8,444.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tablecloths**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Mountain Crane**
**P.O. Box 438**
**Coalville, UT 84017**

Date(s) debt was incurred  **5/31/2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                **$21,984.45**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Mountainland Power Equipment**
**P.O. Box 127**
**Orem, UT 84059**

Date(s) debt was incurred  **7/11/2025**

Last 4 digits of account number  **0360**

As of the petition filing date, the claim is: Check all that apply.                **$1,626.70**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**
**Mountainland Supply Company**
**1505 West 130 South**
**Orem, UT 84058**

Date(s) debt was incurred  **6/30/2025**

Last 4 digits of account number  **0767**

As of the petition filing date, the claim is: Check all that apply.                **$55,658.71**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
|---|---|---|---|---|
| | Name | | | |

---

**3.80** | Nonpriority creditor's name and mailing address
**Mulholland Development Solutions, Inc.**
P.O. Box 680925
Park City, UT 84068

Date(s) debt was incurred  2/5/2025

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Engineering Services**

Is the claim subject to offset? ■ No   ☐ Yes

**$36,566.35**

---

**3.81** | Nonpriority creditor's name and mailing address
**Newmark Valuation & Advisory, LLC**
1800 Larimer Street
Denver, CO 80202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Appraisal Fee**

Is the claim subject to offset? ■ No   ☐ Yes

**$3,900.00**

---

**3.82** | Nonpriority creditor's name and mailing address
**Northwest Cascade, Inc. dba Honey Bucket**
c/o CT Corporation System
1108 E South Union Ave, Ste 2100
Midvale, UT 84047

Date(s) debt was incurred  7/4/2025

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No   ☐ Yes

**$91,815.87**

---

**3.83** | Nonpriority creditor's name and mailing address
**Oakler Interiors**
11795 North 9200 West
Tremonton, UT 84337

Date(s) debt was incurred  7/3/2025

Last 4 digits of account number  0703

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No   ☐ Yes

**$6,370.53**

---

**3.84** | Nonpriority creditor's name and mailing address
**Old Republic Surety Group**
18500 W. Corporate Dr., Suite 170
Brookfield, WI 53045

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No   ☐ Yes

**$100.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**Oldcastle Infrastructure, Inc.**
P.O. Box 742387
Los Angeles, CA 90074

Date(s) debt was incurred  4/2/2025

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No   ☐ Yes

**$7,369.53**

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.86**

**Nonpriority creditor's name and mailing address**
**One Up Acoustics**
**8567 S. Poison Oak Drive**
**West Jordan, UT 84081-1864**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$18,305.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Ottley Floor Company, Inc.**
**4540 South 200 West**
**Salt Lake City, UT 84107**

Date(s) debt was incurred  **6/30/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$1,827.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
**PDM Steel Service Centers, Inc.**
**P.O. Box 740962**
**Los Angeles, CA 90074-0962**

Date(s) debt was incurred  **3/6/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$4,819.02**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Pikus Concrete Contracting, LLC**
**860 West State Street**
**Lehi, UT 84043**

Date(s) debt was incurred  **1/2/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$24,333.76**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Platt Electric Supply**
**P.O. Box 418759**
**Boston, MA 02241-8759**

Date(s) debt was incurred  **6/25/2025**

Last 4 digits of account number  **6389**

As of the petition filing date, the claim is: *Check all that apply.*     **$9,392.24**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Powder Keg Coating & Blasting LLC**
**2740 South Lemel Circle**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **6/30/2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*     **$3,356.96**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (*if known*) | **25-24610** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,297.33**

**Precision Power, Inc.**
**901 N. Marshall Way, Suite A**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Generator**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,480.00**

**Precision Structures Inc.**
**5333 South 5500 West**
**Hooper, UT 84315**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **4/10/2025**

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,447.30**

**Pride Manufacturing Company, LLC**
**10 North Main Street**
**Burnham, ME 04922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,764.08**

**Pye-Barker Fire & Safety, LLC**
**c/o Corporation Service Company**
**15 West South Temple, Suite 600**
**Salt Lake City, UT 84101**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **5/30/2025**

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,452.21**

**Quick Oregon, Inc.**
**dba Cascade Geosynthetics**
**3610 North Shuttle Road, Bldg B**
**Portland, OR 97217**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **7/15/2025**

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,230.00**

**R&R Dumpster Service, LLC**
**P.O. Box 411**
**Henefer, UT 84033**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **3/27/2025**

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
|---|---|---|---|---|
| | Name | | | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,243.60** |
|---|---|---|
| **Raft River Sod LLC**<br>**22 N Yale Road**<br>**Declo, ID 83323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/28/2025 & 6/30/2025 | Basis for the claim:  **Sod for Golf Course** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$567,204.34** |
|---|---|---|
| **Rare Earth Hardwoods**<br>**c/o Richard I Paid Jr.**<br>**6778 East Travers Highway**<br>**Traverse City, MI 49684** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,883.19** |
|---|---|---|
| **REESCO Manufacturing & Sales, LLC**<br>**1045 S. Hoytsville Rd.**<br>**Coalville, UT 84017** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,061.72** |
|---|---|---|
| **Reladyne West LLC**<br>**c/o CR Corporation System**<br>**1108 E South Union Ave**<br>**Midvale, UT 84047** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  6/30/2025 | Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC** | |
| Last 4 digits of account number  1161 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,481.41** |
|---|---|---|
| **Richins Carpentry**<br>**P.O. Box 1147**<br>**Farmington, UT 84025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  3/26/2025 | Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC** | |
| Last 4 digits of account number  3205 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,592.50** |
|---|---|---|
| **Rivkin Radler**<br>**477 Madison Avenue, Suite 410**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal Services** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**
Robert I. Merrill Co.
4049 S. Howick Street
Millcreek, UT 84107

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,846.48

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**
Rocky Mountain Power
1407 West North Temple
Salt Lake City, UT 84116

Date(s) debt was incurred **7/2/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$22,765.58

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility - Power**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**
ScentAir Technologies, LLC
3810 Shutterfly Rd.
Charlotte, NC 28217

Date(s) debt was incurred **7/11/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$7,125.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment - Air fresheners for buildings**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**
SenaWave
2075 S. Pioneer Rd., Suite B
Salt Lake City, UT 84104-4237

Date(s) debt was incurred **7/7/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$235.26

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential Liability for Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
Sherwin Williams
P.O. Box 744678
Los Angeles, CA 90074-4678

Date(s) debt was incurred **5/31/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$268.87

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**
Sigil Solutions
1894 Homestead Road
Glenwood Springs, CO 81601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$20,823.57

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Engineering Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
Silver Leaf Swppp
390 W. Main Street
American Fork, UT 84003

Date(s) debt was incurred **6/25/2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,303.10

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Wohali Land Estates, LLC**
Name

Case number (if known)   **25-24610**

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259.48 |

**Sitech Intermountain**
**4899 West 2100 South**
**Salt Lake City, UT 84120**

Date(s) debt was incurred  6/3/2025

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,897.84 |

**Smith & Loveless Inc.**
**14040 Santa Fe Trail Drive**
**Lenexa, KS 66215-1284**

Date(s) debt was incurred  7/10/2025

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $221,972.00 |

**Snell & Wilmer, LLP**
**c/o Wade Budge**
**15 West South Temple, Suite 1200**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,179.68 |

**Staker & Parson Companies**
**2350 South 1900 West, Suite 100**
**Ogden, UT 84401**

Date(s) debt was incurred  7/7/2025

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,161.96 |

**Standard Plumbing Supply Co.**
**P.O. Box 708490**
**Sandy, UT 84070**

Date(s) debt was incurred  6/25/2025

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $518.40 |

**Staples**

Date(s) debt was incurred  7/2/2025

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Sale of Goods**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | | Case number (if known) | **25-24610** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.117**

**Nonpriority creditor's name and mailing address**

**StudioMX**
**c/o Magleby Professional Services, LLC**
**1291 W Center St**
**Lindon, UT 84042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential liability for trade debts of Wohali Builders LLC**

Is the claim subject to offset?  ■ No   ☐ Yes

**$65,281.25**

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Summit County Public Works**
**1755 S. Hoystville Rd.**
**Coalville, UT 84017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Infrastructure**

Is the claim subject to offset?  ■ No   ☐ Yes

**$2,533.39**

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Summit Geotechnical Engineering, LLC**
**595 North 1250 West, Suite 2**
**Centerville, UT 84014**

Date(s) debt was incurred  6/13/2025

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Engineering Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**$3,733.93**

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Summit Seeding**
**3731 West 10400 Soutn, Suite 102-331**
**South Jordan, UT 84009**

Date(s) debt was incurred  10/12/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Seeding and development**

Is the claim subject to offset?  ■ No   ☐ Yes

**$37,802.35**

---

**3.121**

**Nonpriority creditor's name and mailing address**

**Sunroc Corporation**
**P.O. Box 778**
**Orem, UT 84059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Sewer Lift Station**

Is the claim subject to offset?  ■ No   ☐ Yes

**$681,042.00**

---

**3.122**

**Nonpriority creditor's name and mailing address**

**Target Specialties**
**15415 Marquardt Avenue**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Golf Merchandise**

Is the claim subject to offset?  ■ No   ☐ Yes

**$2,641.03**

---

**3.123**

**Nonpriority creditor's name and mailing address**

**Taylor Made Golf Company, Inc.**
**Attn:  Carolyn Douglas**
**5545 Fermi CT**
**Carlsbad, CA 92008**

Date(s) debt was incurred  5/20/2025

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Golf Merchandise**

Is the claim subject to offset?  ■ No   ☐ Yes

**$531.61**

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**The Closet Butler, LLC**
**1272 Sportsplex Drive**
**Kaysville, UT 84037**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Built-in Closet Installation and Design__

Is the claim subject to offset? ■ No ☐ Yes

**$61,499.33**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**The Lavatory Utah**
**1628 West 3180 North, #D1**
**Lehi, UT 84043**

Date(s) debt was incurred  __6/18/2025__

Last 4 digits of account number  __5624__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Bathroom Installation__

Is the claim subject to offset? ■ No ☐ Yes

**$16,030.35**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Thomas Clark**
**P.O. Box 9362**
**Ogden, UT 84409**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consulting Services__

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Thomas D. Rees**
**800 Icy Springs Road**
**Coalville, UT 84017**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Use of Land__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Tim Zilka**
**PO Box 3809**
**Alpine, WY 83128**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit for Real Estate Purchase Contract for__
__Unfinished Home__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Total E Integrated**
**P.O. Box 92052, Scarborough RPF**
**Brindlewood Mall**
**Ontario M1W 3Y8**

Date(s) debt was incurred  __7/23/2025__

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Golfcourse Membership Software__

Is the claim subject to offset? ■ No ☐ Yes

**$33,100.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Tramcor Corporation**
**908 North 2000 West**
**Farr West, UT 84404**

Date(s) debt was incurred  __5/6/2025__

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Potential liability for trade debts of Wohali Builders__
__LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$7,462.49**

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,771.00**

**Trandesign Group, Inc.**
**dba Ricca Design Studios**
**5613 DTC Parkway, Suite 100**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2025**

**Basis for the claim:  Architectural Design Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,418.52**

**Turf Equipment & Irrigation, Inc.**
**P.O. Box 26903**
**Salt Lake City, UT 84126-0903**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/18/2025**

**Basis for the claim:  Golf Course Installation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,815.62**

**Turf Solutions, Inc.**
**5445 South 600 West**
**Riverdale, UT 84405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/1/2025**

**Basis for the claim:  Golf Course Installation**

Last 4 digits of account number  **2561**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$333.17**

**ULINE**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Packing Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00**

**Utah Golf Association**
**4444 South 700 East, Suite 105**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Golf Resort Subscription**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.16**

**Utah LP Gas**
**1940 N. Redwood Road**
**Salt Lake City, UT 84116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Propane Use**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,997.49**

**W W Grainger, Inc.**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Potential liability for trade debts of Wohali Builders LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|---|---|---|---|

---

**3.138**

**Nonpriority creditor's name and mailing address**
Warmboard Inc
8035 Soquel Dr., Suite 35
Aptos, CA 95003

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$84,432.06**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential liability for trade debts of Wohali Builders LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.139**

**Nonpriority creditor's name and mailing address**
Weber Basin Water Conservancy District
2837 East Highway 193
Layton, UT 84040

Date(s) debt was
incurred  Accrued throguh 7/21/2025

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$88,768.76**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Usage - Water

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**

**Nonpriority creditor's name and mailing address**
Wheelwright Lumber Company
4901 West Machinery Co.
Salt Lake City, UT 84120

Date(s) debt was incurred  6/28/2025

Last 4 digits of account number  4350

**As of the petition filing date, the claim is:** Check all that apply.     **$58,586.23**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential liability for trade debts of Wohali Builders LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.141**

**Nonpriority creditor's name and mailing address**
White Cap, L.P.

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$28,803.34**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential liability for trade debts of Wohali Builders LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.142**

**Nonpriority creditor's name and mailing address**
Winsupply Park City CO.
661 Parkway Dr., Suite 1
Park City, UT 84098-6471

Date(s) debt was incurred  6/25/2025

Last 4 digits of account number  2003

**As of the petition filing date, the claim is:** Check all that apply.     **$19,569.09**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential liability for trade debts of Wohali Builders LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.143**

**Nonpriority creditor's name and mailing address**
Wohali Partners, LLC
247 Village View Drive
Coalville, UT 84017

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **$3,225,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Wohali Land Estates, LLC**                                          Case number (if known)   **25-24610**
_____Name_____

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

3.144   **Nonpriority creditor's name and mailing address**

**Wohali Resorts, LLC**
**247 Village View Drive**
**Coalville, UT 84017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Lease obligation**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.145   **Nonpriority creditor's name and mailing address**

**York Howell**
**10610 South Jordan Gateway, Suite 200**
**South Jordan, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,675.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Axiom Engineering Group, PLLC**<br>**910 Brooks St., Suite 203**<br>**Missoula, MT 59801-5784** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.2  **Greensource, LLC**<br>**P.O. Box 1202**<br>**Centerville, UT 84014** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.3  **Heritage CPAS PLLC**<br>**201 Moreland Road, Suite 3**<br>**Hauppauge, NY 11788** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| 4.4  **Irena Mijie**<br>**P.O. Box 24101**<br>**Cleveland, OH 44124** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.5  **Kristel Lundberg**<br>**2697 N 527 E**<br>**Lehi, UT 84043** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.6  **Terry Alsberg**<br>**100 Enterprise Way, Suit G300**<br>**Scotts Valley, CA 95066** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 316,574.90 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,261,831.45 |

| Debtor | **Wohali Land Estates, LLC** | Case number (if known) | **25-24610** |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **15,578,406.35**

**Fill in this information to identify the case:**

Debtor name  **Wohali Land Estates, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  **25-24610**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purcahse Contract for Unfinished Home** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gumer Alvero** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purchase Contract for Unfinished Home** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leeland Kilpatrick** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purchase Contract for Unfinished Home** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leeland Kilpatrick** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purchase Contract for Unfinished Home** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Teo** |

Debtor 1  **Wohali Land Estates, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **25-24610**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest  **Real Estate Purchase Contract for Unfinished Home** | |
| State the term remaining | **Tim Zilka**  **PO Box 3809**  **Alpine, WY 83128** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest  **Water Rights Contract (385 acre feet).** | |
| State the term remaining | **Weber Basin Water Conservancy District**  **2837 East Highway 193**  **Layton, UT 84040** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest  **25 Year land lease between Wohali Resort Inc and Wohali Land Estates, LLC. Lease commenced March 11, 2024.** | |
| State the term remaining  **23.6 Years** | **Wohali Resort, Inc.**  **2474 Village View Drive**  **Coalville, UT 84017** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Wohali Land Estates, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF UTAH |
| Case number (if known)    **25-24610** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Kaiser** | | **American Express** | ☐ D _____<br>☑ E/F __3.11__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Wohali Land Estates, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  **25-24610**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,229,000.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$9,081,775.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,112,080.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Wohali Land Estates, LLC**                                   Case number *(if known)* **25-24610**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **John Kaiser**<br>**7 Holly Ln**<br>**Setauket, NY 11733**<br>**Director** | **9/23/2024 through 2/3/2025** | **$145,833.31** | **Director Fees (Salary)** |
| 4.2. **Dave Boyden**<br>**5499 S Woodcrest Drive**<br>**Holladay, UT 84117**<br>**Director** | **9/23/2024 through 2/3/2025** | **$145,833.31** | **Director Fees (Salary)** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **EB5AN Wohali Utah Fund XV, LP v. Wohali Land Estates, LLc**<br>**250200050** | **Contract** | **Business and Chancery Court**<br>**450 South State Street**<br>**Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **ICM Solutions, LLC v. Wohali Land Estates, LLC, et al.**<br>**250500349** | **Contract** | **Third District Court for State of Utah**<br>**Summit County, Silver Summit**<br>**6300 N Silver Creek Dr. #A**<br>**Park City, UT 84098** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor     **Wohali Land Estates, LLC**                                    Case number *(if known)* **25-24610**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Eave Partners, LLC v. Wohali Land Estates, LLC, et al.**<br>**250500377** | **Contract** | **Third District Court for State of Utah**<br>**Summit County, Silver Summit**<br>**6300 N Silver Creek Dr. #A**<br>**Park City, UT 84098** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Sierra Pacific Industries, Inc. v. Wohali Land Estates, LLC, et al.**<br>**250500409** | **Contract** | **Third District Court for State of Utah**<br>**Summit County, Silver Summit**<br>**6300 N Silver Creek Dr. #A**<br>**Park City, UT 84098** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Wohali Land Estates, LLC**                                    Case number *(if known)* **25-24610**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McKay, Burton & Thurman, P.C.**<br>**Parkview Plaza I**<br>**2180 South 1300 East, Suite 400**<br>**Salt Lake City, UT 84106** | **Retainer** | **8/1/2025** | **$75,000.00** |
| | Email or website address<br>**mrose@mbt-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Clyde Snow & Sessions PC**<br>**201 South Mainst Street, Suite 2200**<br>**Salt Lake City, UT 84111** | **Retainer** | **8/1/2025** | **$5,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Snell & Wilmer LLP**<br>**15 West South Temple, Suite 1200**<br>**Salt Lake City, UT 84101** | **Retainer** | **8/6/2025** | **$25,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Wohali Land Estates, LLC**                                      Case number *(if known)*  **25-24610**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **ATOT Utah LLC**<br>**6031 Le Lac Rd**<br>**Boca Raton, FL 33496** | **WOH-1-3** | **3/14/2024** | **$1,237,300.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2<br>. | **Sadowski Lukasz Trustee**<br>**4000 SW 103 Ave**<br>**Davie, FL 33328** | **WOH-1-8** | **5/24/2024** | **$1,110,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.3<br>. | **Wakabayashi Ernest T**<br>**Trustee**<br>**7243 N Constellation Ct**<br>**Kamas, UT 84036** | **WOH-1-9** | **8/1/2024** | **$1,242,246.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.4<br>. | **Jones Gabrielle Kristena**<br>**19230 NW 12th Manor**<br>**Pembroke Pine, FL 33029** | **WOH-1-73** | **10/3/23** | **$1,155,100.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.5<br>. | **Amro Capital, LLC**<br>**6315 Mercer Street**<br>**Houston, TX 77007** | **WOH-1B-22** | **3/18/25** | **$803,500.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.6<br>. | **Pacific Premier Trust**<br>**Custodian**<br>**1801 California Street, Suite**<br>**800**<br>**Denver, CO 80202** | **WOH-1B-26** | **3/3/25** | **$0.00** |
| | Relationship to debtor<br>**Associated with Wohali**<br>**Partners, LLC** | | | |
| 13.7<br>. | **Pamela Russell**<br>**2243 Saddle Horn Drive**<br>**Park City, UT 84098** | **WOH-1B-25** | **1/10/25** | **$787,500.00** |
| | Relationship to debtor<br>**None** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Wohali Land Estates, LLC**                                    Case number *(if known)*  **25-24610**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8<br>. | **DJAS Estates, LLC**<br>**91 Cherry Lane**<br>**Syosset, NY 11791** | **WOH-1B-54** | **11/14/24** | **$0.00** |
| | **Relationship to debtor**<br>**Associated with Wohali**<br>**Partners, LLC** | | | |
| 13.9<br>. | **Whitestripe Wohali, LLC**<br>**4940 Hammock Lake Drive**<br>**Miami, FL 33156** | **WOH-1B-56** | **11/14/24** | **$1,850,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>0. | **Gumer C. Alvero**<br>**15422 Leaona Lane**<br>**Wayzata, MN 55391** | **WOH-1B-28** | **9/19/24** | **$1,015,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>1. | **John Swarwout Haslett**<br>**11990 Market Street, Unit**<br>**2105**<br>**Reston, VA 20190** | **WOH-1B-27** | **9/15/24** | **$875,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>2. | **Debtor is working to locate**<br>**intercompany**<br>**transfers and will amend as**<br>**information**<br>**is located.** | | | **$0.00** |
| | **Relationship to debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.


    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Wohali Land Estates, LLC** | Case number *(if known)* | **25-24610** |
|---|---|---|---|

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Real Estate sales require personal information**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-6038** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **8/22/2024**<br>**(According to Debtor's Recollection)** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Wohali Land Estates, LLC**                                      Case number *(if known)*  **25-24610**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

■ None

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

| Debtor | Wohali Land Estates, LLC | Case number (if known) 25-24610 |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Herritage CPAs, PLLC**<br>**201 Moreland Raod, Suite 3**<br>**Hauppauge, NY 11788** | **2022 to present** |
| 26a.2. | **Elizabeth Krug** | **2023 to June 2025** |
| 26a.3. | **Mike Gibbons** | **July 2024 to June 2025** |
| 26a.4. | **Melanie Kershaw** | **2023 to July 2025** |
| 26a.5. | **Phil Dunn** | **2021 to July 2024** |
| 26a.6. | **Aftab Hussein** | **September 2024 to October 2024** |
| 26a.7. | **Tiffany Wangsgaard** | **November 2024 to January 2025** |
| 26a.8. | **Tom Cottone** | **2021 to June 2024** |
| 26a.9. | **Tom Visceglie** | **2021 to June 2024** |
| 26a.10. | **Logan Bingaman** | **July 2025 to August 2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | Wohali Land Estates, LLC | Case number *(if known)* | **25-24610** |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Kaiser | 7 Holly Ln Setauket, NY 11733 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dave Boyden | 5499 S Woodcrest Drive Holladay, UT 84117 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wohali Partners, LLC | | Owner | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John Kaiser 7 Holly Ln Setauket, NY 11733 | 145,833.31 | 9/23/2024 through 2/3/2025 | Director Fees (Salary) |
| | Relationship to debtor Director | | | |
| 30.2. | Dave Boyden 5499 S Woodcrest Drive Holladay, UT 84117 | 145,833.31 | 9/23/2024 through 2/3/2025 | Director Fees (Salary) |
| | Relationship to debtor Director | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Wohali Land Estates, LLC**                                   Case number *(if known)* **25-24610**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Wohali Land Estates, LLC** | Case number *(if known)* **25-24610** |
|---|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 22, 2025**

**/s/ John Robert Kaiser**                                       **John Robert Kaiser**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes