Annette W. Jarvis (Utah #1649)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email: jarvisa@gtlaw.com

*Proposed Attorneys for DGB Investments, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Case No. 25-24610 |
|---|---|
| Wohali Land Estates, LLC, | Chapter 11 |
| Debtor. | The Honorable Peggy Hunt |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Annette W. Jarvis is entering an appearance on behalf of interested party DGB Investments, Inc. in the above-captioned matter. Please address all future pleadings and correspondence to:

> Annette W. Jarvis
> **GREENBERG TRAURIG, LLP**
> 222 South Main Street, Suite 1730
> Salt Lake City, UT 84101
> Email: jarvisa@gtlaw.com

[*Signature Follows*]

DATED this 2nd day of September 2025.

                                      **GREENBERG TRAURIG, LLP**

                                      */ s / Annette W. Jarvis*
                                      Annette W. Jarvis

                                      *Proposed Attorneys for DGB Investments, Inc.*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on the 2nd day of September 2025, the foregoing was electronically filed with the Court and served via the Court's CM/ECF system upon all parties who receive service upon electronic filing:

- **David P. Billings**   dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Scott S Bridge**   sbridge@keslerrust.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**   rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Patricia Geary Glenn**   pgearyglenn@gmail.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Elijah L. Milne**   eli.milne@dentons.com, deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**   matt@oblawpc.com
- **Douglas J. Payne**   dpayne@fabianvancott.com, mbeck@fabianvancott.com;mdewitt@fabianvancott.com
- **Mark C. Rose**   mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

                                                                              */ s / Candy Long*