Annette W. Jarvis (Utah #1649)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email: jarvisa@gtlaw.com

*Attorneys for DGB Investments, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 25-24610 |
| Wohali Land Estates, LLC, | Chapter 11 |
| Debtor. | The Honorable Peggy Hunt |

### MOTION FOR ADMISSION PRO HAC VICE AND
### CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Annette W. Jarvis, hereby move the pro hac vice admission of applicant Andrew G. Dietderich to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order. An application for admission pro hac vice is attached hereto as **Exhibit A.**

[*Signature page follows*]

Dated this 16th day of September, 2025.

                                          **GREENBERG TRAURIG, LLP**

                                          */s/ Annette W. Jarvis*
                                          Annette W. Jarvis

                                          *Attorneys for DGB Investments, Inc.*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on the 16th day of September 2025, the foregoing was electronically filed with the Court and served via the Court's CM/ECF system upon all parties who receive service upon electronic filing:

- **David P. Billings**    dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Bryan Hart Booth**    bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge**    sbridge@keslerrust.com
- **Matthew James Burne**    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**    rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Patricia Geary Glenn**    pgearyglenn@gmail.com
- **Annette W. Jarvis**    jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Elijah L. Milne**    eli.milne@dentons.com, deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**    matt@oblawpc.com
- **Douglas J. Payne**    dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- **Mark C. Rose**    mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeremy C. Sink**    jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

                                                      */ s / Patricia Brown*

# **EXHIBIT A**

**Application for Admission Pro Hac Vice**

## APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Andrew G. Dietderich, hereby requests permission to appear pro hac vice in the subject case. Applicant states under penalty of perjury that he is a member in good standing of the bar of the highest court of a state or the District of Columbia; is a non-resident of the state of Utah; and, under DUCivR83-1.1(d) and Local Rule 2090-1, has associated local counsel in this case. Applicant's address, office telephone, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Annette W. Jarvis as associate local counsel.

Dated: September 16, 2025

*/s/ Andrew G Dietderich*

## APPLICATION FOR ADMISSION PRO HAC VICE, CONTINUED

**Name of Applicant**: Andrew G. Dietderich
**Business Address**: 125 Broad Street, New York, NY, 10004-2498
**Main Office Telephone Number**: (212) 558-3830
**Fax Number**: (212) 558-3588
**E-Mail Address**: dietdericha@sullcrom.com

### BAR ADMISSION HISTORY

| Court to Which Admitted | Date of Admission |
|---|---|
| New York | 1997 |
| United States District Court, SDNY | 2009 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

### PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| Case Title | Case Number | Date of Admission |
|---|---|---|
| N/A |  |  |