# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Wohali Land Estates, LLC<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 25-24610<br><br>Judge Peggy M. Hunt |

## APPLICATION TO EMPLOY AMPLEO TURNAROUND AND RESTRUCTURING LLC

Matt McKinlay, Chapter 11 Trustee ("Chapter 11 Trustee"), makes application (the "Application") for authority to retain Ampleo Turnaround and Restructuring LLC ("Ampleo"), nunc pro tunc, as of September 30, 2025, to assist the Chapter 11 Trustee in the administration of this Chapter 11 case as his professional consultant and in support thereof respectfully shows that:

1. Matt McKinlay was appointed Chapter 11 Trustee on September 30, 2025 pursuant to the USTR Appointment of Chapter 11 Trustee (the "Appointment") [Docket No. 88].

2. Pursuant to 11 U.S.C. § 1107 and § 327, the Chapter 11 Trustee wishes to employ Ampleo to render professional services as outlined in the Engagement Letter attached hereto as **Exhibit A**.

3. The Chapter 11 Trustee desires to retain Ampleo immediately, effective upon the appointment of the Chapter 11 Trustee due to exigent circumstances that exist.

4. The Chapter 11 Trustee has selected Ampleo because Ampleo has experience in matters of this character and the Chapter 11 Trustee believes Ampleo is well qualified to assist the Chapter 11 Trustee in this case.

5. To the best of the Ampleo's knowledge, Ampleo and its employees do not have any connections with Debtor, any personnel employed in the Office of the United States Trustee, the creditors, or any other party in interest, or their respective attorneys or accountants (other than normal professional relationships), nor does Ampleo represent or hold any interest adverse to the Chapter 11 Trustee, debtor in possession, or the estate herein in the matters upon which Ampleo is to be engaged, and Ampleo's employment would be in the best interest of the estate and its creditors. The Chapter 11 Trustee is the President of Ampleo.

6. The Application is supported by the Declaration of Lincoln Howell in Support of the Application to Employ Ampleo, filed contemporaneously herewith. The hourly rates to be charged by professionals are outlined in the Engagement Letter between Ampleo and the Chapter 11 Trustee, a copy of which is attached to this Application. No retainer has been or will be provided to Ampleo for its proposed representation in this matter.

7. The Application is further supported by the Declaration of Matt McKinlay in Support of the Application to Employ Ampleo, also filed contemporaneously herewith.

8. Mr. McKinlay is presently interviewing counsel to represent the Chapter 11 Trustee in this matter, but retention of Ampleo now is necessary based on exigent circumstances to protect assets of the Debtor's estate. This includes, but is not limited to, communicating with employees of an affiliated non-debtor entity where payroll is in arrears, and exploring financing to support ongoing golf course operations.

WHEREFORE, the Chapter 11 Trustee prays that it be authorized to employ Ampleo. Dated this 6th day of October, 2025.

DATED: October 6, 2025                                  Respectfully submitted,

_____
Matt McKinlay

Chapter 11 Trustee