

September 30, 2025

Wohali Land Estates, LLC
c/o Matt McKinlay, Chapter 11 Trustee
13601 W. McMillan Rd #102 PMB 320
Boise, ID 83713

Re: Letter of Engagement: Wohali Land Estates, LLC & Ampleō Turnaround and Restructuring LLC

1. Introduction

This letter confirms that Ampleō Turnaround and Restructuring LLC ("Ampleo"), has been retained by Wohali Land Estates, LLC ("Client"), pursuant to this engagement agreement and a forthcoming order of the court. Ampleo acknowledges that Client is a Chapter 11 Debtor under Case # 25-24610 in the US Bankruptcy Court, District of Utah (the "Court").

As a consultant, Ampleō Turnaround and Restructuring LLC shall provide Client with the scope of services listed below. As used herein, "you", "your" and related terms will refer to Client, "'we","ours" and "'us" and related terms will refer to Ampleō Turnaround and Restructuring LLC. This letter of engagement (the "Engagement"), plus, any court of law the parties are subject to ("the Court"), any Orders entered by such Court in connection with the Engagement, and the attached Standard Terms and Conditions constitute the entire engagement agreement (the "Agreement") pursuant to which such Services (defined below) will be provided.

2. Scope of Services

- Assist the Chapter 11 Trustee in administering the Client through its Chapter 11 proceeding.

Client provides Ampleo with express permission to communicate with creditors and other stakeholders to accomplish the scope above.

3. Fees and Expenses

<u>Compensation for Services.</u> As compensation for providing Services hereunder, Client shall pay Ampleō Turnaround and Restructuring LLC's fees based on an hourly rate schedule and the level of staff required to complete our Services plus reasonable out-of-pocket expenses.

Amplēo Turnaround and Restructuring LLC will invoice Client for services monthly, and will be subject to notice and approval of the Court. Fees are due within five (5) days after an order by the Court approving such fees.

Amplēo Turnaround and Restructuring LLC reserves the right to suspend further work if invoices are not paid within 10 business days. In the event Amplēo suspends its Services Amplēo Turnaround and Restructuring LLC shall not be responsible or liable for any resulting loss, damage or expense due to such suspension.

Our current hourly rate schedule is set forth on Schedule B on the attached Standard Terms and Conditions.

Note that Amplēo Turnaround and Restructuring LLC does not provide any assurance regarding the outcome of our work and our fees will not be contingent on the results of such work. Services performed will be billed in one-tenth hour increments and contain sufficient adequate narrative detail.

We charge travel time at ½ of actual time incurred.

<u>Out of Pocket Expenses:</u> Client agrees to reimburse Amplēo Turnaround and Restructuring LLC for reasonable out-of-pocket expenses that are incurred on Client's behalf during this Engagement, including, but not limited to, airfare (with Client's prior approval), mileage, meals, and hotel accommodations (with Client's prior approval) and other similar costs and expense.

Amplēo Turnaround and Restructuring LLC will not charge any markup, overhead, profit or other fees on the reimbursable expenses. Any state, local, sales or use taxes will be added to the invoice and collected by Amplēo.

4. Limitations on Services; Limitation of Liability

Amplēo Turnaround and Restructuring LLC Services are limited to those specifically noted in this Agreement and do not include accounting, tax preparation assistance, or advisory services except as specifically described herein. Amplēo Turnaround and Restructuring LLC will not be expressing any professional opinions on financial statements or perform attest procedures with respect to other information in conjunction with this engagement. Amplēo Turnaround and Restructuring LLC services are not designed, nor should they be relied on, to disclose weaknesses in internal controls, financial statement errors, irregularities, or illegal acts.

Ampleō Turnaround and Restructuring LLC will, however, inform you of any irregularities, or illegal acts that do come to our attention incidental to our assistance.

Additionally, the maximum amount of any loss or claim against Ampleō Turnaround and Restructuring LLC Services will be the amounts actually paid by the Client to Ampleō Turnaround and Restructuring LLC Services during the immediately preceding 12 months.

5. Terms and Conditions

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services.

This Agreement comprises the entire agreement for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties and representations, and shall supersede all previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.

Client represents and warrants that the undersigned's are authorized to enter into this Agreement, and that all consents required by the Client's board of directors or managers, as the case may be, or as required under the Client's governing documents have been received.

6. Personnel Issues

All of Ampleō Turnaround and Restructuring LLC agents and employees furnished by Ampleō Turnaround and Restructuring LLC to perform the Services (collectively, "Personnel") are and will remain Ampleō Turnaround and Restructuring LLC agents and employees and, under no circumstances, will any Personnel furnished by Ampleō Turnaround and Restructuring LLC be deemed to be Client employees. Ampleō Turnaround and Restructuring LLC is solely responsible, at Ampleō Turnaround and Restructuring LLC sole cost and expense, for (i) the fulfillment of all obligations to Personnel and (ii) the compliance by Ampleō Turnaround and Restructuring LLC and Personnel with this Agreement and all laws, regulations, orders and other governmental requirements applicable to performance of the Services.

This Agreement is not exclusive and Client and Ampleō Turnaround and Restructuring LLC are free to engage in all pursuits whatsoever at any time. However, both parties acknowledge that they will receive and learn information that is confidential and proprietary ("Confidential Information") to the other. Each hereby agrees to hold such information strictly confidential

and not to divulge such information without the express written consent of the other party. All documents and other tangible objects containing or representing Confidential Information and all copies thereof which are in the possession of the recipient shall be and remain the property of originating party and shall be promptly returned to it upon its request. During the term of this Agreement and for one year afterwards, Ampleō Turnaround and Restructuring LLC and Client agree that neither will solicit nor recruit any individual who is an associate of Ampleō Turnaround and Restructuring LLC or an employee of Client, as applicable, without the express permission of the other party. If Client desires to hire the consultant, Client will pay to Ampleō Turnaround and Restructuring LLC a fee of 25% of first-year salary. This fee is due upon hiring.

7. Acknowledgement and Acceptance.

Please acknowledge your acceptance of the terms of this Agreement and the attached Standard Terms and Conditions by signing both the confirmation below.

If you have any questions regarding this Agreement, the accompanying schedules or Standard Terms and Conditions, please do not hesitate to contact Matt McKinlay at 208-724-2257.

Very truly yours,

*Lincoln Howell*
Lincoln Howell (Oct 6, 2025 09:04:16 MDT)

Lincoln Howell
CEO, The Amplify Group. LLC
Sole Member of Ampleō Turnaround and Restructuring LLC

## Confirmation of Terms of Engagement

Wohali Land Estates, LLC to engage Ampleō Turnaround and Restructuring LLC on the terms set forth in this Agreement.

All prices agreed upon will be honored by both parties.

**Authorized Signature:** The undersigned agrees to the terms of this contract on behalf of the organization or business.

**Wohali Land Estates, LLC**

By: _____
Name:   Matt McKinlay
Its:   ____Chapter 11 Trustee_____

## Ampléo Turnaround and Restructuring LLC
STANDARD TERMS AND CONDITIONS

The following are the Standard Terms and Conditions on which Ampléo Turnaround and Restructuring LLC will provide the Services set forth within the attached letter of engagement dated as of February 3, 2025. The engagement letter (the "Letter" and the Standard Terms and Conditions collectively the "Agreement") form the entire agreement between the parties relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services. Capitalized terms used herein shall have the meanings given them in this Agreement unless otherwise defined herein.

**1. Work Product**

1.1 <u>Deliverables.</u> Materials or reports prepared in connection with Ampléo Turnaround and Restructuring LLC's engagement hereunder ("Deliverables") may contain factual data, the interpretation of which may change over the case term as more information becomes available. It is understood and acknowledged that Ampléo Turnaround and Restructuring LLC shall not have an obligation to update the Deliverables as part of its Services hereunder in the event of such a change. Ampléo will communicate its findings and observations, together with any recommendations solely to Client unless otherwise directed by Client. Any decisions to implement such recommendations will be solely those of Client.

**2. Information and Assistance**

2.1 <u>Provision of information and assistance.</u> Our performance of the Services is dependent on the data available by the client, information provided by the personnel available on site and the support of outside professionals and service providers.

2.2 <u>No assurance on financial data.</u> While our work may include an analysis of financial and accounting data, the Services will not include an audit, compilation or review of any kind of any financial statements or components thereof. Ampléo Turnaround and Restructuring LLC will not examine or compile or verify any such financial information. Moreover, the circumstances of the Engagement may cause our advice to be limited in certain respects based on, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period. Accordingly, as part of this Engagement, Ampléo will not express any opinion or other form of assurance on financial statements of Client.

2.3 Prospective financial information. In the event the Services involve prospective financial information, our work will not constitute an examination or compilation, or apply agreed-on procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and Ampleō Turnaround and Restructuring LLC will express no assurance of any kind on such information. There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. We will take no responsibility for the achievability of projected results.

## 3. Warranty

3.1 Standards of Performance. Ampleō Turnaround and Restructuring LLC represents and warrants that all Services shall be performed in accordance with standards of skill and care generally observed by "turnaround" consultants of recognized national standing in the United States and in conformity with the Code of Ethics of the Association of Certified Turnaround Professionals and Turnaround Management Association.

3.2 Limited Warranty. THE ABOVE WARRANTY IS OUR ONLY WARRANTY CONCERNING THE SERVICES AND ANY DELIVERABLES, AND IS MADE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ALL OF WHICH ARE HEREBY DISCLAIMED.

## 4. Termination

4.1 Termination of Engagement with notice. You may terminate the Agreement for whatever reason on written notice to us. On receipt of such notice, Ampleō Turnaround and Restructuring LLC will stop all work immediately but Client will be responsible for all fees and expenses incurred by Ampleō through the date the termination notice is received.

4.2 Continuation of terms. The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Agreement, including but not limited to Section 3 of the Letter and Sections 5 through 7 of the Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

## 5. Waiver of Jury Trial

5.1 <u>Waiver of Jury Trial.</u> TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, Client AND AMPLEO TURNAROUND AND RESTRUCTURING LLC IRREVOCABLY AND UNCONDITIONALLY AGREE NOT TO DEMAND A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR ANY SUCH OTHER MATTER.

**6. Governing Law and Jurisdiction.**

This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of applicable to agreements made and to be performed wholly within such jurisdiction.

**7. Miscellaneous Provisions**

7.1 <u>Assignment.</u> This Agreement shall inure to the benefit of the parties and their successors and permitted assigns. Neither party may assign this Agreement, in whole or in part, without the prior written consent of the other. Any attempt to make such an assignment shall be void.

7.2 <u>Complete Agreement.</u> This Agreement constitutes the complete agreement and understanding between the parties and supersedes all prior agreements and understandings between the parties with respect to the subject matter hereof. This Agreement may be modified only in writing, signed by both parties, which specifically identifies this Agreement by name and date.

7.3 <u>No Third Party Benefit.</u> This Agreement is made solely for the benefit of the parties hereto, and no third party shall acquire any claim against Ampleo Turnaround and Restructuring LLC as a result of this Agreement.

7.4 <u>Invalidity: Severability.</u> If any provisions of this Agreement shall for any reason be held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed to give effect as nearly as possible to the intent of the parties. The parties agree to work together to replace such invalid, illegal or unenforceable provision as promptly as possible with a provision that is valid, legal and enforceable.

7.5 <u>Even Construction.</u> The parties acknowledge that this Agreement was the subject of fair negotiation between parties adequately represented by counsel of their choice. Neither party shall be considered the "drafter" of this Agreement for the purpose of construing any of its terms and conditions.

7.6 Headings. Article and Section headings and numbers are provided for convenience only, and shall not affect the construction or interpretation of this Agreement.

7.7 Days. References to "days" or a "day" shall mean a calendar day, unless otherwise stated.

7.8 Notices. Any notice or communication required to be given by either party to this Agreement shall be in writing and shall be hand delivered or sent by certified mail, return receipt requested, or by confirmed facsimile transmission to the addresses set forth in this Agreement or such other address as either party may specify to the other.

| Products & Services | Hourly Rate |
|---|---|
| T&R Case Manager – Doug Charboneau | $325.00 |
| T&R Transaction Advisor and Operational Support – Scott Randle | $325.00 |
| T&R Real Estate Support – Jeff Warr | $345.00 |
| Other Associates at their prevailing rates which range between $100 and $345 per hour | |

# Wohali Estates, LLC - Ampleo Engagement Agreement

Final Audit Report 2025-10-06

| | |
|---|---|
| Created: | 2025-10-06 |
| By: | Matthew McKinlay (mmckinlay@guidepoint-mgt.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcWW-n6lwNbfT9sMwx2e_6PQbQK7vSrl4 |

## "Wohali Estates, LLC - Ampleo Engagement Agreement" History

- **Document created by Matthew McKinlay (mmckinlay@guidepoint-mgt.org)**
  2025-10-06 - 2:58:21 PM GMT- IP address: 65.140.97.26

- **Document emailed to Lincoln Howell (lhowell@ampleo.com) for signature**
  2025-10-06 - 2:58:26 PM GMT

- **Email viewed by Lincoln Howell (lhowell@ampleo.com)**
  2025-10-06 - 2:59:30 PM GMT- IP address: 74.125.212.133

- **Document e-signed by Lincoln Howell (lhowell@ampleo.com)**
  Signature Date: 2025-10-06 - 3:04:16 PM GMT - Time Source: server- IP address: 66.205.201.211

- **Agreement completed.**
  2025-10-06 - 3:04:16 PM GMT

**Adobe Acrobat Sign**