**This order is SIGNED.**

**Dated: October 9, 2025**

PEGGY HUNT
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 25-24610 |
| Wohali Land Estates, LLC, | Chapter 11 |
| Debtor | Judge Peggy M. Hunt |

**ORDER APPROVING WOHALI CONCERNED OWNERS' APPLICATION FOR
ADMINISTRATIVE EXPENSE CLAIM RELATING TO THE
AUGUST 29 PAYROLL**

The *Wohali Concerned Owners' Amended Second Application for Administrative Expense Claim* ("**Application Regarding August 29 Payroll**") (Dkt. #70) came before the Court at a hearing on October 9, 2025. ~~The Court finds and concludes that notice of the hearing and the Application Regarding August 29 Payroll via~~ *Notice of Wohali Concerned Owners' Administrative Expense Claim Regarding August 29, 2025 Payroll Funding and Notice of Hearing* dated Sept. 15, 2025 (Dkt. #72) ("**Notice Regarding August 29 Payroll Administrative Claim**") was filed with the Court and served on parties in interest. Notice is proper and no further notice is required. No objections to the Application Regarding August 29 Payroll were filed.

Present at the hearing were David P. Billings of Fabian VanCott on behalf of the Wohali Concerned Owners,[1] Mark C. Rose of McKay Burton & Thurman on behalf of Wohali Land

---

[1] Collectively, at that time, the "**Wohali Concerned Owners**" consist of: HKB Sisters, LLC, a Utah limited liability company (Owner of Lot #1); General Hancock Enterprises LA, LLC, a Delaware limited liability company (Owner of Lots #2 and #66); ATOT Utah, LLC, a Utah limited liability company (Owner of Lot #3 and Airspace Unit #20); Whitestripe Mountain LLC, a Florida limited liability company (Owner of Lot #6); Ernest T. Wakabayashi, as Trustee of The Ernest T. Wakabayashi Trust (Owner of Lot #9); Timothy Kutzkey and Lisa Tenorio-Kutzkey, as Trustees of The Kutzkey Family Trust (Owner of Lot #11); WFH, LLC, a Wyoming limited liability company (Owner of Lot #12); Gumer C. Alvero and Amy J. Alvero, as Trustees of The Gumer C. Alvero Revocable Trust (Owner of Lot #28 and Airspace Unit #15); Whitestripe

1

Estates, LLC (the "**Debtor**"), Michael R. Johnson of Ray Quinney and Nebeker on behalf of EB5AN Wohali Utah Fund XV, LP ~~("EB5")~~, Mathew Burne of the United States Department of Justice on behalf of the Acting United States Trustee (the "**US Trustee**"), and Ellen E. Ostrow of Foley & Lardner as proposed attorney for the proposed chapter 11 trustee, Matthew McKinlay (the "**Chapter 11 Trustee**"). <span style="color:red;text-decoration:underline;">Mr. McKinlay was also present.</span> ~~While no objection was filed to the Application Regarding August 29 Payroll, given the status of the Chapter 11 Trustee, the Court deemed the hearing necessary and proper.~~

Exhibits attached to the Notice Regarding August 29 Payroll Administrative Claim provided that objections to the allowance of listed amounts paid to fund August 29 payroll must be filed and served by no later than October 2, 2025. The Notice Regarding August 29 Payroll Administrative Claim also listed amounts paid by the Applicants, the dates of the payment, the names on the accounts that received the payments from Applicants, and other information relating to the payments qualifying for priority administrative expense treatment. Additional evidence in support of both the Application Regarding August 29 Payroll and the *Wohali Concerned Owners' Emergency Application for Administrative Expense Claim* ("**Application Regarding August 15 Payroll**") (Dkt. #12)[2] were supported by a Declaration of Logan Bingaman, which was also serviced with the Notice Regarding August 29 Payroll Administrative Claim. At the October 9, 2025 hearing, ~~Mr. Billings proffered~~ Mr. Bingaman's testimony <span style="color:red;text-decoration:underline;">was proffered without objection and was received by the Court.</span> ~~, no party present objected or sought to cross-examine Mr. Bingaman.~~ Additional representations and argument were made on the record.

---

Wohali, LLC, a Florida limited liability company (Owner of Lot #56); Brian Ehman, an individual (Owner of Lot #67); Ellen M. Lampert and Mark A. Lampert, as Trustees of The Ellen M. Lampert Trust (Owner of Lot #70); Benjamin Goldthorp and Stephanie Goldthorp, individuals (Owner of Lot #71).

[2] ~~The Court previously ruled on the Application Regarding August 15 Payroll on August 21, 2025 pursuant to an Order entered on August 22, 2025. (Dkt. # 24). That order is hereby incorporated by reference. Nothing in this Order shall be deemed to be altering the Court's prior ruling with respect to the Application Regarding August 15 Payroll.~~

The Court has considered the Application Regarding August 29 Payroll, the Notice Regarding August 29 Payroll Administrative Claim, the Exhibits thereto, Mr. Bingaman's testimony, the argument and representations of counsel made on the record at the hearing, and the applicable law, and it has determined that good cause exists to grant the relief requested in part subject to the conditions set forth herein.

It is therefore ORDERED, ADJUDGED, AND DECREED that:

1. The Wohali Concerned Owners are ALLOWED $129,091.42 as priority administrative expenses pursuant to 11 U.S.C. §§ 503(b)(1) and afforded priority under 507(a)(2) with respect to funds they provided for August 29, 2025 payroll;

2. The Chapter 11 Trustee is authorized to pay the Wohali Concerned Owners' allowed administrative expenses as soon as may be practicable if and when funds become available for distribution to the holders of chapter 11 administrative expenses (and, in no event later than the Chapter 11 Trustee pays other administrative expenses in the Case of like priority, and before it pays any claims of lesser priority);

3. The allowed administrative expenses for August 29, 2025 payroll are in addition to any administrative expenses that may be allowed for other prior and subsequent payroll periods, including but not limited to the $161,689.55 allowed administrative expense claim as set forth in the Court's August 2~~2,1~~ 2025 Order partially granting the Application Regarding August 15 Payroll (Dkt. # 24); ~~order~~ and

4. This Order is effective as of October 9, 2025.

~~4. The Notice Regarding August 29 Payroll Administrative Claim SATISFIES the requirements the Court set forth in paragraph 7 of the August 21, 2025 order;~~

~~5. To the extent the fourteen-day stay imposed by Fed. R. Bankr. P. 6004(h) applies to the Application Regarding August 29 Payroll, it is WAIVED.~~

---------------------------------**END OF DOCUMENT**---------------------------------------

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service for the foregoing order shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **David P. Billings**   dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Bryan H Booth**   bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge**   sbridge@keslerrust.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**   rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Patricia Geary Glenn**   pgearyglenn@gmail.com
- **Annette W. Jarvis**   jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Matt McKinlay**   mmckinlay@ampleo.com
- **Elijah L. Milne**   eli.milne@dentons.com, deb.calegory@dentons.com;jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**   matt@oblawpc.com
- **Douglas J. Payne**   dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Mark C. Rose**   mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeffrey Weston Shields**   jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

**By United States first-class mail:** Those listed on the official mailing matrix maintained by the Court for this case.