Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900
*Counsel for Chapter 11 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-24610 |
| WOHALI LAND ESTATES, LLC | (Chapter 11) |
| Debtor. | Honorable Peggy Hunt |

## NOTICE OF REVISED TERM SHEET
## AND PAYMENT OF WOHALI RESORT EMPLOYEES

On November 14, 2025, the Chapter 11 Trustee (the "***Trustee***") of Wohali Land Estates, LLC (the "***Debtor***") filed the *Motion for Entry of Interim and Final Orders (I) Authorizing the Trustee to (A) Obtain Post-Petition Financing from EB5 Wohali Utah Fund XV, LP, (B) Utilize Cash Collateral, and (C) Pay the Wohali Public Infrastructure Development Assessment, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 158] (the "***Motion***").

The Court conducted an interim hearing on the Motion on November 19 and 20, 2025 (the "***Interim Hearing***"). The Interim Hearing on the Motion was continued to Monday, November 24. At the Interim Hearing, the Trustee and EB5 Wohali Utah Fund XV, LP agreed to certain revisions to the proposed Term Sheet. A redline of the proposed Term Sheet is attached hereto as <u>Exhibit 1</u>.

Further, at the Interim Hearing, the Court authorized the Trustee to borrow approximately $12,000 from DGB Investment Inc. ("**DGB**") to make a payment to employees of Wohali Resort, LLC ("**Wohali Resort**"). However, after the Interim Hearing, the Trustee learned that Wohali Resort received a check for $30,000 from the University of Utah. Wohali Resort used the funds to make payroll to the employees. Therefore, the Trustee did not require funds to be advanced by DGB.

The Trustee continue to seek approval of $6,300,000, with a modified interim disbursement of $3,990,563. A revised budget is attached hereto as Exhibit 2.

DATED: November 21, 2025.

Respectfully submitted,

*/s/ Ellen E. Ostrow*
Ellen E. Ostrow
Foley & Lardner LLP
*Counsel for the Chapter 11 Trustee*

4926-5114-9435.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of November, 2025, a true and correct copy of the foregoing **NOTICE OF CHAPTER 11 TRUSTEE'S USE OF FUNDS ADVANCED BY THE CONCERNED WOHALI LANDOWNERS** was electronically filed and therefore served via ECF on the following:

- **David P. Billings** dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Bryan H Booth** bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge** sbridge@keslerrust.com
- **Matthew James Burne** matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Patricia Geary Glenn** pgearyglenn@gmail.com
- **Annette W. Jarvis** jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Matt McKinlay** mmckinlay@ampleo.com
- **Elijah L. Milne** eli.milne@dentons.com, deb.category@dentons.com;jaime.gargano@dentons.com;kristen.ivory@dentons.com
- **Matt C. Osborne** matt@oblawpc.com
- **Ellen E. Ostrow** eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com
- **Douglas J. Payne** dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

/s/ *Ellen E. Ostrow*

4926-5114-9435.1

# EXHIBIT 1

(Term Sheet - Redline)

## BINDING TERM SHEET FOR CHAPTER 11 CREDIT FACILITY
## WOHALI LAND ESTATES, LLC

*This Binding Term Sheet (the "Term Sheet" or "Agreement") provides for the establishment of a senior secured term loan facility (the "DIP Facility") by EB5AN Wohali Utah Fund XV, LP or its affiliates and assigns ("EB5" or the "DIP Lender") in favor of Wohali Land Estates, LLC ("Wohali"), in its capacity as chapter 11 debtor (the "Borrower" or the "Debtor") in the chapter 11 case (the "Case") commenced in the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court"). From and after and subject to Bankruptcy Court approval, this Term Sheet shall be binding.*

| | |
|---|---|
| **Parties** | **Borrower**: Wohali Land Estates, LLC (the "Debtor")<br><br>**DIP Lender**: EB5AN Wohali Utah Fund XV, LP or its affiliates and assigns  (the "DIP Lender" and, together with the Debtor, the "Parties"). |
| **Facility Structure and Commitment** | The principal balance of the DIP Facility shall not exceed the total amount of $6,300,000 in principal amount (the "DIP Advances").<br><br>Subject to the satisfaction of the Conditions Precedent to Funding (as set forth below) and the entry by the Bankruptcy Court of an interim order approving the DIP Facility described herein pursuant to section 364 of the Bankruptcy Code (the "Interim DIP Order") in form and substance acceptable to DIP Lender, the DIP Lender shall make available to the Borrower a secured, non-revolving term loan in the aggregate principal amount up to $3,990,563 ~~100,000~~ (the "Interim DIP Amount") which shall be funded pursuant to weekly advances in accordance with the Approved Budget (as defined below).<br><br>Subject to the entry by the Bankruptcy Court of an order approving the DIP Facility described herein pursuant to section 364 of the Bankruptcy Code on a final basis, in substantially the same form as the Interim DIP Order and otherwise in form and substance acceptable to DIP Lender (such order, the "Final DIP Order" and, together with the Interim DIP Order, the "DIP Orders", and each a "DIP Order"), and further subject to the satisfaction of the Conditions Precedent to Funding (as set forth below), the DIP Lender shall make available to the Borrower secured, non-revolving term loans in the aggregate principal amount up to $6,300,000 (the "Final DIP Amount," and such financing, the "DIP Financing") which shall be funded pursuant to bi-weekly advances in accordance with the Approved Budget. For the avoidance of doubt, the Final DIP Amount includes the Interim DIP Amount.<br><br>Funds shall be advanced upon written requests by the Chapter 11 Trustee (the "Trustee") or his financial advisor ("Ampleo") to the DIP Lender to fund expenditures permitted under the Approved Budget (as defined below), which requests shall include (i) the specific amount requested and the proposed use of proceeds and (ii) a statement by the Trustee (a) |

4938-2009-0485.7

| | |
|---|---|
| | that the Debtor is not in default under this Agreement and (b) providing a summary explanation of any deviation from the Approved Budget.<br><br>The DIP Advances shall be made available pursuant to the Approved Budget as soon as reasonably possible following a request, but in no event later than three business days after issuance of a request. |
| **Payroll-Related Administrative Expense** | The payroll-related protective advance (the "Payroll Advance") made on September 15, 2025 pursuant to the Loan Agreement and in the aggregate amount of $106,145.35, shall *not* be treated as a DIP Advance and, instead, the DIP Orders shall provide that the amount of the Payroll Advance is an allowed administrative expense, subject to the Carve-Out, pursuant to section 503(b) of the Bankruptcy Code and which shall be paid *pari passu* with all other claims allowed by the Bankruptcy Court under section 503(b).<br><br>The DIP Lender and Trustee agree that any funds recovered not subject to Prepetition Liens (defined herein) by the Trustee prior to a Transaction (defined herein) may be paid to reimburse EB5 and the Wohali Concerned Landowners for Payroll Advances. |
| **Additional Obligations** | The total amount owed relating to the DIP Advances (the "DIP Obligations") shall include the principal amount of the DIP Advances as well as payment-in-kind interest, fees, and anticipated reimbursable fees and costs. |
| **Documentation** | The DIP Advances shall be evidenced by this Term Sheet and any related loan documentation that the DIP Lender may reasonably request (including the DIP Orders, collectively, the "DIP Documents") consistent with this Term Sheet and otherwise acceptable to the Trustee and the DIP Lender.<br><br>The DIP Orders shall (i) authorize the extensions of credit in the aggregate amount of the DIP Advances, (ii) approve the payment by the Trustee of all of the fees and expenses provided for herein, (iii) subject to the Carve Out, authorize the DIP Advances to be added to the unpaid principal balance of DIP Lender's prepetition loan and secured by DIP Lender's existing prepetition liens on and security interests in the Debtor's real property as set forth in the loan documents between the DIP Lender and the Debtor, copies of which are attached to DIP Lender's Proof of Claim filed in the Debtor's Bankruptcy Case (the "Prepetition Liens" and such assets, the "Collateral"), along with an allowed superpriority administrative expense claim against the Debtor and the Debtor's estate under 11 U.S.C. §§ 361, 364(c), 503(b)(1)(A), and 507(b), (iv) provide, among other terms, that as of the Petition Date, the DIP Lender had a properly perfected, unavoidable and priority lien on and security interest in the Collateral and that, as of the Petition Date, the allowed amount of the DIP Lender's secured claim was no less than $86,167,955.67 (such claim, inclusive of all penalties, interest, and other fees accruing since the Petition Date, the "EB5 Loan Claim"), (v) |

| | authorize the use of cash collateral and (vi) provide such other customary and appropriate relief, with the consent of the Trustee, as the DIP Lender may request. |
|---|---|
| | The DIP Orders shall further provide that, subject to the Carve-Out, the DIP Advances shall also be, subject to the Wohali Public Infrastructure District Nos. 1 and 2 statutory liens (the "PID"), a properly perfected first priority lien on and security interest in ~~any~~the Debtor's real property, tangible personal property (whether or not scheduled on the Debtor's Amended Schedules and Statements), the domain name www.wohali.com (to the extent owned by the Debtor), and any trademarks (the "Post-Petition Collateral"). ~~or personal property assets held by the Debtor or the Debtor's bankruptcy estate from and after the date of filing of the Debtor's bankruptcy case~~, The Post-Petition Collateral, without limitation, does not include ~~except for~~ claims and causes of action and proceeds thereof held by the bankruptcy estate, including ~~without limitation~~ claims arising under Chapter 5 of Title 11 of the United States Code ~~(the "Post-Petition Collateral")~~. |
| **Maturity Date** | The DIP Obligations shall be payable in full on the "Maturity Date," which shall mean the earliest to occur of the following dates (unless extended by the DIP Lender in writing): |
| | 1) March 20, 2026 (the "Scheduled Maturity Date"); |
| | 2) the date on which the Debtor closes a sale of all or a substantial portion of its assets (a "Transaction"); |
| | 3) the date of an Event of Default, if such Event of Default is either (a) incapable of being cured or (b) capable of being cured but has not been cured within five (5) business days of the Trustee receiving a written notice of an Event of Default from the DIP Lender; and |
| | 4) the effective date of a plan of reorganization. |
| | If the Maturity Date is a result of the closing of a Transaction, subject to the Carve-Out and 11 U.S.C. § 506(c), all outstanding DIP Obligations and then the EB5 Loan Claim shall be paid in full prior to or upon closing of the Transaction either (i) directly from the buyer in such Transaction or (ii) directly from the escrow account, via the escrow agent, established for the consummation of the Transaction; *provided* that, subject to 11 U.S.C. § 363(k), if the buyer in such Transaction is the DIP Lender or an affiliate of the DIP Lender (such Transaction, an "EB5 Transaction"), any outstanding DIP Obligations and the EB5 Loan Claim ~~-~~shall be allowed a credit bid ~~and~~, *provided further*, that in any sale of any portion of the Debtor's assets DIP Lender shall have the absolute right to credit bid both the then-applicable amount of the DIP Obligations and then the |

| | |
|---|---|
| | allowed amount of the EB5 Loan Claim, together with all interest accrued thereon~~, and the Trustee shall not attempt in any way to impair or diminish DIP Lender's credit bid rights. For the avoidance of doubt, the Trustee's agreement to not impair or diminish DIP Lender's credit bid rights does not preclude the Trustee from requesting a cash component for the purchase of the Debtor's assets~~. |
| **Interest Rate** | A *per annum* rate equal to 11%, for all DIP Advances, payable only in kind, which shall be calculated on the basis of the actual days elapsed in a year of 360 days from the date on which any DIP Advances are first provided to the Debtor (the "Closing Date") to the Maturity Date, and with interest to accrue upon that portion of the DIP Advances which have actually been advanced. Upon the occurrence of an Event of Default and after termination of the Remedies Notice Period, and thereafter until such default is cured, and following the Maturity Date, if the DIP Obligations have not been paid in full, interest on the unpaid amounts due with respect to any outstanding DIP Obligations shall accrue at a rate *per annum* of 16%, also payable only in kind. |
| **Funding Fee** | There shall be no funding fee. |
| **Commitment Fee** | There shall be no commitment fee. |
| **Exit Fee** | There shall be no exit fee. ~~However, subject to the Carve-Out~~ and Challenge Period, unless otherwise agreed upon by the DIP Lender, the DIP Lender shall be paid in cash the sum of (a) the EB5 Loan Claim and (b) the DIP Obligations, together with interest thereon at the applicable rates of interest set forth herein, on the date that is the earliest to occur of (i) the Maturity Date, (ii) the date of termination of the DIP Facility or acceleration of the DIP Obligations, and (iii) the date on which the DIP Obligations must otherwise be paid in full. |
| **Approved Budget** | The DIP Lender consents to, and the Trustee shall be authorized to, use any "cash collateral" of the DIP Lender, and any proceeds thereof, and the DIP Advances in accordance with the budget attached hereto as Schedule I (as modified in accordance with this Agreement from time to time, the "Approved Budget"). The Trustee and the DIP Lender may agree to amend or otherwise alter the Approved Budget at any time without further approval of the Bankruptcy Court so long as the alteration does not increase the principal commitment of DIP Advances pursuant to this Term Sheet.

Any modifications to the Approved Budget (including any extension beyond the current Approved Budget period) must be approved by the DIP Lender in writing in its sole discretion not to be unreasonably withheld.

Commencing with the second full calendar week following the entry of the Interim Order, on Friday of each calendar week, the Trustee shall provide to the DIP Lender (i) a variance of net receipts and disbursements, as measured on a cumulative basis, from those reflected in the Approved Budget for such period, based on the net of receipts and disbursements, |

| | |
|---|---|
| | excluding draws and repayments of the DIP Facility (the "<u>Actual Variance</u>") of more than 15% (the "<u>Permitted Variance</u>") and (ii) updated cash flow projections through the Maturity Date. The Trustee shall provide any backup information upon request.<br><br>If the Actual Variance for such period is less than or equal to the Permitted Variance, the amount by which the Actual Variance is less than the Permitted Variance shall be carried forward to the next period and added to the Permitted Variance for such next period. |
| **Security and Priority of DIP Advances** | Subject to entry of the Final Order, the Trustee stipulates that fFollowing a reasonable investigation, upon advice of counsel, and given the totality of the circumstances, the Trustee stipulates that, subject to the PID, the DIP Lender, subject to the PID, has a properly perfected, unavoidable, and first priority consensual lien on and security interest in the Collateral as identified in the existing Loan Agreement by and between the Debtor and EB5 dated August 11, 2022 (as amended, the "<u>Loan Agreement</u>") and the other documents entered into, executed, and recorded. As of the Petition Date, the allowed amount of the EB5 Loan Claim was no less than $86,167,955.67 (the "<u>Petition Date Claim</u>").<br><br>Upon entry of the Interim Order and Ssubject to the Carve-Out, the DIP Advances shall be secured by the Prepetition Liens, with the DIP Advances bearing interest at the rate of eleven percent (11.0%) per annum except as otherwise provided herein. Furthermore, the DIP Advances shall be secured by a properly perfected first priority lien on and security interest in the Post-Petition Collateral as defined above.<br><br>Subject to Bankruptcy Court approval and the Carve-Out, the DIP Obligations shall be entitled to the following classification and treatment in the Debtor's chapter 11 case:<br><br>1) pursuant to Section 364(c)(1) of the Bankruptcy Code, subject to the Carve-Out, the DIP Obligations shall constitute allowed senior secured super- priority administrative expense claims, having priority over all administrative expenses of the kind specified in Sections 503(b) and 507(b) of the Bankruptcy Code and any and all expenses and claims of the Debtor;<br><br>2) pursuant to Section 364(d)(1) of the Bankruptcy Code, subject to the Carve-Out, the DIP Obligations shall be secured by first priority consensual liens on (a) the same property subject to the DIP Lender's Prepetition Liens, and (b) the Post-Petition Collateral (collectively, the "<u>DIP Lender Liens</u>" and the property subject to the DIP Lender Liens, the "<u>DIP Collateral</u>") and all cash and non-cash proceeds of the DIP Lender Liens, which DIP Lender Liens shall be valid, non-avoidable and automatically perfected without the necessity of filing or |

| | |
|---|---|
| | recording with any applicable filing or recording office; |
| | 3) immediate payment in full in cash as a simultaneous condition to the consummation of a Transaction; and |
| | 4) subject to 11 U.S.C. § 363(k), the right to credit bid up to the sum total of (a) the Petition Date Claim, and (b) the amount of the outstanding amount of DIP Obligations in connection with any Transaction. The DIP Lender Liens shall be effective and perfected with the foregoing specified priority as of the entry of the Final Order and without requiring the execution, filing, or recording of mortgages, security agreements, intercreditor agreements, subordination agreements, control agreements, acknowledgments, financing statements, fixture filings, or other agreements or instruments, or the taking of any action to obtain possession or control of any collateral; *provided*, *however*, if the DIP Lender so requires, the Debtor shall use reasonable efforts to execute, file or record any documents and/or take any actions necessary or prudent to ensure the perfection of the DIP Lender Liens. |
| **Use of DIP Facility and Cash Collateral** | The DIP Advances will be used solely in accordance with the Approved Budget and the DIP Orders, and no DIP Advances shall be used for capital expenditures except as consented to by DIP Lender in writing. |
| **Conditions Precedent to Funding** | The DIP Advances shall be subject to the following Conditions Precedent to Funding (which, for the avoidance of doubt, are in addition to the entry by the Bankruptcy Court of the applicable DIP Order): |
| | 1) The Debtor, Trustee, and their respective representatives, as applicable, shall be in compliance with this Term Sheet and the DIP Orders in all material respects; |
| | 2) No Event of Default shall have occurred and be continuing under this Term Sheet or the DIP Documents; and |
| | 3) The Trustee shall have delivered to the DIP Lender a customary borrowing notice in form and substance reasonably satisfactory to the DIP Lender. |

| | |
|---|---|
| **Limitations on Use of DIP Facility and Cash Collateral** | Except as otherwise permitted in the DIP Orders, the Approved Budget, or the DIP Documents, neither the funds available under the DIP Facility, nor the DIP Collateral, nor the Carve-Out may be used to fund or pay expenses in connection with: (a) investigating or challenging ~~DIP Lender's Petition Date Claim or~~ the DIP Lender Liens ~~or the allowed amount of DIP Lender's total claims~~, (b) preventing, hindering, or delaying the DIP Lender's enforcement of the DIP Documents, collection of the DIP Obligations, or realization upon any of the DIP Collateral, subject to compliance with the DIP Documents, orders of the Bankruptcy Court, and applicable law; (c) ~~except for unsecured debt,~~ incurring any other indebtedness without the approval of the DIP Lender, not to be unreasonably withheld; (d) seeking to amend or modify any of the rights granted to the DIP Lender under the DIP Documents, including the DIP Orders; (e) objecting to or challenging in any way amount, nature, extent or priority of the ~~Petition Date Claim,~~ the DIP Lender Liens, the DIP Obligations, or the DIP Collateral ~~or any other claims or liens,~~ held by or on behalf of the DIP Lender; (f) litigating, objecting to, challenging, or contesting in any manner the DIP Obligations, the DIP Lender Liens, or any other rights or interests of the DIP Lender related to the DIP Obligations and DIP Lender Liens; or (g) seeking to subordinate, recharacterize, disallow, or avoid the DIP Obligations or any interest of the DIP Lender in any of the DIP Collateral under the DIP Documentation ~~, the Loan Agreement,~~ or any related instrument. |
| **Challenge Period** | The Trustee shall have until December 31, 2025 to lodge any challenge to the DIP Lender's Prepetition Claim (the "Challenge Period"). If no such challenge is lodged and upon entry of the Final Order, ~~Upon entry of the Interim Order,~~ the Trustee ~~attests that Ampleo and his other advisors have conducted a reasonable investigation into the Prepetition Claim and the nature, amount, validity, extent, and priority of the Prepetition Liens and, upon the advice of counsel, and given the totality of the circumstances, the Trustee~~ stipulates to the Prepetition Liens' asserted validity, extent, and priority and agrees, as set forth in greater detail elsewhere herein, to forgo any right to challenge the Prepetition Liens or the allowed amount of the Petition Date Claim; *provided* that, if the DIP Lender is adjudged by final order of the Bankruptcy Court, which order has not been reversed, vacated, or stayed, to have materially breached the terms of this Term Sheet, the Trustee shall have 30 days from the lapse of any period for appeal of any such final order to lodge any challenge to the Prepetition Liens. Nothing herein shall preclude any other party in interest from filing any objection to the Prepetition Liens; *provided, however,* that such objection shall be filed on or before December 31, 2025.<br><br>~~All other parties in interest shall file any objection to the Prepetition Liens on or before five days prior to the date set for the Final Hearing.~~ |
| **Other Terms** | By agreeing to this Term Sheet and filing a motion to approve it, the Debtor, acting through the Trustee, covenants to comply with the |

4938-2009-0485.7

| | |
|---|---|
| | Approved Budget (subject to Permitted Variances). |
| **Carve-Out** | The DIP Lender agrees to a carve-out (the "<u>Carve-Out</u>"), which sum as calculated herein shall remain in the estate notwithstanding the exercise of the DIP Lender of its rights as a result of an Event of Default and/or repayment of the DIP Obligations. |
| | The Carve-Out shall be calculated as the sum of the following amounts as of the earliest day the DIP Lender issues a Carve-Out Trigger Notice ("<u>Carve-Out Effective Date</u>"): (i) all unpaid professional fees and disbursements incurred by the Trustee or his court-approved professionals pursuant to Sections 327, 328, 363 and 1103 of the Bankruptcy Code incurred through the Carve-Out Effective Date, which after application to the Bankruptcy Court, such order has not been reversed, vacated, or stayed, unless such stay has been vacated (the "<u>Trustee Professionals</u>"); (ii) allowed and unpaid professional fees and disbursements incurred by the Trustee Professionals following the delivery of the Carve-Out Trigger Notice in an aggregate amount not in excess of $75,000.00 (the "<u>Wind-Down Carve-Out Amount</u>"); and (iii) fees pursuant to 28 U.S.C. § 1930(a) and any fees required to be paid to the Clerk of the Court for the Debtor for the time period beginning on the Petition Date and ending on the Carve-Out Effective Date, which fees shall not be limited to amounts that may be set forth in the Approved Budget. |
| | For the avoidance of doubt, in no event shall (i) the professional fees and disbursements incurred by the Trustee or his court-approved professionals prior to a Carve-Out Effective Date plus (ii) the Wind-Down Carve-Out Amount be permitted to exceed the aggregate total allotted to pay such fees and disbursements in the Approved Budget. |
| | Further, if not already previously requested or advanced, and to the extent DIP Lender credit bids at an auction for the Debtor's assets and is the successful bidder for the Debtor's assets, all fees budgeted for the Trustee's Professionals in the Approved Budget shall be advanced prior to the Closing of any transaction and shall be held by the Trustee subject to further orders of the Bankruptcy Court. |
| | "<u>Carve-Out Trigger Notice</u>" means a written notice, delivered by email or U.S. Mail by the DIP Lender to the Trustee, his counsel, and the U.S. Trustee of any default hereunder. |
| **No Permitted Liens** | For so long as the DIP Facility remains unpaid, and except as authorized by this Agreement, the Debtor shall not create or incur any debt that is secured by assets of the estate of without the DIP Lender's written consent. |
| **Assignments and Participations;** | This Term Sheet may not be assigned, transferred, or otherwise disposed of by the Trustee without the prior written consent of the DIP Lender. |

4938-2009-0485.7

| | |
|---|---|
| **Binding on any Successor Estate Representative** | DIP Advances may be freely participated or assigned by the DIP Lender to any person or entity not affiliated with the Debtor at the time of the assignment or participation. This Term Sheet and any Order authorizing the DIP Facility shall be binding on the Debtor and its successors and assigns, including the Trustee. |
| **Events of Default** | The following shall be events of default (collectively, "<u>Events of Default</u>" and, each individually, an "<u>Event of Default</u>"): |

    1) The Debtor fails to operate in accordance with the Approved Budget (after taking into account Permitted Variances) or any reporting requirement, and such defect or deviation remains uncured five (5) business days after the DIP Lender notifies the Trustee thereof in writing;

    2) The Trustee fails to make any required payment, including, but not limited to, the payment of the full balance of the DIP Facility upon default or at the Maturity Date;

    3) Any order authorizing the Trustee to obtain the DIP Advances, whether on an interim or final basis, is not in a form satisfactory to the DIP Lender or is reversed, vacated, stayed, amended, supplemented, or otherwise modified in a manner which shall materially and adversely affect the rights of the DIP Lender;

    4) The Debtor's Chapter 11 Case is either dismissed or converted to a case under chapter 7 pursuant to a final order of the Bankruptcy Court, the effect of which has not been stayed;

    5) The entry of an order granting relief from any stay or proceeding (including, without limitation, the automatic stay) so as to allow a third party to proceed with foreclosure against any of the Collateral;

    6) The entry of an order (a) surcharging any of the Collateral under sections 105, 506(c), or any other section of the Bankruptcy Code, (b) allowing any administrative expense claim having priority over or ranking in parity with the EB5 Loan Claim or claim with respect to the DIP Advances (subject to the Carve-Out), or (c) otherwise adversely impacting the DIP Lender's liens, claims, or priority in the Collateral as set forth in this Term Sheet or the Loan Agreement;

    7) Any direct or indirect action by the Debtor or Trustee, or in support of the direct or indirect action of another party, to (a) challenge the rights and remedies of the DIP Lender under this Term Sheet in the Chapter 11 Case or act in a manner inconsistent with the DIP Documents, (b) avoid or require disgorgement by the DIP Lender of any amounts received in

4938-2009-0485.7

respect of the DIP Obligations, (c) disallow in whole or in part the DIP Obligations ~~or the EB5 Loan Claim~~, (d) challenge the validity and enforceability of the DIP Lender Liens or DIP Obligations, or (e) contest any material provision of any DIP Document;

8) The Trustee files a motion seeking to settle a controversy or claim that could be reasonably expected to have an adverse effect on the DIP Collateral without the prior written consent of the DIP Lender, with such consent to be provided or not provided by the DIP Lender in its sole discretion;

9) The Trustee shall fail to execute and deliver to the DIP Lender any agreement, financing statement, trademark filing, copyright filing, notices of lien or similar instruments or other documents that the DIP Lender may request from time to time to more fully evidence, confirm, validate, perfect, preserve, and enforce the DIP Lender Liens created in favor of the DIP Lender, subject to the time periods and terms set forth in this Term Sheet or the applicable DIP Documents;

10) The entry of an order without the express written consent of the DIP Lender obtaining additional financing from a party other than the DIP Lender under section 364 of the Bankruptcy Code, unless such financing (i) provides for the payment in full of the DIP Obligations orand (ii) shall receive lower priority treatment than the EB5 Loan Claim;

11) The making of any material payments other than (a) as permitted by the DIP Orders, (b) as permitted by any other order of the Bankruptcy Court in a form reasonably satisfactory to the DIP Lender, (c) as permitted by the DIP Documents in accordance with the Approved Budget, or (d) as otherwise agreed to by the DIP Lender;

12) The Debtor fails to achieve any of the Milestones (the "<u>Milestones</u>") set forth below, unless extended or waived by the DIP Lender in writing, which will not be withheld based on the availability of the Court and will be adjusted accordingly:

November 2~1~6, 2025     Interim Bankruptcy Court approval of DIP Advances

~~December~~ January 1~0~9, 2025     Final Bankruptcy Court approval of DIP Facility

December 31, 2025     Entry into a stalking horse purchase agreement and Bankruptcy Court

4938-2009-0485.7

| | February 20, 2026 | approval of bidding procedures for the sale of all of the Debtor's real and personal property assets (excluding Chapter 5 claims and other claims and causes of action), with such bidding procedures to be reasonably acceptable to the DIP Lender in form and substance |
| --- | --- | --- |
| | February 20, 2026 | Deadline for the receipt of competing, qualified bids for the sale of all of the Debtor's real and personal property assets (excluding Chapter 5 claims and other claims and causes of action) |
| | February 24, 2026 | Final Sale Hearing if no competing, qualified bids are received |
| | February 26, 2026 | Deadline for an auction in the event one or more competing, qualified bids is received |
| | March 3, 2026 | Final Sale Hearing if an auction is held *or* Closing of Sale if no auction is held |
| | March 20, 2026 | Closing of Sale if an auction is held |
| **Remedies** | Upon the occurrence of an Event of Default, the DIP Lender shall give written notice of such Event of Default (the "Default Notice") to counsel for the Trustee and to the Office of the United States Trustee (the "Notice Parties") (which notice shall be given by e-mail transmission, the automatic stay being deemed lifted for such purpose to the extent necessary).

Upon the delivery of a Default Notice, the Trustee and the DIP Lender consent to an expedited hearing on not less than five (5) business days' notice to consider: (i) whether an Event of Default has occurred; and (ii) the appropriate relief or remedies.

Until the earlier of (a) ten (10) business days following the date a Default Notice is delivered and (b) order of the Court (the "Remedies Notice Period"), the DIP Lender shall continue to perform under the DIP Facility and the DIP Orders and the Trustee shall have authority to use cash collateral and DIP Advances in accordance with the DIP Documents and the Approved Budget solely as necessary to avoid immediate and irreparable harm to the Debtor's estate.

At the end of the Remedies Notice Period, the Debtor's rights to use the | |

| | |
|---|---|
| | DIP Advances or cash collateral shall immediately cease and all cash collateral or DIP Advances shall be held pending further order of the Bankruptcy Court, except as necessary to fund the Carve-Out, unless (i) otherwise agreed by the parties, (ii) otherwise ordered by the Bankruptcy Court, or (iii) the Event of Default has been cured or waived. |
| **Release and Indemnity** | Upon the entry of the Final Order, the Debtor, on behalf of itself, its bankruptcy estate, and all persons claiming by, through, or under the Debtor or its bankruptcy estate, shall be deemed to have fully released and discharged the DIP Lender and its agents, attorneys, representatives, predecessors, successors, and assigns (collectively, the "DIP Lender Released Parties") from any and all manner of actions, causes of action in law or in equity, suits, debts, liens, contracts, liabilities, claims, demands, damages, losses, fees, costs, or expenses, set offs, or claims for recoupment, of any nature whatsoever, known or unknown, fixed or contingent that the Debtor or its estate have or may have against the DIP Lender Released Parties from the beginning of time to the date of entry of the Final Order. |
| | Upon the entry of the Final Order, the Debtor, on behalf of itself and its bankruptcy estate, shall be required to indemnify and hold harmless the DIP Lender and each of its respective shareholders, directors, members, managers, principals, agents, advisors, officers, subsidiaries and affiliates in such capacity (each, an "Indemnified Person") from and against any and all damages, losses, settlement payments, obligations, liabilities, claims, actions or causes of action, and reasonable costs and expenses incurred, suffered, sustained or required to be paid by an Indemnified Person by reason of or resulting from the DIP Facility, the transactions contemplated thereby or hereby, or any claim, action, litigation, investigation or proceeding relating to any of the foregoing, whether or not any of such Indemnified Person is a party thereto and whether or not brought by the Debtor or any other person or entity, except to the extent resulting from the fraud, gross negligence, recklessness or willful misconduct of such Indemnified Person, as determined by a final non-appealable order of a court of competent jurisdiction. |
| **Amendment and Waiver** | No waiver, modification, or amendment of the terms of this Term Sheet shall be valid unless such waiver, modification, or amendment is in writing and has been signed by the Trustee and the DIP Lender. No waiver of any of the provisions of this Term Sheet shall be deemed or constitute a waiver of any other provisions of this Term Sheet, whether or not similar, nor shall any waiver be deemed a continuing waiver. |
| **Other Terms** | The DIP Obligations may be prepaid in full or in part, at any time and without penalty, by the Debtor's estate. |

4938-2009-0485.7

[SIGNATURE PAGE TO FOLLOW]

**<u>DIP LENDER</u>**

**EB5AN Wohali Utah Fund XV, LP**


By:_____
Name:  Mike Schoenfeld
Title:    Manager and Authorized Representative

**<u>DEBTOR</u>**

**Wohali Land Estates, LLC**


By:_____
Name:  Matt McKinlay
Title:    Chapter 11 Trustee, Case No. 25-24610

**<u>Schedule I</u>**

**Approved Budget**

*[To be provided]*

# EXHIBIT 2

(Revised Approved Budget)

4926-5114-9435.1

**Wohali Land Estates, LLC** - Case # 25-24610 - Matt McKinlay, Chapter 11 Trustee
Case Forecast
November 21, 2025

| | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Month | Oct 2025 | Oct 2025 | Oct 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Dec 2025 | Dec 2025 | Dec 2025 | Dec 2025 | Jan 2026 | |
| Week Ending: | 10/19/25 | 10/26/25 | 11/2/25 | 11/9/25 | 11/16/25 | 11/23/25 | 11/30/25 | 12/7/25 | 12/14/25 | 12/21/25 | 12/28/25 | 1/4/26 | 1/11/26 | TOTAL |
| **Cash Inflows** | | | | | | | | | | | | | | |
| Lot Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Related Entity Reciepts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Deposits | - | 3,795 | - | - | 36,598 | 25,000 | - | - | - | - | - | - | - | 65,393 |
| Cash Inflows | - | 3,795 | - | - | 36,598 | 25,000 | - | - | - | - | - | - | - | 65,393 |
| DIP Advances | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | - | 3,795 | - | - | 36,598 | 25,000 | - | - | - | - | - | - | - | 65,393 |
| **Cash Outflows** | | | | | | | | | | | | | | |
| Recurring Outflows | | | | | | | | | | | | | | |
| Payroll | - | - | - | - | - | - | 61,502 | 49,463 | - | 49,463 | - | 49,463 | - | 209,890 |
| Utilities | - | - | - | - | - | - | 77,126 | - | 52,924 | - | - | - | - | 130,050 |
| Insurance | - | - | - | - | 40,125 | - | 20,020 | - | 12,920 | - | - | - | - | 73,065 |
| Property Related | - | - | - | - | - | - | 34,200 | 5,000 | - | - | 1,000 | 20,900 | 5,000 | 66,100 |
| Golf Course Related | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency - $2500 per week | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 17,500 |
| Recurring Total | - | - | - | - | 40,125 | - | 195,348 | 56,963 | 2,500 | 117,807 | 3,500 | 72,863 | 7,500 | 496,605 |
| Professionals | | | | | | | | | | | | | | |
| US Trustee Fee | - | - | - | - | - | 250 | - | - | - | - | - | - | 2,246 | 2,496 |
| Trustee | - | - | - | - | - | - | - | - | - | - | - | - | 75,000 | 75,000 |
| Trustee Financial Advisors | - | - | - | - | - | - | - | - | - | - | - | - | 225,000 | 225,000 |
| Trustee Attorney | - | - | - | - | - | - | - | - | - | - | - | - | 200,000 | 200,000 |
| Professional Totals | - | - | - | - | - | 250 | - | - | - | - | - | - | 502,246 | 502,496 |
| Case Related Cash Flows | | | | | | | | | | | | | | |
| Adequate Protection Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Specific Outflows | | | | | | | | | | | | | | |
| Property Tax - Summit County | - | - | - | - | - | - | - | 245,041 | - | - | - | - | - | 245,041 |
| Property Tax - Morgan County | - | - | - | - | - | - | - | 151 | - | - | - | - | - | 151 |
| Water Bill -Weber Basin Water Conservancy District | - | - | - | - | - | - | - | - | - | - | - | 263,241 | - | 263,241 |
| PID Payments | - | - | - | - | - | - | - | 3,318,322 | - | - | - | - | - | 3,318,322 |
| City of Coalville | - | - | - | - | - | - | 44,983 | - | - | - | - | - | - | 44,983 |
| EB 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wohali Concerned Owners | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Specific Total | - | - | - | - | - | - | 44,983 | 3,563,514 | - | - | - | 263,241 | - | 3,871,737 |
| **Total Cash Outflows** | - | - | - | - | 40,125 | 250 | 240,331 | 3,620,476 | 2,500 | 117,807 | 3,500 | 336,103 | 509,746 | 4,870,838 |
| Beginning Cash Balance | - | - | 3,795 | 3,795 | 3,795 | 268 | 25,018 | (215,313) | (3,835,789) | (3,838,289) | (3,956,096) | (3,959,596) | (4,295,699) | - |
| Change in Cash | - | 3,795 | - | - | (3,527) | 24,750 | (240,331) | (3,620,476) | (2,500) | (117,807) | (3,500) | (336,103) | (509,746) | (4,805,445) |
| **Ending Cash Balance** | - | 3,795 | 3,795 | 3,795 | 268 | 25,018 | (215,313) | (3,835,789) | (3,838,289) | (3,956,096) | (3,959,596) | (4,295,699) | (4,805,445) | (4,805,445) |

**Wohali Land Estates, LLC** - Case # 25-24610 - Matt N
Case Forecast
November 21, 2025

| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Month | Jan 2026 | Jan 2026 | Jan 2026 | Feb 2026 | Feb 2026 | Feb 2026 | Feb 2026 | Mar 2026 | Mar 2026 | Mar 2026 | Mar 2026 | Apr 2026 | Apr 2026 | Apr 2026 | Apr 2026 | May 2026 | May 2026 |
| Week Ending: | 1/18/26 | 1/25/26 | 2/1/26 | 2/8/26 | 2/15/26 | 2/22/26 | 3/1/26 | 3/8/26 | 3/15/26 | 3/22/26 | 3/29/26 | 4/5/26 | 4/12/26 | 4/19/26 | 4/26/26 | 5/3/26 | 5/10/26 |
| **Cash Inflows** | | | | | | | | | | | | | | | | | |
| Lot Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Related Entity Reciepts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Inflows | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Advances | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Outflows** | | | | | | | | | | | | | | | | | |
| Recurring Outflows | | | | | | | | | | | | | | | | | |
| Payroll | 49,463 | - | 49,463 | - | 49,463 | - | 49,463 | - | 49,463 | - | 74,463 | - | - | - | - | - | - |
| Utilities | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | - | - | - | - | - |
| Insurance | - | - | 12,920 | - | - | - | 12,920 | - | - | - | 27,321 | - | - | - | - | - | - |
| Property Related | - | 1,000 | 3,900 | 5,000 | - | 1,000 | 900 | 5,000 | - | 1,000 | - | 900 | - | - | - | - | - |
| Golf Course Related | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency - $2500 per week | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | - | - | - | - | - |
| Recurring Total | 61,963 | 3,500 | 68,783 | 7,500 | 51,963 | 13,500 | 65,783 | 7,500 | 51,963 | 13,500 | 104,284 | 900 | - | - | - | - | - |
| Professionals | | | | | | | | | | | | | | | | | |
| US Trustee Fee | - | - | - | - | - | - | 40,041 | - | 10,000 | - | - | - | - | - | - | - | - |
| Trustee | - | - | - | - | - | - | 75,000 | - | 25,000 | - | - | - | - | - | - | - | - |
| Trustee Financial Advisors | - | - | - | - | - | - | 225,000 | - | 150,000 | - | - | - | - | - | - | - | - |
| Trustee Attorney | - | - | - | - | - | - | 200,000 | - | 175,000 | - | - | - | - | - | - | - | - |
| Professional Totals | - | - | - | - | - | - | 540,041 | - | 360,000 | - | - | - | - | - | - | - | - |
| Case Related Cash Flows | | | | | | | | | | | | | | | | | |
| Adequate Protection Payments | - | | | | | | | | | | | | | | | | |
| Specific Outflows | | | | | | | | | | | | | | | | | |
| Property Tax - Summit County | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Tax - Morgan County | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Water Bill -Weber Basin Water Conservancy District | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PID Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| City of Coalville | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EB 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wohali Concerned Owners | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Specific Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Outflows** | 61,963 | 3,500 | 68,783 | 7,500 | 51,963 | 13,500 | 605,823 | 7,500 | 411,963 | 13,500 | 104,284 | 900 | - | - | - | - | - |
| Beginning Cash Balance | (4,805,445) | (4,867,408) | (4,870,908) | (4,939,690) | (4,947,190) | (4,999,153) | (5,012,653) | (5,618,476) | (5,625,976) | (6,037,939) | (6,051,439) | (6,155,723) | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) |
| Change in Cash | (61,963) | (3,500) | (68,783) | (7,500) | (51,963) | (13,500) | (605,823) | (7,500) | (411,963) | (13,500) | (104,284) | (900) | - | - | - | - | - |
| **Ending Cash Balance** | (4,867,408) | (4,870,908) | (4,939,690) | (4,947,190) | (4,999,153) | (5,012,653) | (5,618,476) | (5,625,976) | (6,037,939) | (6,051,439) | (6,155,723) | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) |



**Wohali Land Estates, LLC** - Case # 25-24610 - Matt f
Case Forecast
November 21, 2025

| | Forecast | Forecast | Forecast | Forecast | Forecast | | Forecast |
|---|---|---|---|---|---|---|---|
| **Week** | 31 | 32 | 33 | 34 | | | |
| **Month** | May 2026 | May 2026 | May 2026 | May 2026 | **Period** | | **Case** |
| **Week Ending:** | 5/17/26 | 5/24/26 | 5/31/26 | 6/7/26 | **6/7/26** | | **6/7/26** |
| | | | | | | | |
| **Cash Inflows** | | | | | - | | - |
| | | | | | - | | |
| Lot Sales | - | - | - | - | - | | - |
| Asset Sales | - | - | - | - | - | | |
| Related Entity Reciepts | - | - | - | - | - | | |
| Other Deposits | - | - | - | - | - | | 65,393 |
| Cash Inflows | - | - | - | - | - | | 65,393 |
| | | | | | - | | - |
| DIP Advances | - | - | - | - | - | | - |
| **Total Cash Inflows** | **-** | **-** | **-** | **-** | **-** | | **65,393** |
| | | | | | | | |
| **Cash Outflows** | | | | | | | |
| | | | | | | | |
| Recurring Outflows | | | | | | | |
| Payroll | - | - | - | - | 321,775 | | 531,665 |
| Utilities | - | - | - | - | 30,000 | | 160,050 |
| Insurance | - | - | - | - | 53,162 | | 126,227 |
| Property Related | - | - | - | - | 18,700 | | 84,800 |
| Golf Course Related | - | - | - | - | - | | - |
| Contingency - $2500 per week | - | - | - | - | 27,500 | | 45,000 |
| Recurring Total | - | - | - | - | 451,137 | | 947,742 |
| | | | | | | | |
| Professionals | | | | | | | |
| US Trustee Fee | - | - | - | - | 50,041 | | 52,536 |
| Trustee | - | - | - | - | 100,000 | | 175,000 |
| Trustee Financial Advisors | - | - | - | - | 375,000 | | 600,000 |
| Trustee Attorney | - | - | - | - | 375,000 | | 575,000 |
| Professional Totals | - | - | - | - | 900,041 | | 1,402,536 |
| | | | | | | | |
| Case Related Cash Flows | | | | | | | |
| Adequate Protection Payments | - | - | - | - | - | | - |
| | | | | | | | |
| Specific Outflows | | | | | | | |
| Property Tax - Summit County | - | - | - | - | - | | 245,041 |
| Property Tax - Morgan County | - | - | - | - | - | | 151 |
| Water Bill -Weber Basin Water Conservancy District | - | - | - | - | - | | 263,241 |
| PID Payments | - | - | - | - | - | | 3,318,322 |
| City of Coalville | - | - | - | - | - | | 44,983 |
| EB 5 | - | - | - | - | - | | - |
| Wohali Concerned Owners | - | - | - | - | - | | |
| Specific Total | - | - | - | - | - | | 3,871,737 |
| | | | | | | | |
| **Total Cash Outflows** | **-** | **-** | **-** | **-** | **1,351,178** | | **6,222,016** |
| | | | | | | | |
| Beginning Cash Balance | (6,156,623) | (6,156,623) | (6,156,623) | (6,156,623) | | | |
| Change in Cash | - | - | - | - | (1,351,178) | | (6,156,623) |
| **Ending Cash Balance** | **(6,156,623)** | **(6,156,623)** | **(6,156,623)** | **(6,156,623)** | **(6,156,623)** | | **(6,156,623)** |

November 21, 2025

| Name | Actuals Oct 2025 10/19/25 | Actuals Oct 2025 10/26/25 | Actuals Nov 2025 11/2/25 | Actuals Nov 2025 11/9/25 | Actuals Nov 2025 11/16/25 | Actuals Nov 2025 11/23/25 | Forecast Nov 2025 11/30/25 | Forecast Dec 2025 12/7/25 | Forecast Dec 2025 12/14/25 | Forecast Dec 2025 12/21/25 | Forecast Dec 2025 12/28/25 | Forecast Jan 2026 1/4/26 | Forecast Jan 2026 1/11/26 | Total Period Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages (Net) | | | | | | | | 42,460 | | 42,460 | | 42,460 | | 127,381 |
| 401 K Match | | | | | | | 94 | 94 | | 94 | | 94 | | 376 |
| Insurance Obligations | | | | | | | 57,910 | 3,410 | | 3,410 | | 3,410 | | 68,140 |
| Employer Taxes | | | | | | | 3,248 | 3,248 | | 3,248 | | 3,248 | | 12,993 |
| Payroll, processing, Paychex | | | | | | | 250 | 250 | | 250 | | 250 | | 1,000 |
| Key Employee Retention Plan | | | | | | | | | | | | | | - |
| Payroll | - | - | - | - | - | - | 61,502 | 49,463 | - | 49,463 | - | 49,463 | - | 209,890 |

November 21, 2025

| Name | Forecast Jan 2026 1/18/26 | Forecast Jan 2026 1/25/26 | Forecast Feb 2026 2/1/26 | Forecast Feb 2026 2/8/26 | Forecast Feb 2026 2/15/26 | Forecast Feb 2026 2/22/26 | Forecast Mar 2026 3/1/26 | Forecast Mar 2026 3/8/26 | Forecast Mar 2026 3/15/26 | Forecast Mar 2026 3/22/26 | Forecast Mar 2026 3/29/26 | Forecast Apr 2026 4/5/26 | Forecast Apr 2026 4/12/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wages (Net) | 42,460 | | 42,460 | | 42,460 | | 42,460 | | 42,460 | | 42,460 | | |
| 401 K Match | 94 | | 94 | | 94 | | 94 | | 94 | | 94 | | |
| Insurance Obligations | 3,410 | | 3,410 | | 3,410 | | 3,410 | | 3,410 | | 3,410 | | |
| Employer Taxes | 3,248 | | 3,248 | | 3,248 | | 3,248 | | 3,248 | | 3,248 | | |
| Payroll, processing, Paychex | 250 | | 250 | | 250 | | 250 | | 250 | | 250 | | |
| Key Employee Retention Plan | | | | | | | | | | | 25,000 | | |
| Payroll | 49,463 | - | 49,463 | - | 49,463 | - | 49,463 | - | 49,463 | - | 74,463 | - | - |

| November 21, 2025 | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | | Forecast |
| | Apr 2026 | Apr 2026 | May 2026 | May 2026 | May 2026 | May 2026 | May 2026 | Jun 2026 | Period | | Case |
| Name | 4/19/26 | 4/26/26 | 5/3/26 | 5/10/26 | 5/17/26 | 5/24/26 | 5/31/26 | 6/7/26 | Total | | Total |
| Wages (Net) | | | | - | | | | - | 254,762 | | 382,144 |
| 401 K Match | | | | - | | | | - | 563 | | 939 |
| Insurance Obligations | | | | - | | | | - | 20,460 | | 88,600 |
| Employer Taxes | | | | - | | | | - | 19,489 | | 32,482 |
| Payroll, processing, Paychex | | | | - | | | | - | 1,500 | | 2,500 |
| Key Employee Retention Plan | | | | | | | | | 25,000 | | 25,000 |
| Payroll | - | - | - | - | - | - | - | - | 321,775 | | 531,665 |

| | 21-Nov-25 | Actuals | Actuals | Actuals | Actuals | Actuals | Actuals | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Oct 2025 | Oct 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Nov 2025 | Dec 2025 | Dec 2025 | Dec 2025 | Dec 2025 | Jan 2026 | Jan 2026 | Period |
| Name | | 10/19/25 | 10/26/25 | 11/2/25 | 11/9/25 | 11/16/25 | 11/23/25 | 11/30/25 | 12/7/25 | 12/14/25 | 12/21/25 | 12/28/25 | 1/4/26 | 1/11/26 | End |
| Electricity | | | | | | | | 77,126 | | | 52,924 | | | | 130,050 |
| Water | | | | | | | | | | | | | | | - |
| Sewer | | | | | | | | | | | | | | | - |
| Utilities | | - | - | - | - | - | - | 77,126 | - | - | 52,924 | - | - | - | 130,050 |
| | | | | | | | | | | | | | | | |
| Property and Automobile Insurance | | | | | | 40,125 | | 20,020 | | | 7,920 | | | | 68,065 |
| Workers Comp (Estimated) | | | | | | | | | | | 5,000 | | | | 5,000 |
| | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | - |
| Insurance | | - | - | - | - | 40,125 | - | 20,020 | - | - | 12,920 | - | - | - | 73,065 |

| Name | 21-Nov-25 | Forecast Jan 2026 1/18/26 | Forecast Jan 2026 1/25/26 | Forecast Feb 2026 2/1/26 | Forecast Feb 2026 2/8/26 | Forecast Feb 2026 2/15/26 | Forecast Feb 2026 2/22/26 | Forecast Mar 2026 3/1/26 | Forecast Mar 2026 3/8/26 | Forecast Mar 2026 3/15/26 | Forecast Mar 2026 3/22/26 | Forecast Mar 2026 3/29/26 | Forecast Apr 2026 4/5/26 | Forecast Apr 2026 4/12/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | | 10,000 | | | | | 10,000 | | | | 10,000 | | | |
| Water | | | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | |
| Utilities | | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | - |
| Property and Automobile Insurance | | | | 7,920 | | | | 7,920 | | | | 22,321 | | |
| Workers Comp (Estimated) | | | | 5,000 | | | | 5,000 | | | | 5,000 | | |
| Insurance | | - | - | 12,920 | - | - | - | 12,920 | - | - | - | 27,321 | - | - |

| Name | 21-Nov-25 | Forecast<br>Apr 2026<br>4/19/26 | Forecast<br>Apr 2026<br>4/26/26 | Forecast<br>May 2026<br>5/3/26 | Forecast<br>May 2026<br>5/10/26 | Forecast<br>May 2026<br>5/17/26 | Forecast<br>May 2026<br>5/24/26 | Forecast<br>May 2026<br>5/31/26 | Forecast<br>Jun 2026<br>6/7/26 | Forecast<br>Period<br>Total | Forecast<br>Case<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | | | | | | | | | | 30,000 | 160,050 |
| Water | | | | | | | | | | - | - |
| Sewer | | | | | | | | | | - | - |
| | | | | | | | | | | - | - |
| | | | | | | | | | | - | - |
| Utilities | | - | - | - | - | - | - | - | - | 30,000 | 160,050 |
| | | | | | | | | | | | |
| Property and Automobile Insurance | | | | | | | | | | 38,162 | 106,227 |
| Workers Comp (Estimated) | | | | | | | | | | 15,000 | 20,000 |
| | | | | | | | | | | - | - |
| | | | | | | | | | | - | - |
| | | | | | | | | | | - | - |
| Insurance | | - | - | - | - | - | - | - | - | 53,162 | 126,227 |

November 21, 2025

| Name | Forecast Oct 2025 10/19/25 | Forecast Oct 2025 10/26/25 | Actuals Nov 2025 11/2/25 | Forecast Nov 2025 11/9/25 | Forecast Nov 2025 11/16/25 | Forecast Nov 2025 11/23/25 | Forecast Nov 2025 11/30/25 | Forecast Dec 2025 12/7/25 | Forecast Dec 2025 12/14/25 | Forecast Dec 2025 12/21/25 | Forecast Dec 2025 12/28/25 | Forecast Jan 2026 1/4/26 | Forecast Jan 2026 1/11/26 | Total Period Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WiFi Cow | | | | | | | 2,000 | | | | 1,000 | | | 3,000 |
| Security Equipment / Repairs | | | | | | | 3,000 | | | | | | | 3,000 |
| Sewer Pumping | | | | | | | 5,000 | | | | | | | 5,000 |
| Trash | | | | | | | 600 | | | | | 300 | | 900 |
| Propane | | | | | | | 3,000 | | | | | | | 3,000 |
| Snow Plowing (to Gatehouse, Maintanence Manor) | | | | | | | | 5,000 | | | | | 5,000 | 10,000 |
| Fencing | | | | | | | 600 | | | | | 600 | | 1,200 |
| HOA and Village Structure Winteriation | | | | | | | 20,000 | | | | | 20,000 | | 40,000 |
| | - | - | - | - | - | - | 34,200 | 5,000 | - | - | 1,000 | 20,900 | 5,000 | 66,100 |
| Contigency | - | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 17,500 |

November 21, 2025

| Name | Forecast Jan 2026 1/18/26 | Forecast Jan 2026 1/25/26 | Forecast Feb 2026 2/1/26 | Forecast Feb 2026 2/8/26 | Forecast Feb 2026 2/15/26 | Forecast Feb 2026 2/22/26 | Forecast Mar 2026 3/1/26 | Forecast Mar 2026 3/8/26 | Forecast Mar 2026 3/15/26 | Forecast Mar 2026 3/22/26 | Forecast Mar 2026 3/29/26 | Forecast Apr 2026 4/5/26 | Forecast Apr 2026 4/12/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WiFi Cow | | 1,000 | | | | 1,000 | | | | 1,000 | | | |
| Security Equipment / Repairs | | | | | | | | | | | | | |
| Sewer Pumping | | | | | | | | | | | | | |
| Trash | | | 300 | | | | 300 | | | | | 300 | |
| Propane | | | 3,000 | | | | | | | | | | |
| Snow Plowing (to Gatehouse, Maintanence Manor) | | | | 5,000 | | | | 5,000 | | | | | |
| Fencing | | | 600 | | | | 600 | | | | | 600 | |
| HOA and Village Structure Winteriation | | | | | | | | | | | | | |
| | - | 1,000 | 3,900 | 5,000 | - | 1,000 | 900 | 5,000 | - | 1,000 | - | 900 | - |
| | | | | | | | | | | | | | |
| Contigency | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |

November 21, 2025

| Name | Forecast Apr 2026 4/19/26 | Forecast Apr 2026 4/26/26 | Forecast May 2026 5/3/26 | Forecast May 2026 5/10/26 | Forecast May 2026 5/17/26 | Forecast May 2026 5/24/26 | Forecast May 2026 5/31/26 | Forecast Jun 2026 6/7/26 | Forecast Period Total | | Forecast Case Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WiFi Cow | | | | | | | | | 3,000 | | 6,000 |
| Security Equipment / Repairs | | | | | | | | | - | | 3,000 |
| Sewer Pumping | | | | | | | | | - | | 5,000 |
| Trash | | | | | | | | | 900 | | 1,800 |
| Propane | | | | | | | | | 3,000 | | 6,000 |
| Snow Plowing (to Gatehouse, Maintenance Manor) | | | | | | | | | 10,000 | | 20,000 |
| Fencing | | | | | | | | | 1,800 | | 3,000 |
| HOA and Village Structure Winteriation | | | | | | | | | - | | 40,000 |
| | - | - | - | - | - | - | - | - | 18,700 | | 84,800 |
| | | | | | | | | | | | |
| Contigency | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 52,500 | | 70,000 |

November 21, 2025

| Name | Forecast Oct 2025 10/19/25 | Forecast Oct 2025 10/26/25 | Forecast Nov 2025 11/2/25 | Forecast Nov 2025 11/9/25 | Forecast Nov 2025 11/16/25 | Forecast Nov 2025 11/23/25 | Forecast Nov 2025 11/30/25 | Forecast Dec 2025 12/7/25 | Forecast Dec 2025 12/14/25 | Forecast Dec 2025 12/21/25 | Forecast Dec 2025 12/28/25 | Forecast Jan 2026 1/4/26 | Forecast Jan 2026 1/11/26 | Total Period Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Compressor | | - | | | | | | | | | | | | - |
| Equipment Repair and Maintance | | | | | | | | | | | | | | - |
| Oil and Lube | | | | | | | | | | | | | | - |
| Irrigation Repair and Maintance | | | | | | | | | | | | | | - |
| Golf Cart Lease (Builders) | | | | | | | | | | | | | | - |
| Fuel (Diesel) | - | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | - |
| Golf Course Related | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Items needed to open course in 2026 (not included in forecast)** | | | | | | | | | | | | | | - |
| Golf Cart Lease (Builders) | | | | | | | | 50,175 | | | | | 10,213 | 60,388 |
| Fertilizers and Chemicals | | | | | | | | | | | | | | - |
| Fuel for pumps, generators and equipment | | | | | | | | | | | | 1,700 | | 1,700 |
| Material | | | | | | | | | | | | | | - |
| Top Dressing | | | | | | | | | | | | | | - |
| Other/Misc | | | | | | | | | | | | | | - |

| Name | Forecast Jan 2026 1/18/26 | Forecast Jan 2026 1/25/26 | Forecast Feb 2026 2/1/26 | Forecast Feb 2026 2/8/26 | Forecast Feb 2026 2/15/26 | Forecast Feb 2026 2/22/26 | Forecast Mar 2026 3/1/26 | Forecast Mar 2026 3/8/26 | Forecast Mar 2026 3/15/26 | Forecast Mar 2026 3/22/26 | Forecast Mar 2026 3/29/26 | Forecast Apr 2026 4/5/26 | Forecast Apr 2026 4/12/26 | Forecast Apr 2026 4/19/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Compressor | | | | | | | | | | | | | | |
| Equipment Repair and Maintance | | | | | | | | | | | | | | |
| Oil and Lube | | | | | | | | | | | | | | |
| Irrigation Repair and Maintance | | | | | | | | | | | | | | |
| Golf Cart Lease (Builders) | | | | | | | | | | | | | | |
| Fuel (Diesel) | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Golf Course Related | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Items needed to open course in 2026 (not included in forecast)** | | | | | | | | | | | | | | |
| Golf Cart Lease (Builders) | | | | 10,213 | | | | 10,213 | | | | 10,213 | | |
| Fertiliziers and Chemicals | | | | | | | | | | | | 21,500 | | |
| Fuel for pumps, generators and equipment | | | | 1,700 | | | | 1,700 | | | | 16,650 | | |
| Material | | | | | | | | | | | | 15,000 | | |
| Top Dressing | | | | | | | | | | | | | | |
| Other/Misc | | | | | | | | | | | | | | |

November 21, 2025

| Name | Forecast Apr 2026 4/26/26 | Forecast May 2026 5/3/26 | Forecast May 2026 5/10/26 | Forecast May 2026 5/17/26 | Forecast May 2026 5/24/26 | Forecast May 2026 5/31/26 | Forecast Jun 2026 6/7/26 | Forecast Period Total | | Forecast Case Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Air Compressor | | | | | | | | - | | - |
| Equipment Repair and Maintance | | | | | | | | - | | - |
| Oil and Lube | | | | | | | | - | | - |
| Irrigation Repair and Maintance | | | | | | | | - | | - |
| Golf Cart Lease (Builders) | | | | | | | | - | | - |
| Fuel (Diesel) | | | | | | | | - | | - |
| | | | | | | | | - | | - |
| Golf Course Related | - | - | - | - | - | - | - | - | | - |
| | | | | | | | | | | - |
| **Items needed to open course in 2026 (not included in forecast)** | | | | | | | | | | |
| Golf Cart Lease (Builders) | 10,213 | | | | | | 10,213 | 51,064 | | 111,452 |
| Fertiliziers and Chemicals | 72,650 | | | | | | 26,500 | 120,650 | | 120,650 |
| Fuel for pumps, generators and equipment | 17,650 | | | | | | 17,650 | 55,350 | | 57,050 |
| Material | 20,000 | | | | | | | 35,000 | | 35,000 |
| Top Dressing | 10,000 | | | | | | | 10,000 | | 10,000 |
| Other/Misc | 2,500 | | | | | | 2,500 | 5,000 | | 5,000 |