Michael R. Johnson, Esq. (7070)
Jeffrey W. Shields, Esq. (2948)
David H. Leigh (9433)
Nicholas S. Hagen (*pro hac vice pending*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: jshields@rqn.com
Email: dleigh@rqn.com
Email: nhagen@rqn.com

*Attorney for EB5AN Wohali Utah Fund XV, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT UTAH

| | |
|---|---|
| In re:<br><br>WOHALI LAND ESTATES, LLC<br><br>Debtor. | Bankruptcy Case No. 25-24610<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

## MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Michael R. Johnson, a member of the bar of this Court, hereby move the Court, *ex parte,* for the pro hac vice admission of applicant, Nicholas S. Hagen, of the law firm of Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, to practice in this Court in the above-entitled case as counsel *pro hac vice* for Attorney for EB5AN Wohali Utah Fund XV, LP in the above-entitled Chapter 7 case.

I hereby agree to serve as designated local counsel for the case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers

when served and recognize my responsibility and full authority to act for and on behalf of the

Debtor in all case-related proceedings, including hearings, pretrial conferences, and trials, should

the applicant fail to respond to any Court order.

DATED this 13th day of January, 2026

/s/ Michael R. Johnson (A7070)
(Signature of Local Counsel) (Utah Bar Number)

**APPLICATION FOR ADMISSION PRO HAC VICE**

Applicant Nicholas S. Hagen of the law firm of Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, hereby requests permission to appear in the above-captioned case as counsel *pro hac vice* for Attorney for EB5AN Wohali Utah Fund XV, LP. Applicant states under penalty of perjury that he is a member in good standing of the bar of a United States court or of the highest court of a state or the District of Columbia; is a new resident of the State of Utah who has applied for admission to the Utah State Bar; and, under the provisions of DUCivR83-1.1(d) and Bankr. D. Ut. LBR 2090-1(c)(2), has associated local counsel in this case.

Applicant's address, office telephone number, fax number, e-mail address and the courts to which admitted and the respective dates of admission are provided as required.

Applicant hereby designates Michael R. Johnson of Ray Quinney & Nebeker P.C. as associate local counsel.

DATED this 13th day of January, 2026.


*/s/ Nicholas S. Hagen*

**Name of Applicant:**
Nicholas S. Hagen

**Business Address:**
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: nhagen@rqn.com

## BAR ADMISSION HISTORY

| Court to Which Admitted | Admission Date |
|---|---|
| New York | 2019 |
|  |  |
|  |  |

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| In Re: Motos America, Inc. | 25-27834 | Pending |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF filing system, which sent notice of electronic filing to all electronic filing users in each case.

/s/ *Michael R. Johnson*
Michael R. Johnson