Jason W. Hardin (8793)
David P. Billings (11510)
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
jhardin@fabianvancott.com
dbillings@fabianvancott.com
*Attorneys for the Wohali Concerned Owners*[1]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 25-24610 |
| Wohali Land Estates, LLC, | Chapter 11 |
| Debtor | Judge Peggy Hunt |

**NOTICE OF WOHALI CONCERNED OWNERS' (A) OBJECTION TO PROOF OF CLAIM NO. 4-1, (B) MOTION FOR (1) ESTIMATION OF PROOF OF CLAIM NO. 4-1 VIA 11 U.S.C. § 502(c) AND (2) VALUATION OF PROOF OF CLAIM NO. 4-1 VIA 11 U.S.C. § 506(a), AND (C) NOTICE OF HEARING THEREON**
**(Hearing Date: March 24, 2026 at 11:00 a.m. Mountain Time)**
**(Objection Deadline: March 9, 2026, at 5:00 p.m. Mountain Time)**

**PLEASE TAKE NOTICE** that on January 30, 2026, the Wohali Concerned Owners filed (A) an *Objection to Proof of Claim No. 4-1 [the "Claim"] filed by EB5AN Wohali Utah Fund XV, LP ("EB5")* (the "**Objection**") [Dkt. # 287] and (B) a *Motion for the Entry of an Order (1) Estimating the Claim and (2) Valuing the Claim for the Following Purposes: (a) Credit Bidding, (b) Voting on a Chapter 11 Plan, (c) Assisting the Parties in Mediation, and/or (d) Claims Allowance/Administration* (the "**Challenge**") [DKt. # 286].

Through the Objection, Wohali Concerned Owners seek a determination that the Claim should be disallowed *entirely* on evidentiary and equitable grounds. In the alternative, the

---

[1] Collectively, at this time, "**Wohali Concerned Owners**" consist of: General Hancock Enterprises LA, LLC, a Delaware limited liability company (Owner of Lots #2 and #66); ATOT Utah, LLC, a Utah limited liability company (Owner of Lot #3 and Airspace Unit #20); Whitestripe Mountain LLC, a Florida limited liability company (Owner of Lot #6); Ernest T. Wakabayashi, as Trustee of The Ernest T. Wakabayashi Trust (Owner of Lot #9); Timothy Kutzkey and Lisa Tenorio-Kutzkey, as Trustees of The Kutzkey Family Trust (Owner of Lot #11); WFH, LLC, a Wyoming limited liability company (Owner of Lot #12); Gumer C. Alvero and Amy J. Alvero, as Trustees of The Gumer C. Alvero Revocable Trust (Owner of Lot #28 and Airspace Unit #15); Whitestripe Wohali, LLC, a Florida limited liability company (Owner of Lot #56); Brian Ehman, an individual (Owner of Lot #67); Ellen M. Lampert and Mark A. Lampert, as Trustees of The Ellen M. Lampert Trust (Owner of Lot #70); Benjamin Goldthorp and Stephanie Goldthorp, individuals (Owner of Lot #71).

Objection seeks a ruling on the allowed amount of the claim for certain purposes. In the Challenge, the Wohali Concerned Owners seek entry of an order (1) estimating the Claim and (2) valuing the Claim for the following purposes: (a) credit bidding, (b) voting on a chapter 11 plan, (c) assisting the parties in mediation, and/or (d) claims allowance/administration.

The Objection and the Challenge are on file at the Office of the Clerk, United States Bankruptcy Court for the District of Utah, 350 S. Main Street, 3rd Floor, Salt Lake City, Utah 84101 and may be obtained from the clerk of court at Docket #286 and 287, respectively. You may also request copies from the attorneys for the Wohali Concerned Owners at 95 S. State Street, Suite 2300, Salt Lake City, Utah 84111 (801-531-8900).

**<u>TO EB5AN WOHALI UTAH FUND XV, LP</u> YOUR RIGHTS MAY BE AFFECTED. <u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney.** *If you do not want the court to eliminate or change your claim*:

- then on or before **Monday, March 9, 2026**, your lawyer must file a written objection to either or both filings referenced above**; <u>and</u>**

- Attend a preliminary hearing via Zoom on the Objection and the Challenge on **Tuesday, March 24, 2026 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a preliminary hearing on the Objection and the Challenge on **Tuesday, March 24, 2026 at 11:00 a.m. Mountain Time** (the "**Hearing**"). Parties who wish to participate in the Hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before **Judge Peggy Hunt** should log into Zoom at **https://www.zoomgov.com** at least ten (10) minutes before the scheduled date and time for the hearing. The Meeting ID and Passcode for Judge Hunt are as follows:

Meeting ID: 161 4747 8650
Passcode/Participant ID: 9671833

CALL NOW or +1 669 254 5252

**There will be no further notice of the hearing, and failure to attend the hearing will be deemed a waiver of your objection.**

If you do not want the Court to grant the final relief requested in the Objection and/or the Challenge, then you must file a written objection to either or both by no later than **Monday, March 9, 2026** at United States Bankruptcy Court. 350 South Main Street, 3rd Floor, Salt Lake City, Utah 84101,

If you mail your objection(s) to the Bankruptcy Court for filing you must mail it early

enough so that the Court will **receive** it on or before the respective deadline. If the objections are not electronically filed, you must also mail a copy to the undersigned counsel at:

Jason W. Hardin & David P. Billings
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111

PLEASE TAKE FURTHER NOTICE that if you file a written objection, you must also attend the Hearing on the Objection and Challenge, which is set for **March 24, 2026 at 11:00 a.m. Mountain Time,** by logging into Zoom as indicated above. **Failure to participate in the Hearing will be deemed a waiver of your objection.**

If you, or your attorney, do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion to Compel and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may, and will, ask the Court to strike the Hearing and enter an order approving the application without hearing.

DATED this 2nd day of February 2026.

FABIAN VANCOTT

/s/ David P. Billings
Jason W. Hardin
David P. Billings
*Attorneys for Wohali Concerned Owners*

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I hereby certify that on February 2, 2026, I caused a copy of the foregoing **NOTICE OF WOHALI CONCERNED OWNERS' (A) OBJECTION TO PROOF OF CLAIM NO. 4-1, (B) MOTION FOR (1) ESTIMATION OF PROOF OF CLAIM NO. 4-1 VIA 11 U.S.C. § 502(c) AND (2) VALUATION OF PROOF OF CLAIM NO. 4-1 VIA 11 U.S.C. § 506(a), AND (C) NOTICE OF HEARING THEREON** to be served to the parties in the manner designated below

**Mail Service:** First–class U.S. mail, postage pre-paid, addressed to:

EB5AN Wohali Utah Fund XV, LP, Claimant
c/o Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
Salt Lake City, UT 84111

Wohali Land Estates, LLC, the Debtor
PO Box 438
Coalville, UT 84017

Matt McKinlay, Chapter 11 Trustee
c/o Amplēo Turnaround & Restructuring
13601 W. McMillan Rd., #102 PMB 320
Boise, ID 83713

**By Electronic Service**: On the following parties of record in Case No. 25-24610, who are registered CM/ECF users:

- David P. Billings dbillings@fabianvancott.com,
- Bryan H Booth bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- Scott S Bridge sbridge@keslerrust.com
- Matthew James Burne matthew.burne@usdoj.gov,
- Ryan C. Cadwallader rcadwallader@kmclaw.com, twhite@kmclaw.com
- P. Matthew Cox mcox@spencerfane.com,
- Michael Allen Gehret mike.gehret@dentons.com, kim.altamirano@dentons.com
- Patricia Geary Glenn pgearyglenn@gmail.com
- Jason W. Hardin jhardin@fabianvancott.com sirvin@fabianvancott.com
- Carson Heninger heningerc@gtlaw.com
- George B. Hofmann ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com,

- Penrod W. Keith penrod.keith@dentons.com, kristin.hughes@dentons.com
- Justin J. Keys justin@hlhparkcity.com, nancy@hlhparkcity.com
- Bryce L. Krieger bryce.krieger@dentons.com
- Matt McKinlay mmckinlay@ampleo.com
- Elijah L. Milne eli.milne@dentons.com, deb.calegory@dentons.com,
- Matt C. Osborne matt@oblawpc.com
- Ellen E. Ostrow eostrow@foley.com,
- Charles Louis Pearlman charles@hlh.law
- Mark C. Rose mrose@mbt-law.com, markcroselegal@gmail.com
- Jeffrey Weston Shields jshields@rqn.com,
- Jeremy C. Sink jsink@kmclaw.com, mcarlson@kmclaw.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Jeffrey L. Trousdale jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

/s/ Krystal Hayes