Michael R. Johnson (7070)
Jeffrey W. Shields (2948)
David H. Leigh (9433)
Nicholas S. Hagen (*Pro Hac Vice*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: jshields@rqn.com
Email: dleigh@rqn.com
Email: nhagen@rqn.com

*Attorneys for EB5AN Wohali Utah Fund XV, LP*

Ellen E. Ostrow (14743)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
eostrow@foley.com

*Attorney for the Chapter 11 Trustee*

Michael A. Gehret (11890)
Bryce L. Krieger (19594)
**DENTONS DURHAM JONES
PINEGAR P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone: (801) 375-6600
mike.gehret@dentons.com
bryce.krieger@dentons.com

*Attorneys for Boyden Farms, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**WOHALI LAND ESTATES, LLC,**<br><br>Debtor. | **Bankruptcy No. 25-24610**<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

## STIPULATED MOTION FOR ORDER
## EXTENDING RESPONSE AND REPLY DEADLINES

Matt McKinlay, in his capacity as the Chapter 11 trustee (the "***Trustee***") of Wohali Land

Estates, LLC, EB5AN Wohali Utah Fund XV, LP ("***EB5***"), and Boyden Farms, LLC hereby

jointly move the Court for entry of the proposed *Order Extending Response and Reply Deadlines*

filed contemporaneously herewith. The Trustee filed his *Motion for: (I) an Order (A) Approving*

*Bid Procedures for the Sale of Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale, Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 333] (the "***Bid Procedure Motion***") on March 6, 2026. Boyden Farms filed an objection to the Bid Procedure Motion on March 23, 2026 [Docket No. 340] (the "***Objection***"). EB5 requested an extension to respond to the Bid Procedures Motion, and the Trustee has agreed to the extension.

The Trustee believes some of the issues raised in the Objection may be resolved prior to any hearing, and the parties have stipulated to the following response and reply deadlines:

EB5's Response Deadline:       March 26, 2026

Trustee's Reply Deadline:       March 30, 2026

Hearing Date:                   April 2, 2026 at 2:30 p.m. (MT)

The Trustee will file an amended notice of hearing to notify CM/ECF users of the new date and time for the hearing on the Bid Procedures Motion.

DATED this 24th day of March, 2026.

**RAY QUINNEY & NEBEKER P.C.**


/s/ *Michael R. Johnson*
Michael R. Johnson
Jeffrey W. Shields
David H. Leigh
Nicholas S. Hagen
*Attorneys for EB5AN Wohali Utah Fund XV, LP*

**FOLEY & LARDNER LLP**


/s/ *Ellen E. Ostrow*
Ellen E. Ostrow
*Attorney for the Chapter 11 Trustee*

**DENTONS DURHAM JONES & PINEGAR P.C.**


/s/ Michael A. Gehret
Michael A. Gehret
Bryce L. Krieger
*Attorneys for Boyden Farms, LLC*

4924-7780-5978.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 24th day of March, 2026, a true and correct copy of the

foregoing **STIPULATED MOTION FOR ORDER EXTENDING RESPONSE AND REPLY**

**DEADLINES** was electronically filed and therefore served via ECF on all electronic filing users

in that case.

- **David P. Billings**   dbillings@fabianvancott.com, khaynes@fabianvancott.com
- **Bryan H Booth**   bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge**   sbridge@keslerrust.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**   rcadwallader@kmclaw.com, twhite@kmclaw.com
- **P. Matthew Cox**   mcox@spencerfane.com, ecall@spencerfane.com;mwatson@spencerfane.com
- **Michael Allen Gehret**   mike.gehret@dentons.com, kim.altamirano@dentons.com
- **Patricia Geary Glenn**   pgearyglenn@gmail.com
- **Jason W. Hardin**   jhardin@fabianvancott.com, sirvin@fabianvancott.com
- **Carson Heninger**   heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann**   ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Annette W. Jarvis**   jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Penrod W. Keith**   penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Justin J. Keys**   justin@hlhparkcity.com, nancy@hlhparkcity.com
- **Bryce L. Krieger**   bryce.krieger@dentons.com
- **Trevor C Lang**   tclang@agutah.gov, staff@mohtrial.com
- **Matt McKinlay**   mmckinlay@ampleo.com
- **Elijah L. Milne**   eli.milne@dentons.com, deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**   matt@oblawpc.com
- **Ellen E. Ostrow**   eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com
- **Douglas J. Payne**   dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Charles Louis Pearlman**   charles@hlh.law
- **Mark C. Rose**   mrose@rqn.com, docket@rqn.com;asanchez@rqn.com

- **Jeffrey Weston Shields**   jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **Abigail Jennifer Stone**   abigail.stone@gtlaw.com
- **Jeffrey L. Trousdale**   jtrousdale@cohnekinghorn.com,mparks@ck.law; enilson@ck.law
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

*/s/ Elisha Burton*