Jason W. Hardin (8793)
David P. Billings (11510)
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
jhardin@fabianvancott.com
dbillings@fabianvancott.com
*Attorneys for the Wohali Concerned Owners*[1]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 25-24610 |
| Wohali Land Estates, LLC, | Chapter 11 |
| Debtor | Judge Peggy M. Hunt |

**_EX PARTE_ MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON WOHALI CONCERNED OWNERS' (i) OBJECTION TO PROOF OF CLAIM NO. 4-1, (ii) MOTION TO ESTIMATE AND VALUE CLAIM NO 4-1 FOR VARIOUS PURPOSES (iii) MOTION FOR DERIVATIVE STANDING TO ASSERT CERTAIN ESTATE CLAIMS AGAINST EB5AN WOHALI UTAH FUND XV, LP AND (iv) MOTION FOR ENTRY OF AN ORDER APPOINTING WOHALI CONCERNED OWNERS AS AN OFFICIAL COMMITTEE**

Pursuant to 11 U.S.C. § 105, Bankruptcy Rules 2002 and 9006, and Local Bankruptcy

Rules 9006-1 and 9013-1(m), unsecured creditors and administrative claimants the Wohali

Concerned Owners, respectfully move this Court, *ex parte*, for entry of an order shortening the

---

[1] Collectively, at this time, "**Wohali Concerned Owners**" consist of: General Hancock Enterprises LA, LLC, a Delaware limited liability company (Owner of Lots #2 and #66); ATOT Utah, LLC, a Utah limited liability company (Owner of Lot #3 and Airspace Unit #20); Whitestripe Mountain LLC, a Florida limited liability company (Owner of Lot #6); Ernest T. Wakabayashi, as Trustee of The Ernest T. Wakabayashi Trust (Owner of Lot #9); Timothy Kutzkey and Lisa Tenorio-Kutzkey, as Trustees of The Kutzkey Family Trust (Owner of Lot #11); WFH, LLC, a Wyoming limited liability company (Owner of Lot #12); Gumer C. Alvero and Amy J. Alvero, as Trustees of The Gumer C. Alvero Revocable Trust (Owner of Lot #28 and Airspace Unit #15); Whitestripe Wohali, LLC, a Florida limited liability company (Owner of Lot #56); Brian Ehman, an individual (Owner of Lot #67); Ellen M. Lampert and Mark A. Lampert, as Trustees of The Ellen M. Lampert Trust (Owner of Lot #70); Benjamin Goldthorp and Stephanie Goldthorp, individuals (Owner of Lot #71).

notice and objection periods with respect to (A) an *Objection to Proof of Claim No. 4-1 [the "Claim"] filed by EB5AN Wohali Utah Fund XV, LP* (the "**Objection**"); [Dkt. # 287] (B) a *Motion for the Entry of an Order (1) Estimating the Claim and (2) Valuing the Claim for the Following Purposes: (a) Credit Bidding, (b) Voting on a Chapter 11 Plan, (c) Assisting the Parties in Mediation, and/or (d) Claims Allowance/Administration* (the "**Challenge**") [Dkt. # 286] (C) *Wohali Concerned Owners' Motion for Derivative Standing to Assert Certain Estate Claims against EB5AN Wohali Utah Fund XV, LP* ("**Derivative Standing Motion**") [Dkt. # 371] and (D) *Wohali Concerned Owners' Motion for Entry of an Order Directing the US Trustee to Appoint them as an Official Committee* (the "**Committee Motion**") [Dkt. # 372]. The grounds for shortening time are:

1. Pursuant to paragraph 5 of the Interim DIP Order, [Dkt. # 211] on January 30, 2026, Wohali Concerned Owners filed the Challenge and the Objection.

2. On January 29, 2026, the Trustee and EB5 filed a Stipulation and Joint Motion for Order Referring Parties to Mediation and Extending Challenge Period [Dkt. No. 281] (the "**Mediation Stipulation**"). The Court approved the Mediation Stipulation [Dkt. No. 288], and the Trustee and EB5, now joined by the Wohali Concerned Owners, pursued a private mediation (the "**Mediation**") with James T. Markus. The parties met for two days and it ended inconclusively.

3. Unbeknownst to Wohali Concerned Owners, on March 29, 2026, EB5 and the Trustee entered into a proposed Settlement Agreement, and on April 2, 2026, the Trustee filed the Motion seeking approval of the Settlement Agreement.

4. However, the Trustee's *Motion for Entry of an Order Approving a Settlement Agreement and Release of Claims Between the Trustee, on the one Hand, and EB5AN Wohali*

*Utah Fund XV, LP, on the Other Hand* (the "**9019 Motion**") [Dkt. # 366] Was filed minutes before the hearing on the Trustee's motion to approve bidding procedures, where the proposed terms incorporated the Settlement Agreement and required other bidders to submit bids without knowing whether the Settlement Agreement would be approved.

5.      At the direction of the Court, the Trustee filed his *Motion Shortening Time* with respect to the 9019 Motion [Dkt. # 368] and a proposed order. [Dkt. # 369] setting the hearing date for the 9019 Motion for April 15, 2026.

6.      Through the Objection, Wohali Concerned Owners seek determination that the Claim should be disallowed *entirely* on evidentiary and equitable grounds. In the alternative, the Objection seeks a ruling on the allowed amount of the Claim for certain purposes. In the Challenge, Wohali Concerned Owners seek entry of an order (1) estimating the Claim and (2) valuing the Claim for the following purposes: (a) credit bidding, (b) voting on a chapter 11 plan, (c) assisting the parties in mediation, and/or (d) claims allowance/administration.

7.      In the 9019 Motion, the Trustee seeks to set EB5's credit bidding and claim rights in exchange for releasing all of the estate's claims against EB5, which the Trustee concedes are colorable.

8.      Given that the Challenge, the Objection, the Derivative Standing Motion, and the Committee Motion are all severely impacted by the 9019 Motion, they should all be considered at the same time and on the same briefing schedule.

WHEREFORE, the Wohali Concerned Owners requests that the Court enter an Order pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Rule 9006-1(b) shortening the time for notice of the Challenge, the Objection, the Derivative Standing Motion, and the

Committee Motion to April 3, 2026, the objection period to April 13, 2026, and setting these

matters for the same hearing date as the 9019 Motion, April 15, 2026 at 9:00 a.m. Mountain.

Dated:  April 3, 2026                              Respectfully submitted,

       Salt Lake City, UT                          /s/ David P. Billings
                                               Jason W. Hardin
                                              David P. Billings
                                              FABIAN VANCOTT
                                              *Attorneys for the Wohali Concerned Owners*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 3, 2026, I caused a copy of the foregoing **EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON WOHALI CONCERNED OWNERS' (i) OBJECTION TO PROOF OF CLAIM NO. 4-1, (ii) MOTION TO ESTIMATE AND VALUE CLAIM NO 4-1 FOR VARIOUS PURPOSES (iii) MOTION FOR DERIVATIVE STANDING TO ASSERT CERTAIN ESTATE CLAIMS AGAINST EB5AN WOHALI UTAH FUND XV, LP AND (iv) MOTION FOR ENTRY OF AN ORDER APPOINTING WOHALI CONCERNED OWNERS AS AN OFFICIAL COMMITTEE** was electronically filed and therefore served via ECF on the following:

- David P. Billings    dbillings@fabianvancott.com, khaynes@fabianvancott.com
- Bryan H Booth    bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- Scott S Bridge    sbridge@keslerrust.com
- Matthew James Burne    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj. gov;Brittany.Dewitt@usdoj.gov
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- P. Matthew Cox    mcox@spencerfane.com, ecall@spencerfane.com;mwatson@spencerfane.com
- Michael Allen Gehret    mike.gehret@dentons.com, kim.altamirano@dentons.com
- Patricia Geary Glenn    pgearyglenn@gmail.com
- Jason W. Hardin    jhardin@fabianvancott.com, sirvin@fabianvancott.com
- Carson Heninger    heningerc@gtlaw.com, carson-heninger5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- George B. Hofmann    ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- Annette W. Jarvis    jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Penrod W. Keith    penrod.keith@dentons.com, kristin.hughes@dentons.com
- Justin J. Keys    justin@hlhparkcity.com, nancy@hlhparkcity.com
- Bryce L. Krieger    bryce.krieger@dentons.com
- Trevor C Lang    tclang@agutah.gov, staff@mohtrial.com
- Matt McKinlay    mmckinlay@ampleo.com
- Elijah L. Milne    eli.milne@dentons.com,deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- Matt C. Osborne    matt@oblawpc.com
- Ellen E. Ostrow    eostrow@foley.com, ellen-ostrow4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com
- Douglas J. Payne    dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- Charles Louis Pearlman    charles@hlh.law

- Mark C. Rose    mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
- Jeffrey Weston Shields    jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- Jeremy C. Sink    jsink@kmclaw.com, mcarlson@kmclaw.com
- Abigail Jennifer Stone    abigail.stone@gtlaw.com
- Jeffrey L. Trousdale    jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

*/s/ Krystal Haynes*
Krystal Haynes

/s/ David P. Billings

4935-5344-2205, v. 1