Michael R. Johnson (7070)
Jeffrey W. Shields (2948)
Nicholas S. Hagen (*Pro Hac Vice*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: jshields@rqn.com
Email: nhagen@rqn.com

*Counsel for EB5AN Wohali Utah Fund XV, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**WOHALI LAND ESTATES, LLC**,<br><br>Debtor. | **Bankruptcy No. 25-24610**<br><br>Chapter 11<br><br>Honorable Peggy Hunt |

**EB5'S OBJECTION TO THE WOHALI CONCERNED OWNERS' MOTION TO COMPEL TRUSTEE TO ASSUME PREPETITION GOLF MEMBERSHIPS AND TO REJECT EB5'S GUARANTEES UNDER 11 U.S.C. § 365(d)(2)**

EB5AN Wohali Utah Fund XV, LP ("**EB5**"), by and through its undersigned counsel, submits this objection (the "**Objection**") to the *Wohali Concerned Owners' Motion to Compel Trustee to Assume Prepetition Golf Memberships and to Reject EB5's Guarantees Under 11 U.S.C. § 365(d)(2)* [Dkt. No. 392] (the "**Motion**"), as supplemented by the *Wohali Concerned Owners' Combined Supplement to Their (1) Response to EB5's Objections to Proof of Claim Nos. 28-3, 29-1, 39-1, 42-1, 43-1, 44-1, 45-1, 46-1, 64-1, 65-1, 66-1, and 67-1 & (2) Motion to Compel Trustee to Assume Prepetition Golf Memberships and to Reject EB5's Guarantees Under 11*

1

*U.S.C. § 365(d)(2)* (the "**Supplement**").[1]  In support of this Objection, EB5 respectfully states as follows:

**PRELIMINARY STATEMENT**

1.     The WCOs want the Trustee to (i) assume the Prepetition Golf Memberships (as defined below) and (ii) reject the Guarantees. The immediate threshold issue is obvious: the Debtor is not a party to the Prepetition Golf Memberships, and the WCOs are not a party to the Guarantees. What they seek simply is not authorized under the express language of the Bankruptcy Code.

2.     The theories the WCOs advance in support of their requests, in each instance without citing to a single apposite case, are uniformly unpersuasive. Their argument that the Prepetition Golf Memberships "run with the land" and cannot be rejected is particularly peculiar. If the Prepetition Golf Memberships do indeed run with the land, whether on their own or pursuant to the Amended CC&Rs, they cannot be assumed, rejected, nor wiped from the property as part of an otherwise free and clear sale—and the Motion is completely unnecessary. If EB5, as the property's buyer, attempts to bar the WCOs from enjoying the benefits of covenants they say run with the land and are binding on any owner, the WCOs can seek relief in state court and force EB5 to perform the obligations incurred upon acquisition of the land.

3.     But, of course, the WCOs' assertion that "any argument that the golf memberships do not 'run with the land' is specious" is, ironically, specious. [Motion at 9]. For an agreement to run with the land under Utah law, among other requirements, the contracting parties must have so intended; here, they did not. The Prepetition Golf Memberships, which are terminable at will in non-debtor Wohali Resort's sole election, provide the WCOs with a non-exclusive, revocable,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or Supplement.

limited license to use the golf course. There is no evidence the Prepetition Golf Memberships were intended to give rise to *property* rights, as opposed to contractual rights, and nothing in the Amended CC&Rs contradicts that position.

4.  For these reasons and those further developed below, the Motion should be denied.

**<u>RELEVANT BACKGROUND</u>**

**A.  The Prepetition Golf Memberships**

5.  On March 11, 2024, Wohali Land Estates, LLC (the "**Debtor**") and Wohali Resort, Inc. ("**Wohali Resort**") entered into the Golf Course Lease, which provided that Wohali Resort could use the Manor House and Eagle Championship Course, among other facilities (collectively, the "**Championship Golf Facilities**"), for any lawful purpose for a 25-year period in exchange for regular rent payments.

6.  Over the period between the opening of the Eagle Championship Course on July 4, 2024, and the Petition Date, the majority of the WCOs entered into membership agreements with Wohali Resort (each, a "**Prepetition Golf Membership**"). Significantly, *none* of the WCOs entered into membership agreements with the Debtor.

7.  The Prepetition Golf Memberships included, for some, an "**Early Membership Agreement**," a true and correct copy of which is attached hereto as <u>Exhibit A</u>, and, for all, the "Wohali Championship Golf Membership Plan" (the "**Membership Plan**"), a true and correct copy of which is attached hereto as <u>Exhibit B</u>.

8.  On February 11, 2026, the Court entered an order approving the rejection and stipulated termination of the Golf Course Lease [Dkt. No. 315]. The order expressly provided that "[a]ny claim arising from the rejection of the [Golf Course] Lease must be filed no later than thirty

(30) days from the date of entry of this Order." A single claim was filed during the 30-day period, which lapsed on March 13, 2026. It did not relate to the rejection of the Golf Course Lease.

**B.      The Guarantees**

9.      The Job Creation Guaranty was signed by Thomas Cottone in his capacity as the Debtor's chief financial officer. The I-526E Approval Refund Guaranty was also signed by Thomas Cottone in the same capacity.

10.      Neither the Debtor nor Mr. Cottone is a WCO.

11.      EB5 has not asserted any monetary claim against the Debtor's estate relating to or arising from the Guarantees. More importantly, EB5's claims against the Debtor's estate and the Debtor's estate's claims against EB5 were fixed and resolved upon the Court's approval of the settlement  contemplated by the *Chapter 11 Trustee's Motion, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), and Federal Rules of Bankruptcy Procedure 6004, 9014 and 9019, for Entry of an Order Approving a Settlement Agreement and Release of Claims Between the Trustee, on the One Hand, and EB5AN Wohali Utah Fund XV, LP, on the Other Hand* [Dkt. No. 366] (such settlement, the "**Settlement Agreement**").

<u>ARGUMENT</u>

**A.      The Trustee Cannot Assume the Prepetition Golf Memberships Because the Debtor Is Not a Party to Those Memberships.**

12.      Without any factual support, the WCOs want the Court to "rule that all the [Prepetition Golf Memberships] are executory contracts with the Debtor and compel the Trustee to decide [whether to assume or reject them] prior to any sale." [Motion at 5].

13.      Section 365(a) of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease *of the debtor*." 11 U.S.C. § 365(a) (emphasis added). Section 365(d)(2), the provision under which the WCOs

4

move, similarly provides that "the trustee may assume or reject an executory contract…*of the debtor* at any time before the confirmation of a plan but the court, on the request of any party to such contract…, may order the trustee to determine within a specified period of time whether to assume or reject such contract or lease." 11 U.S.C. § 365(d)(2) (emphasis added).

14. It is black letter law that, if the Debtor is a party to—and thus has a legal or equitable interest in—the Prepetition Golf Memberships, the WCOs may properly move the Court to compel the Trustee to assume or reject the Memberships. *See* 11 U.S.C. § 541(a). Equally settled is the converse: if the Debtor is *not* a party to the Prepetition Golf Memberships, the WCOs may *not* properly move the Court to compel the Trustee to assume or reject the Memberships.[2]

15. The WCOs do not and cannot dispute that, as the relevant agreements were executed, the Debtor is not a party to the Prepetition Golf Memberships. The Prepetition Golf Memberships are agreements between the WCOs and non-debtor Wohali Resort. Accordingly, the WCOs must provide a legally cognizable reason why the obligations of Wohali Resort should be converted into obligations of the Debtor. The WCOs advance five arguments in support of their position. Those arguments, all of which fail, are as follows:

    a. By seeking the rejection of the Golf Course Lease, "the Trustee demonstrated that golf-related contracts are properly subject to § 365 treatment." [Motion at 5].

    b. By including the Prepetition Golf Memberships in the sale-related data room, the Trustee has tacitly acknowledged that the Prepetition Golf Memberships are executory contracts. [*See* Motion at 6].

---

[2] EB5 located a single case, *In re Fieldstone Mortg. Co.*, 427 B.R. 364 (Bankr. D. Md. 2010), in which a court ruled a debtor had standing to reject an executory contract to which it was not a party. The WCOs do not cite it, perhaps because the court held that "a debtor's rejection of an executory contract is not an acknowledgment of indebtedness *per se*" and "the debtor's rejection in and of itself of an executory contract to which it was not a party does not give rise to a claim for damages against the debtor unless the debtor was obligated to perform the contract and the debtor's rejection thereof caused damage to the claimant." *In re Fieldstone*, 427 B.R. at 368. In other words, the WCOs would still face the same burden: proving the Debtor was obligated to perform with respect to the Prepetition Golf Memberships.

c. Assumption of the Prepetition Golf Memberships will reduce amounts owed by the Debtor to unsecured creditors. [*See* Motion at 7].

d. Rejecting the Prepetition Golf Memberships will damage the Wohali Project because the WCOs will not "act as de facto sales agents to their fellow well-heeled, golf-loving friends and colleagues." [Motion at 7].

e. The Trustee has attempted to sell golf memberships during the pendency of the case, so the Prepetition Golf Memberships are property of the estate. [*See* Motion at 9].

16. None of these arguments, even if taken at face value, provide the Court with any statutory or common law basis to make the ruling the WCOs seek. Curiously, the WCOs do not make in the Motion the rejection-related and *alter ego* arguments they have made elsewhere that would, if successful place the Debtor in Wohali Resort's shoes with respect to the Prepetition Golf Memberships. Nonetheless, for the sake of completeness, EB5 briefly notes that rejection under Section 365 is a breach, not a novation or an assignment, and it cannot transfer one party's contractual obligations onto another. *See* 11 U.S.C. § 365(g) (rejection "constitutes a breach of such contract or lease"); *Dishi & Sons v. Bay Condos LLC*, 510 B.R. 696, 704 (S.D.N.Y. 2014) (rejection "is a bankruptcy estate's election to decline a contract or lease asset. It is a decision not to assume, not to obligate the estate on the contract or lease"); *Mission Prod. Holdings, Inc. v. Tempnology, LLC*, 587 U.S. 370, 377–81 (2019) (rejection "has the same effect as a breach outside bankruptcy" and does not eliminate or rewrite third-party contractual rights). Rejecting the Golf Course Lease did not transfer the Prepetition Golf Memberships to the Debtor.

17. Furthermore, no court has ever found that Wohali Resort and the Debtor are alter egos. Moreover, alter ego claims belonging to the estate may be prosecuted only by the trustee through an adversary proceeding. The WCOs are not the Trustee, and the Motion they filed is not an adversary complaint. *See* Fed. R. Bankr. P. 7001(2); *In re Advanced Packaging & Prods. Co.*, 426 B.R. 806, 814–15 (C.D. Cal. 2010) (general alter ego claims are property of the estate and

may be asserted only by the trustee). And courts uniformly reject attempts by individual creditors to wield alter ego as a sword or shield in a contested matter. *See, e.g., In re Rogers*, 2024 WL 3440020, at *5 (Bankr. N.D. Fla. July 1, 2024) ("A § 363 sale motion is not the proper vehicle for asserting alter ego or reverse veil piercing causes of action."). The WCOs have filed no such adversary proceeding. They have offered no evidence. There is no alter ego finding—and, on this record, there could not be one.

18. The related doctrine of substantive consolidation is equally unavailable. Substantive consolidation is "a remedy of last resort" that courts apply "sparingly." *In re Owens Corning*, 419 F.3d 195, 208–11 (3d Cir. 2005). It "may not be used offensively (for example, having a primary purpose to disadvantage tactically a group of creditors in the plan process or to alter creditor rights)." *Id.* at 211.

19. Until a court enters an alter ego finding or a substantive consolidation order— neither of which has happened—Wohali Resort and the Debtor are legally separate entities, and the Prepetition Golf Memberships remain with Wohali Resort. "Absent a substantive consolidation order, we must accept [a debtor's] chosen legal status as a separate and distinct entity from its parent corporation and sister subsidiaries[.]" *In re Meruelo Maddux Props., Inc.*, 667 F.3d 1072, 1077 (9th Cir. 2012). Further, it is up to the Trustee to decide whether to seek substantive consolidation or otherwise make alter ego type arguments, and the Trustee has been very clear that he does not believe that consolidation of Wohali Resort into the Debtor would be beneficial to the estate. Again, the WCOs are not the Trustee, and they do not dictate what position the Trustee takes on issues involving the estate.

**B.      The Prepetition Golf Memberships Do Not Run With the Land On Their Own Terms or Under the Amended CC&Rs.**

20.      The WCOs also argue that the Prepetition Golf Memberships run with the land (a) on their own terms and (b) under the Amended CC&Rs, which the Trustee has not sought to reject. These arguments are clearly wrong.

21.      The following conditions must be satisfied for a covenant to run with the land under Utah law: (i) the covenant must touch and concern the land; (ii) the original parties must have intended the covenant to run with the land; (iii) there must be privity of estate between the covenanting parties; and (iv) the covenant must be in writing. *See Flying Diamond Oil Corp. v. Newton Sheep Co.*, 776 P.2d 618, 623–24 (Utah 1989).

22.      Even setting aside the requirement that there must be privity of estate between the covenanting parties, which the WCOs cannot establish, there is simply no evidence  that the Prepetition Golf Memberships were intended to run with the land. In fact, quite the opposite is true. For example:

   a.   Each Early Membership Agreement provides that the Prepetition Golf Membership "constitutes a nonexclusive revocable license to use the [Championship Golf Facilities] and does not confer upon Primary Member any ownership interest, or confer upon Primary Member any vested or prescriptive right or easement, in or to use the Championship Golf Facilities." [Early Membership Agreement at 2].

   b.   The Membership Plan provides that "Membership issuance by [Wohali Resort] provides the Member with a non-exclusive revocable limited license to use of Championship Golf Facilities…A membership in Championship Golf…does not give a Member a vested or prescriptive right or easement to use the Championship Golf Facilities." [Membership Plan at 17].

   c.   The Membership Plan includes a section titled "Termination of Membership at Company's Election," which includes no cause or other trigger requirement. "In the event of a termination of any Championship Golf membership at the Company's sole election…the Company shall repurchase the terminated Member's membership by refund to the terminated Member of the original amount of the Membership Deposit paid by such former Member, without interest, within 30 days of the date of such termination…" [Membership Plan at 17].

23. The Prepetition Golf Memberships are explicit: they do not give rise to a vested or prescriptive right or easement. The Prepetition Golf Memberships grant the WCOs contractual rights against Wohali Resort, nothing more. *See Warburton v. Va. Beach Fed. Sav. & Loan*, 899 P.2d 779, 783 (Utah 1995) ("Given its common meaning, a 'membership' is at most a contractual right in a group that may or may not own real property and other assets.").

24. Nothing in the Amended CC&Rs changes the result.

25. *First*, and most dispositively, the Amended CC&Rs explicitly state that the Prepetition Golf Memberships, as included within the respective definitions of "Golf Club Documents" and "Championship Golf Documents," "*pertain solely to the Golf Club, are separate from this Declaration, and are not enforced by Declarant or the Master Association in any manner...*" [Amended CC&Rs §2.15 (emphasis added)]. This language is fatal to the WCOs' theory. The WCOs cannot argue that the Prepetition Golf Memberships run with the land *through* the Amended CC&Rs when the Amended CC&Rs themselves say the Prepetition Golf Memberships are "separate" from the Declaration and not enforced by the Declarant (or any other entity named in the Amended CC&Rs). The Prepetition Golf Memberships cannot piggyback on the Amended CC&Rs' recorded status when the Amended CC&Rs expressly exclude them.

26. *Second*, the Amended CC&Rs provide that the Golf Club "may, in its sole and absolute discretion, accept or reject" a membership application, and the "Declarant expressly disclaims any representation, warranty, or commitment that the Owner will be a member of the Golf Club." [Amended CC&Rs §3.7.2]. A right that exists only at the unfettered discretion of a third-party operator—and that the Declarant affirmatively disclaims—is the antithesis of a covenant intended to run with the land.

27. *Third*, the Amended CC&Rs further provide that "[n]either Declarant nor Master Association shall have any responsibility for the care, maintenance, upkeep or other operation of the Golf Club Property." [Amended CC&Rs §2.20]. If the landowner has no responsibility for the golf club under the very document the WCOs invoke, it stands to reason that the membership obligations do not burden ownership of the land—they burden only the operator of the golf course.

28. Accordingly, there is compelling textual evidence in both the Prepetition Golf Memberships and Amended CC&Rs that the Prepetition Golf Memberships were *not* intended to run with the land, thus failing perhaps the most important component of Utah's four-part test.

**C.      The WCOs Lack Standing to Compel the Trustee to Reject the Guarantees.**

29. Section 365(d)(2) of the Bankruptcy Code provides that "the trustee may assume or reject an executory contract…of the debtor at any time before the confirmation of a plan but the court, on the request *of any party to such contract*…, may order the trustee to determine within a specified period of time whether to assume or reject such contract or lease." 11 U.S.C. § 365(d)(2) (emphasis added). The WCOs are not a party to the Guarantees and lack standing and statutory authority to ask the Court to compel the Trustee to assume or reject them. Indeed, their request is akin to a general unsecured creditor filing a motion asking the Court to compel a debtor or trustee to reject a lease agreement.

30. Furthermore, even if the WCOs could ask for rejection of the Guarantees (again, they cannot) it is not clear what benefit the estate would derive from their rejection. EB5 has not asserted any monetary claim against the Debtor with respect to the Guarantees, and the Settlement Agreement fixes the estate's prepetition liability to EB5. The WCOs are raising a problem that never was and cannot be.

## CONCLUSION

WHEREFORE, EB5 respectfully requests that the Court (i) deny the Motion in its entirety; and (ii) grant such other and further relief as the Court deems just and proper.

DATED this 30th day of April, 2026.

RAY QUINNEY & NEBEKER P.C.

/s/  *Michael R. Johnson*
Michael R. Johnson
*Attorneys for EB5AN Wohali Utah Fund XV, LP*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2026, a true and correct copy of the foregoing

**EB5'S OBJECTION TO THE WOHALI CONCERNED OWNERS' MOTION TO COMPEL TRUSTEE TO ASSUME PREPETITION GOLF MEMBERSHIPS AND TO REJECT EB5'S GUARANTEES UNDER 11 U.S.C. § 365(d)(2)** was electronically filed and

therefore served via ECF on the following electronic filing users in this case:

- **David P. Billings** dbillings@fabianvancott.com, khaynes@fabianvancott.com
- **Bryan H Booth** bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge** sbridge@keslerrust.com
- **Matthew James Burne** matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **P. Matthew Cox** mcox@spencerfane.com, ecall@spencerfane.com; mwatson@spencerfane.com
- **Michael Allen Gehret** mike.gehret@dentons.com, kim.altamirano@dentons.com
- **Patricia Geary Glenn** pgearyglenn@gmail.com
- **Nicholas Hagen** nhagen@rqn.com, ecasaday@rqn.com; docket@rqn.com
- **Jason W. Hardin** jhardin@fabianvancott.com, sirvin@fabianvancott.com
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com, Candy.Long@gtlaw.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law; enilson@ck.law
- **Annette W. Jarvis** jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com; ASanchez@rqn.com; RQN@ecfalerts.com
- **Penrod W. Keith** penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Thomas E. Kessinger** tkessinger@agutah.gov
- **Justin J. Keys** justin@hlhparkcity.com, nancy@hlhparkcity.com
- **Bryce L. Krieger** bryce.krieger@dentons.com
- **Trevor C Lang** tclang@agutah.gov, staff@mohtrial.com
- **Matt McKinlay** mmckinlay@ampleo.com
- **Justin A. Nance** justin.nance@dentons.com
- **Matt C. Osborne** matt@oblawpc.com
- **Ellen E. Ostrow** eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com; docketflow@foley.com; geysa.peeler@foley.com; elisha.burton@foley.com
- **Douglas J. Payne** dpayne@fabianvancott.com, lwilson@fabianvancott.com; dadamson@fabianvancott.com
- **Charles Louis Pearlman** charles@hlh.law
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com; asanchez@rqn.com

- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com; docket@rqn.com; ecasaday@rqn.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **J. Craig Smith** jcsmith@shutah.law
- **Abigail Jennifer Stone** abigail.stone@gtlaw.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

*/s/ Erin Casaday*  
Erin Casaday

<u>**Exhibit A**</u>

**Early Membership Agreement**

WOHALI CHAMPIONSHIP GOLF

## EARLY MEMBERSHIP AGREEMENT

In accordance with this Wohali Championship Golf Early Membership Agreement ("**Agreement**") the undersigned Championship Golf Primary Member ("**Primary Member**") hereby applies for membership in Wohali Championship Golf located in Summit County, Utah ("**Championship Golf**").

Any Championship Golf membership applied for by the Primary Member shall be referred to herein singularly and/or collectively, as the context requires, as a "**Membership**". Primary Member acknowledges and agrees to the following statements and provisions relative to this Membership Agreement:

Primary Member hereby agrees to pay to Wohali Resort, Inc., a Utah benefit corporation (together with its successors and assigns, the "**Company**") a Membership deposit in the amount set forth by Championship Golf and/or Company (the "**Membership Deposit**") and Membership dues, which Membership Deposit and dues may vary depending on the type of Membership sought, and together with such other fees and charges which the Company may establish from time to time and any applicable sales tax, or other taxes, applicable thereto, on or before the due date thereof. Primary Member acknowledges and agrees that Primary Member's failure or delinquency in paying any amounts due may result in: (a) late charges on the amount past due until paid at a rate determined by Company, not to exceed the maximum rate permitted by law; (b) suspension; (c) termination of Membership privileges; (d) expulsion from Membership in Championship Golf; and/or (e) foreclosure of the Championship Golf Lien (defined below) in accordance with this Agreement, the Membership Documents (defined below) and/or applicable law. Primary Member agrees to provide and maintain current credit card and ACH banking information with the accounting department of the Championship Golf for the purpose of paying any delinquent amounts owed to Championship Golf, including any accrued Championship Golf usage fees, member or guest charges, and/or periodic Championship Golf dues. Annual dues are $18,000 billed yearly and are subject to change by the Company, from time to time. Primary Member acknowledges and agrees that, in order to secure Primary Member's obligation to pay such dues, fees and charges, together with any costs and reasonable attorneys' fees associated with collection of said amounts. Primary Member hereby creates and grants to the Company a lien (the "**Championship Golf Lien**") upon the real property described in **Exhibit A** attached to this Agreement (the "**Property**") and Primary Member acknowledges and agrees that the Company can record against such Property a document identifying the Championship Golf Lien and/or Championship Golf's rights in this Agreement. The Championship Golf Lien shall be subordinate to, as applicable, (i) the lien of any first capital and mortgage on such Property, and (ii) any lien for taxes and other public charges which by applicable law are expressly made superior to the Championship Golf Lien. Except of the above provided, the priority of any Championship Golf Lien relates back to the date of this Agreement and such Championship Golf Lien shall be superior to any and all charges, liens, or encumbrances which hereafter may be imposed upon the Property. The Championship Golf Lien may be foreclosed in the same manner as non-judicial foreclosures of liens in accordance with applicable Utah law and shall not be subject to any redemption rights by Primary Member. The sale or transfer of such Property shall not affect the Championship Golf Lien.

Primary Member acknowledges and agrees that for this Agreement to be considered by the Company, it must be completed and signed by Primary Member and delivered to the Company, together with any required payments. Primary Member further acknowledges and agrees that this Agreement is subject to the condition that, prior to being an agreement binding upon Company, it must be approved and accepted in writing by the Company, in the Company's sole and absolute discretion, and such approval will require payment of the Membership Deposit, dues, fees and charges for a Membership as

established by Championship Golf from time to time. In addition, Primary Member acknowledges and agrees that if approved for Championship Golf Membership, such Membership is a non-voting, non-transferable, non-equity Membership and constitutes a nonexclusive revocable license to use the facilities of Championship Golf (the "**Championship Golf Facilities**" (as more particularly defined in the Wohali Championship Golf Membership Plan (the "**Membership Plan**"))) and does not confer upon Primary Member any ownership interest, or confer upon Primary Member any vested or prescriptive right or easement, in or to use the Championship Golf Facilities nor any right to participate in the management or control of the Championship Golf Facilities. The Championship Golf Facilities are described in the Wohali Championship Golf Membership Plan and are subject to change by the Company, from time to time.

As set forth in the Membership Plan, this Agreement is being utilized for Primary Member as an "Early Member" (as defined in the Membership Plan). As such, if Primary Member is approved for Membership by Company, then Primary Member, as an Early Member, will be entitled to one hundred percent (100%) share in the appreciated value, if any, using generally accepted accounting principles, of the Membership Deposit from the time of making such Membership Deposit until the time such Membership is resigned or otherwise terminated, except as otherwise set forth herein or in the Membership Plan.

Primary Member further acknowledges and agrees that (i) if any payment related to Primary Member's Membership (including, for example, repayment of charges to Primary Member's Membership account, payment of Membership dues, or otherwise) is more than 30 days past due, then Primary Member's Championship Golf account and Membership will be delinquent. If any such payment remains outstanding for another 30 days (i.e., 60 days total), Primary Member's Championship Golf account and Membership will be subject to suspension, including the suspension of Primary Member's Championship Golf account and all Membership privileges. If any such payment remains outstanding for an additional 30 days (i.e., 60 days delinquent, 90 days total) Primary Member's Membership will be subject to cancellation, in which event Primary Member will not be entitled to any refund of any portion of Primary Member's Membership Deposit.

By Primary Member's signature below, Primary Member hereby acknowledges receipt of the Membership Plan and the Wohali Championship Golf Rules and Regulations (together with this Agreement, collectively referred to as the ("**Membership Documents**") and that Primary Member has read and understands the Membership Documents, agrees to be bound by and comply with all of the terms and conditions of such Membership Documents, as the same may be amended from time to time, at Company's sole discretion, and to be responsible for compliance with such Membership Documents by Primary Member's family members and their guests and invitees. Primary Member further acknowledges that Primary Member is not relying upon any oral representations in connection with any Membership. In addition, Primary Member hereby acknowledges that this Agreement will not be considered for approval unless fully completed and signed by Primary Member and the full amount of the Membership Deposit is paid by Primary Member to Company, subject to the provisions of the Membership Plan. In the event this Agreement is accepted and approved in writing by Company, Primary Member understands that, except as otherwise set forth in the Membership Plan, in the event of the conversion of the Championship Golf to a private member-owned facility, the Company will have no obligation or liability of any nature whatsoever to repay to the Primary Member any portion of the Membership Deposit previously paid by the Primary Member. In the event that the Championship Golf Facilities are sold and the buyer assumes liability for the repayment of the appropriate Membership Deposit as provided in the Membership and Agreement, the Primary Member shall look solely to the new owner for repayment of the Membership Deposit and the seller of the Championship Golf Facilities shall be automatically released from all liability for the repayment thereof. In the event of a sale of the Championship Golf Facilities (other than a foreclosure sale), the buyer shall take title subject to the

terms and provisions of the then existing Membership Plan.

The development of and operation of the Championship Golf Facilities and all limited licenses set forth in this Agreement and the other Membership Documents may be subject to financing with liens securing such financing. The Company reserves the right to modify the Membership Documents and to reserve Memberships, to sell, lease or otherwise dispose of the Club Facilities in any manner whatsoever and to any person whomsoever, to add, issue or modify any type, or category of Membership, to convert Championship Golf into a member-owned club, and to make any other changes in the terms and conditions of Membership or in the Championship Golf Facilities available for use by members.

Primary Member hereby acknowledges that the use of the Championship Golf Facilities and any privilege or service incident to Membership is undertaken with knowledge of risk of possible injury. Primary Member hereby accepts any and all risk of injury to our designees, their guests and family sustained while using the Championship Golf Facilities or while involved in any event or activity incident to Membership in Championship Golf. In accepting the risk of injury, Primary Member, for themselves and their guests and family, agrees to indemnify and hold harmless the Company, its affiliates, their successors and assigns and their respective directors, officers, partners, members of any limited liability company, shareholders, employees and agents and the members of any advisory board or Championship Golf committee from any and all loss, cost, claims, injury, damages or liability sustained or incurred by Primary Member, Primary Member's designees, their guests and family resulting from or arising out of any conduct or event connected with Membership in Championship Golf and use of any of the Championship Golf Facilities.

Primary Member hereby acknowledges and agrees that in the event Primary Member utilizes any third party financing, or any seller-financing provided by any Wohali-affiliated entity, in connection with the purchase of the Property associated with the Membership, (i) the Primary Member may not receive any portion of the Membership Deposit back for so long as the promissory note associated with such seller-financing is outstanding, and (ii) if the Primary Member defaults under the mortgage on such property associated with said seller-financing, or if such property is foreclosed upon by the lender under any third party financing, then the Membership Deposit will be forfeited to the Company.

Primary Member acknowledges that by signing this Agreement, (i) Primary Member authorizes the third parties named by Primary Member herein to disclose and release information to the Company for investigating Primary Member's qualifications for Membership, including Primary Member's credit history and other personal information, and Primary Member shall execute such additional documents as may be required by such third parties in relation to the foregoing, and (ii) if and when Primary Member is accepted for membership in Championship Golf, information such as Primary Member's name, phone number, address, email address, photographs of Primary Member, and other information related to Primary Member as a Championship Golf member may be used by Championship Golf in materials distributed to Club members including, for example, Membership lists and directories, Championship Golf newsletters, and invitations to Championship Golf events.

All exhibits or schedules, if any, attached to this Agreement are hereby incorporated into and made a part of this Agreement for all purposes. In the event of any conflict between any term, condition or provision of this Agreement and any other Membership Document, this Agreement shall control.

PRIMARY MEMBER ACKNOWLEDGES THAT HE OR SHE IS APPLYING FOR MEMBERSHIP FOR THE SOLE PURPOSE OF OBTAINING SOCIAL BENEFITS AND RECREATIONAL USE OF THE CHAMPIONSHIP GOLF FACILITIES AND NOT AS AN INVESTMENT OR WITH THE EXPECTATION OF MAKING A PROFIT FROM THE OWNERSHIP OR FUTURE TRANSFER OF THE MEMBERSHIP. PRIMARY MEMBER FURTHER ACKNOWLEDGES THE SUBSTANTIAL LIMITATIONS UPON THE TRANSFERABILITY OF THE MEMBERSHIP AND THE OPPORTUNITY TO PROFIT THEREFROM. PRIMARY MEMBER FURTHER ACKNOWLEDGES AND AGREES THAT (I) THERE ARE NO REPRESENTATIONS, WARRANTIES, PROMISES OR ASSURANCES REGARDING THE CURRENT, PAST OR FUTURE VALUE OF THE MEMBERSHIPS; (II) IT HAS RELIED SOLELY AND EXCLUSIVELY ON THE REPRESENTATIONS AND WARRANTIES REGARDING THE MEMBERSHIPS AS SET FORTH IN THIS AGREEMENT AND THE MEMBERSHIP PLAN AND HAS NOT RELIED UPON ANY OTHER REPRESENTATIONS, WARRANTIES, ASSURANCES OR PROMISES MADE BY COMPANY OR ANY OF ITS EMPLOYEES, AGENTS OR REPRESENTATIVES THAT ARE NOT EXPRESSLY CONTAINED HEREIN. ANY AND ALL SUCH OTHER REPRESENTATIONS, ASSURANCES OR PROMISES ARE HEREBY DISCLAIMED AND NEGATED IN FULL.

This Agreement supersedes any and all prior agreements which may have been entered into between the Company and Primary Member.

Signature of Primary Member: _____

Mark Teo (Apr 3, 2025 20:44 EDT)

Date: 04/03/2025 _____

Printed Name of Primary Member: Mark Teo _____

This Agreement is not binding upon the Company unless and until this Agreement is executed

below by Company.

APPROVED AND ACCEPTED:
Wohali Resort, Inc.,
a Utah benefit corporation

By: _____

John kaiser (Apr 3, 2025 20:09 MDT)

John Kaiser
Board Chair

Date 04/03/2025 _____

**EXHIBIT A**

<u>Legal Description of Property</u>

**Parcel Number**    WOH-1-3

**Owners**    ATOT UTAH LLC

**Address**    6031 LE LAC RD
BOCA RATON, FL 33496

**Situs Address**    448 VILLAGE VIEW DR

**Legal**    LOT 3, WOHALI PHASE 1 SUBDIVISION;
ACCORDING TO THE OFFICIAL PLAT THEREOF AND
ON FILE IN THE SUMMIT COUNTY RECORDERS
OFFICE CONT 99,005 SQ FT OR 2.273 AC.

<u>**Exhibit B**</u>

**Membership Plan**

# WOHALI CHAMPIONSHIP GOLF

# MEMBERSHIP PLAN

**Dated: August 1, 2024**

<u>WOHALI CHAMPIONSHIP GOLF MEMBERSHIP PLAN</u>

This Wohali Championship Golf Membership Plan ("**Plan**") describes the memberships at Wohali Championship Golf ("**Championship Golf**") located in Summit County, Utah. This Plan, together with the Wohali Championship Golf Membership Rules and Regulations (the "**Rules and Regulations**") published annually, and the Wohali Championship Golf Membership Application and Agreement (the "**Application**") (collectively, including the Plan, the "**Membership Documents**"), set forth the rights, privileges, and responsibilities associated with membership in Championship Golf.

<u>CHAMPIONSHIP GOLF FACILITIES</u>

**Operation of Championship Golf Facilities**

Wohali Resort, Inc., a Utah corporation (together with its successors and assigns, "**Company**") has been formed to operate the Championship Golf Facilities (as hereinafter defined) located within the master-planned residential and resort community project located in Summit County, Utah known as Wohali ("**Wohali**"), and to provide related services in connection with such Championship Golf Facilities. Any right, power or privilege given to or retained by the Company, or Championship Golf, may be exercised by the Company or the Company's designees, at any time, or from time to time. The operation of the Championship Golf Facilities and all licenses and privileges granted pursuant to this Plan may be subject to financing with liens securing such financing.

**Description of Championship Golf Facilities**

The Championship Golf facilities located in that portion of Wohali operated by the Company will include the "**Championship Golf Facilities**", as more particularly set forth below:

- An 18-hole championship golf course (the "**Championship Golf Course**") which will be within Wohali. The number of active dues paying memberships issued with golf privileges on the Championship Golf Course (the "**Championship Golf Membership**") will not exceed Three Hundred (300) members (each, a "**Championship Golf Member**" and collectively the "**Championship Golf Members**"), except as otherwise hereinafter provided.

- Practice facilities for the Championship Golf Course, and for the exclusive use of Championship Golf Members, will include the "Manor Building", starter cabin, an exclusive driving range with target greens, and an exclusive short game area and/or practice putting green.

- A clubhouse and related amenities or improvements for the Championship Golf Course (collectively, the "**Championship Golf Property**"). The Championship Golf Facilities and Championship Golf Property may likewise include a pool, golf pro shop, golf locker rooms, and dining facility for the exclusive use of Championship Golf Members.

**Championship Golf Services and Programs**

It is the goal of Championship Golf to provide its Members a premier experience in their use and enjoyment of the Championship Golf Facilities, in accordance with this Plan. The Championship

Golf staff anticipates coordinating recreational and educational programs and services for adults and children. The costs for participation in some programs and services will be included in the annual Championship Golf dues, while others may require additional fees. Championship Golf may enter into agreements with third parties who will provide Members an opportunity to experience recreational activities available in the areas of the Championship Golf Facilities.

**Additional Championship Golf Facilities and Withdrawal of Championship Golf Facilities**

In addition to the Championship Golf Facilities described above, the Company may, in its sole discretion, construct, contract for, acquire or otherwise add additional facilities as it determines appropriate from time to time which may become part of the Championship Golf Facilities, only available to Championship Golf Members. If any additional facilities are added to the facilities to which Championship Golf Members have sole access, such facilities shall thereafter become part of the Championship Golf Facilities, as applicable. The Company may also withdraw facilities from the Championship Golf Facilities in the event that such facilities are being underutilized by Championship Golf Members as determined or otherwise elected by the Company.

**Construction of Championship Golf Facilities**

The Championship Golf Facilities are scheduled to be constructed in phases as follows:

- The construction of Phase I of Championship Golf Property commenced in 2021 and will contain the following:

  o The Championship Golf Course and Manor House practice facility are completed; and

  o A portion of the Championship Golf Property, including the building housing, the golf pro shop, pool, locker rooms, and dining facility are anticipated to commence construction in 2024.

In addition to, but not in lieu of the foregoing, the construction of the Championship Golf Facilities, and any phases thereof, is also subject to the risks of unanticipated delays of any kind, and obtaining the necessary final, non-discretionary governmental approvals and permits, if any. These factors may include, among others, delays in zoning, land use and other regulatory approvals, strikes, adverse weather, pandemics, government enforced closures and/or shutdowns, construction disputes, material shortages, delays in transportation of materials and shortages in available labor.

<u>MEMBERSHIP CATEGORIES AND PRIVILEGES</u>

**Categories of Memberships**

Purchasers of property within the residential and resort communities of Wohali so designated by Company (individually, a "**Wohali Designated Community**" and collectively, the "**Wohali Designated Communities**") may, at the time of purchasing a property within a Wohali Designated Community, apply to be considered for Championship Golf Membership. Championship Golf Membership entitles the Championship Golf Member to use of all of the Championship Golf Facilities and services, as described in this Plan. There will be no more than three hundred (300) Championship Golf Memberships available at any one time, each of which entitles the Championship Golf Member to

use of all of the Championship Golf Facilities and services as described in this Plan.

The Company may also issue special categories of membership in addition to the Championship Golf Memberships known as Founding Member Memberships, Ambassador Memberships, Executive Memberships, Provisional Memberships, and Legacy Memberships, as described below.

**Description of Championship Golf Membership Privileges**

Each individual who acquires a Championship Golf Membership will be considered a Championship Golf Member entitled to use the Championship Golf Facilities in accordance with his or her category of membership and the terms and conditions of the Membership Documents.  A person who is issued a Championship Golf Membership in any category of membership in Championship Golf, which may be established from time to time, is herein referred to as a "**Member**".

**Founding Member Memberships**

The Company, in its sole discretion, shall be allowed to grant to certain "**Founding Members**" a membership in the Championship Golf Membership ("**Founding Member Memberships**") entitling such Founding Member to use the Championship Golf Facilities. Founding Members will not count against the limits on the maximum number of Championship Golf Memberships and, in the Company's sole discretion, may not be required to pay dues associated with such Founding Member's use of the Championship Golf Facilities.  Founding Members will not be required to own property within the Wohali Designated Communities.

**Provisional Memberships**

A purchaser of an "Estate Lot" or "Resort Unit" in a Wohali Designated Community who has executed a contract for the purchase of such Estate Lot or Resort Unit and surpassed the due diligence or feasibility period under such purchase contract, but has not yet closed such purchase, can become a provisional member ("**Provisional Member**") by submitting a fully completed Application to Championship Golf and payment of the applicable Membership Deposit (as defined below) and dues. Subject to the limits of the amount of Championship Golf Members (as provided below) and Championship Golf's acceptance of the applicant's Application, a Provisional Member will become a Member upon the closing of the purchase of the Estate Lot or Resort Unit in the Wohali Designated Community.  If a Provisional Member fails to close on the purchase of an Estate Lot or Resort Unit, as applicable, in a Wohali Designated Community on the date specified in the applicable real estate contract, or if the Company elects not to accept the Provisional Member as a Member of Championship Golf, the Company will have the right at any time thereafter to recall such Provisional Membership. If such membership is recalled, the Company will return the Membership Deposit to the person or entity who made the payment to the Company subject to the payment of the then current reissuance fee charged by the Company.  Any dues paid will be prorated from the date the provisional membership became effective to the date the membership is recalled and any refund due will be paid by Championship Golf.

**Ambassador Memberships**

The Company may issue honorary memberships ("**Ambassador Memberships**") at any given time to persons selected by the Company ("**Ambassador Members**"), in the Company's sole discretion, on such terms and conditions that the Company elects.  Ambassador Memberships shall not count against any limits on the number of Championship Golf Memberships and will be  non-transferable or able to

be resold.

Ambassador Members will not be obligated to pay the Membership Deposit or annual dues and shall have the same privileges to use the Championship Golf Facilities as other Members, subject to the restrictions set forth in this Plan and the Membership Documents. In the event of the resignation by an Ambassador Member, the recall by Company of an Ambassador Membership, or the death of an Ambassador Member, the Company may reissue such Ambassador Membership.

Ambassador Members may enjoy complimentary guest fees for one (1) tee time per day, subject to availability. Any additional tee times or access must be expressly authorized by Company. Ambassador Membership privileges are extended to the Ambassador Member, their spouse, and dependents aged 26 or younger per Championship Golf Membership guidelines. Ambassador Members will be billed for consumables on their monthly member statement according to their usage (merchandise, food, beverage, services rendered, etc.). Ambassador Members are eligible to participate in the Championship Golf Member event calendar and are subject to the associated event entry fees. Company reserves the right to annually review the parameters of Ambassador Memberships and make retroactive changes to such membership in its sole and absolute discretion. Ambassador Membership privileges may be suspended if such membership is not in compliance with the Membership Documents and not otherwise in good standing.

## Executive Memberships

The Company may issue executive memberships ("**Executive Memberships**") at any given time to management level persons of the Company as designated by the Company. Executive Memberships will not count against any limits on the number of the Championship Golf Memberships, will be non-transferable, and will be subject to certain use restrictions as determined by Championship Golf.  The Executive Members subject to such use restrictions will pay reduced dues commensurate with their restricted privileges, as determined by the Company in the Company's sole discretion. In the event of the resignation by an Executive Member of their Executive Membership, the recall by the Company of an Executive Membership, or the death of an Executive Member, the Company may reissue such Executive Membership.

## Legacy Memberships

Any Championship Golf Member (other than those holding Ambassador Memberships, Executive Memberships, or Provisional Memberships) shall have the right, in accordance with the requirements set forth herein, to obtain for such Championship Golf Member's children who are over the age of twenty-six (26) (each, a "**Legacy Membership**"); provided, however, that such Championship Golf Member cannot obtain more than two (2) Legacy Memberships for each Championship Golf Membership held. The Company may only issue up to twenty (20) Legacy Memberships; provided, however, the Company retains and reserves the right to increase the number of Legacy Memberships, in its sole and absolute discretion. To obtain a Legacy Membership, a Championship Golf Member must submit a fully completed Application to Championship Golf and pay the applicable membership dues.  Legacy Memberships shall pay dues as any other Championship Golf Member would pay to Championship Golf.   Subject to Championship Golf's acceptance of the Legacy Membership Application, the named child of such Championship Golf Member shall become a "**Legacy Member**" and shall thereafter have full access and rights to the Championship Golf Facilities, as the same may be limited by Championship Golf or the Company from time to time. Legacy Members are entitled to use the Championship Golf Facilities, subject to the then current Rules and Regulations.  Initially, but subject to change in the Company's sole discretion, Legacy Memberships will not count against any

limits on the number of Championship Golf Memberships. Any Championship Golf Member applying for a Legacy Membership will acknowledge and agree to guarantee to Championship Golf the payment in full of all costs, fees and charges associated with such Legacy Membership and the Legacy Member's use of the Championship Golf Facilities.

Legacy Memberships shall be non-transferable and coterminous with the affiliated Championship Golf Membership. Upon the resignation or termination of the Legacy Membership, such Legacy Membership will be re-issued to the next eligible applicant approved by Championship Golf.

**Limited Number of Championship Golf Memberships**

Subject to the provisions of this Plan, prior to a Turnover Event as described in this Plan, the total number of active dues paying Championship Golf Members, entitled to the use of any particular Championship Golf Facilities, included within the Championship Golf Facilities, will not exceed Three Hundred (300) unless Championship Golf determines that an increase in such number will not materially impact the Championship Golf Members access or use of such Championship Golf Facilities; provided, however, the total number of active dues paying Members with Championship Golf Memberships (exclusive of Founding Member Memberships, Ambassador Memberships, Executive Memberships, and Legacy Memberships) shall not exceed Three Hundred (300) subject to the provisions concerning increases in the number of active Championship Golf Members with Championship Golf Course privileges in lieu of use by Resort Guests (as defined in the section entitled "Resort Guests" below), as set forth herein below.

The Company anticipates allowing guests of the lodging facilities located within Wohali to have access to the Championship Golf Facilities. Resort Guests may have access to the Championship Golf Course in accordance with the Rules and Regulations established by the Company from time to time. The Company is reserving ten percent (10%) of the annual tee times on the Championship Golf Course on a permanent basis for Resort Guests subject to the following rights of the Company:

> Should the Company elect not to utilize any five percent (5%) increment of the ten percent (10%) of annual pre-reserved tee times permanently reserved for use of the Championship Golf Course by Resort Guests, as described under the section in this Plan entitled "Resort Guests" below, the Company may elect to increase the number of active dues paying Members with Championship Golf Memberships above Three Hundred (300) by an additional twenty-five (25) memberships in exchange for each five percent (5%) of the ten percent (10%) of the annual tee times on the Championship Golf Course permanently reserved for Resort Guests which are removed by the Company from the pool of tee times available to Resort Guests, whether on a permanent or temporary basis. Should the Company desire to restore to the pool of tee times available to Resort Guests any five percent (5%) increment previously removed from the pool of Resort Guest tee times in exchange for additional memberships, it may do so when the then number of active dues paying Championship Golf Memberships is equal to or less than the maximum number of active dues paying Championship Golf Memberships, which would then be permitted if such five percent (5%) increment were, once again, included in the total percentage of annual tee times reserved for Resort Guests' use. The rights of the Company to remove and restore increments of the permanent Resort Guests tee times is not restricted in time nor in the number of times either of such rights may be exercised.

The Company retains and reserves the right to provide additional Championship Golf Facilities from time to time and to thus increase the number of Championship Golf Memberships as a result of increasing such facilities. The Company retains the right to reissue any membership in Championship

Golf which has been recalled, in which the member has resigned, or Championship Golf Membership has become inactive.

**Right to Establish, Modify, Suspend or Discontinue Membership Categories**

Prior to a Turnover Event, the Company has the sole right, power, and authority to establish, modify and discontinue further issuance of any and all Championship Golf membership categories from time to time as the Company may determine, in the Company's sole discretion. The Company may, at any time, and from time to time, in the Company's sole discretion, prescribe or modify membership fees, Membership Deposits, reissuance fees, dues, privileges and restrictions applicable to each membership category subject only to: (i) the limits on the number of memberships as set forth in this Plan; and (ii) the obligation to repay the Membership Deposits in accordance with the Membership Documents.

## FAMILY AND GUEST PRIVILEGES

**Use of Championship Golf Facilities by Family**

The Family (as defined herein) of a Member will be entitled to use the Championship Golf Facilities associated with such Member's membership in the Championship Golf, subject to the then current Rules and Regulations. The "**Family**" shall mean and be limited to the parents, children, and grandchildren of such Member, the spouses of such Member's children and grandchildren, and the Member's spouse and spouse's parents; provided, however, that in no event shall a Member be permitted more than twenty-five (25) different members of a Family to utilize the Championship Golf Facilities for the duration of such Membership; *provided, further*, that that a Championship Golf Member's child, who is otherwise eligible to apply for Legacy Membership and has not done so, must be accompanied by the Championship Golf Member in order to utilize the Championship Golf Course and the rights of the family of a Championship Golf Member may be further subject to other limitations set forth in the Rules and Regulations. The Company, in its sole discretion, may modify or terminate this privilege and establish such rules with respect thereto. Family are restricted from making entry into "major" Championship Golf events unless participating as the partner/guest of the Member.

**Privileges for Individual Living with Member**

Notwithstanding the foregoing, an unmarried Member living together with another individual in the same household as a family unit may designate one (1) other individual to use the Championship Golf Facilities associated with such Member's membership in Championship Golf, as family of a Member, and is subject to the same requirements set forth above. Championship Golf reserves the right to establish rules relating to the designation of such individual as it deems appropriate.

## OTHER USE PRIVILEGES

**Championship Golf Guest Privileges**

Members may invite guests to use the Championship Golf Facilities associated with such Member's membership in Championship Golf, and such guest use may be subject to payment of the guest charges, as applicable.

Guest use shall be in compliance with the Rules and Regulations of Championship Golf, published

periodically which may include, without limitation, restrictions on the number of times a particular guest may use all or a portion of the Championship Golf Facilities during each membership year, the total number of guests a Champion Golf Member can sponsor during any membership year or portion thereof, and a requirement that guests of a Member be accompanied by said Member when using the applicable Championship Golf Facilities, and to limit guest privileges when Championship Golf determines it is in the best interests of Championship Golf. Members will be responsible for the payment of charges incurred but not paid by his or her guests, including any applicable guest fees established by Championship Golf from time to time. Members will also be responsible for the deportment of their guests.

**Championship Golf Reciprocity**

The Company reserves the right to enter into reciprocal use agreements providing for the use of other facilities. Such agreements may be entered into with entities that have facilities and service levels that are comparable to those of Championship Golf, as determined by the Company. The agreements will provide that Championship Golf members will have limited use rights to the facilities and services of other facilities in exchange for those facilities' designees limited use right to certain facilities of Championship Golf. Any use of the Championship Golf Facilities by reciprocal users will not count toward any limits on the number of dues paying Championship Golf Memberships.

**Right to Promotional and Other Use of Championship Golf Facilities**

The Company and its designees reserve the right to hold promotional and/or special events at the Championship Golf Facilities from time to time, and to promote Championship Golf in advertisements and promotional materials by referencing Championship Golf and the availability of memberships. The Company also reserves the right to hold charitable events and functions at Championship Golf, including the use of the Championship Golf Facilities, which use may be exclusive, from time to time. The persons designated by the Company may include, without limitation, persons who are employees or affiliates of the Company, persons who are involved in special events held at the Championship Golf, persons involved in tournaments and other events sanctioned by either a Professional Golfers Association of America ("**PGA**"), United States Golf Association ("**USGA**") or Utah Golf Association ("**UGA**") or any affiliate of the foregoing and persons who are prospective purchasers of Championship Golf Memberships and Estate Lots or Resort Units in Wohali Designated Communities.

**Resort Guests**

The Company retains and reserves the right to allow Resort Guests to play golf on the Championship Golf Course and to use all facilities used or constructed in connection therewith. For the purposes of play on the Championship Golf Course, "**Resort Guests**" are defined as: (a) guests staying in one or more Wohali Designated Communities lodging facilities, as determined by Company, in Company's sole discretion, and (b) the designees of the owners, operators or managers of such lodging facilities (collectively, the "**Resort Parties**"). The terms and conditions of the golf facility access agreements (the "**Access Agreements**") between the Company and the Resort Parties shall include restrictions in the use of Championship Golf Facilities by Resort Guests as determined by Company, including the following:

- Subject to the rights of the Company to reduce and restore Resort Guest reserved tee times, the tee times pre-reserved for Resort Guest access to the Championship Golf Course will be limited as determined by the then number of active memberships with

golf privileges as follows:

| # of Active Memberships with Championship Golf Course Privileges | Percent of Annual Pre-Reserved Tee-Times for Resort Guests – Championship Golf Course |
|---|---|
| 0 to 100 | 50% |
| 100 to 150 | 45% |
| 150 to 200 | 40% |
| 200 to 250 | 35% |
| 250 to 300 | 25% |

- A limited number of "Shotgun Starts" will be allowed for groups of Resort Guests. On shotgun start days, Champion Golf Members' play on the Champion Golf Course may also be by Shotgun Start.

- Resort Guests will have full access to all Champion Golf Property, except those facilities designated by the Company from time to time as private, back-of-house, or "members only" areas or facilities, if any.

- A golf academy and/or practice facilities may be located at the Championship Golf Course. Champion Golf Members and Resort Guests will have access to such golf academy and/or practice facilities as and when the Company designates.

The terms, conditions and provisions of this Plan related to Resort Guest use and the Access Agreements regarding the right to use of and access to the Championship Golf Course by Resort Guests will be a covenant running with the land and shall survive a Turnover Event and any other transfer, sale or lease of the Championship Golf Facilities.

OFFERING OF MEMBERSHIPS

**Membership by Invitation**

The Company may invite to such other persons as the Company determines from time to time to apply for membership in Championship Golf, but the Company shall have the right to accept or reject such Application in its discretion and in accordance with this Plan. All memberships in Championship Golf will be issued in the name of one individual with Championship Golf privileges extended to the Member's family in compliance with this Plan and the then current Rules and Regulations of Championship Golf.

**Application for Membership**

To apply for membership, an applicant must complete and sign the then current form of the Application as provided by the Company. The applicant must then mail or deliver the completed and signed Application along with the amount of applicable Membership Deposit(s) required to Championship Golf office.

**Review of Application for Membership**

The Company has the right, but not the obligation, to approve all applicants applying for membership prior to their becoming admitted as members of Championship Golf. After receiving the Application, the Company will determine if the applicant has satisfied the relevant conditions of membership. The Company will consider all Applications without regard to race, religion, gender, age, national origin, marital status or physical disability. If the applicant has satisfied the conditions for membership, as determined solely by the Company, the applicant will be notified in writing that the Application has been acted upon favorably. In the event the Application has not been acted upon favorably, the applicant, or the entity who paid the Membership Deposit for Applicant, will receive a refund of any Membership Deposit amounts previously paid without interest.

**Purchasers of an Estate Lot or Resort Unit**

Purchasers of an Estate Lot or Resort Unit in a Wohali Designated Community will have a period of time, as determined by the Company, to apply for a Championship Golf Membership. The Company makes no guarantee or representation that a Championship Golf Membership will subsequently be available to any purchaser of an Estate Lot or Resort Unit who does not apply within the prescribed time period or that the Membership Deposit required will not have increased should he or she choose to apply at a later date. The number of Championship Golf Memberships is limited and, if available, will generally be issued on a first-come, first-served basis. There is no representation or warranty by the Company to any purchaser of an Estate Lot or Resort Unit in a Wohali Designated Community, that Championship Golf Memberships will continue in the future to be offered or available. In the event of the sale of an Estate Lot or Resort Unit in a Wohali Designated Community in which the seller thereof is a Championship Golf Member in good standing, the new purchaser of such property shall have the right to apply for such seller's Championship Golf Membership, subject to the payment by such purchaser of the then current amount of the Membership Deposit for such category.

**Purchasers of Multiple Estate Lots or Resort Units**

If a person purchases two or more Estate Lots or Resort Units in a Wohali Designated Community, such person may apply for a Championship Golf membership for each Estate Lot or Resort Unit provided that the full Membership Deposit and annual dues are paid for each property. If the purchaser of multiple Estate Lots or Resort Units designates a separate individual on the deed to the additional Estate Lot or Resort Unit at the time of purchase, the designated individual may apply for a Championship Golf Membership. If a person purchases two or more contiguous Estate Lots or Resort Units, as applicable, and combines them, but constructs only one Estate Lot or Resort Unit, such person may apply for only one Championship Golf Membership. If title to two or more Estate Lots or Resort Units in a Wohali Designated Community are held in the name of a legal entity, such as a corporation, partnership, or trust, each membership acquired with respect to such Estate Lots or Resort Units must be activated and maintained in the name of a designated member, as provided elsewhere in this Plan.

**Multiple Owners of Property; Membership Held in the Name of a Legal Entity**

In the event two or more persons, other than spouses or significant dependents, own an Estate Lot or Resort Unit in a Wohali Designated Community, only one owner is eligible to apply for Championship Golf Membership. However, until the Championship Golf Memberships of the Championship Golf have reached full capacity in accordance with the applicable limits, the Company may, in its discretion, allow one or more of the other owners to apply for and become a Championship Golf Member; provided, however, that there may be a condition imposed that the additional memberships could be recalled when the Championship Golf Memberships are at full

capacity, in accordance with the applicable limits on a last-in first-out basis.

A Membership may be held in the name of a corporation, partnership, limited liability company, trust, or other form of multiple ownership. Notwithstanding the foregoing, such entity must designate an individual person, who is one of its bona fide directors, officers, partners, shareholders, managers, or members, as the Member who will have the right and benefit to use the Membership, unless otherwise approved by Company (which additional Memberships may be recalled by Company from time to time in its sole and absolute discretion). The designated individual of such legal entity may not be changed, except upon death, divorce of such designated individual, and subject to approval by the Company. In the event of any such re-designation, a new Membership Term (as defined below) will commence, and the re-designated individual must submit an Application and be approved by the Company. Except as otherwise set forth herein, no person other than the designated individual, and his or her family (as described elsewhere in this Plan), will be permitted to use the Championship Golf Facilities through such Membership.

**Reserved Memberships**

All of the unissued Championship Golf Memberships in Championship Golf will be reserved by the Company in its sole discretion. Subject to the terms of this Plan, the Company may not be compelled to issue a reserved membership. Championship Golf may issue a reserved membership to any person whom the Company, in its sole discretion, determines from time to time.

**Membership Waiting Lists**

If memberships in any category are not available, the Company may establish, at Company's sole discretion, a waiting list for memberships of those eligible persons who have notified the Company in writing of their desire to apply for such membership.

MEMBERSHIP DEPOSIT

**Membership Deposit Required for Memberships**

Each applicant approved for membership in Championship Golf will be required to pay (or to have paid by others) to the Company a membership deposit (the "**Membership Deposit**") in United States dollars, plus all applicable taxes thereon, at the time the Application is submitted to the Company, in the amount set forth in the Application. The amount of the required Membership Deposit will be determined by the Company, from time to time, in its sole discretion, and may vary by the type of Championship Golf membership sought, and the full amount of the applicable Membership Deposit shall be paid at the time of the submission by the prospective member of their Application for Championship Golf membership. The Membership Deposit may be paid by another party on behalf of the prospective member. Upon approval by the Company of an applicant for Championship Golf membership and upon the prompt payment of the required dues, the membership will be activated. If the prospective member who is approved for membership does not activate the membership within the time period designated by Championship Golf, the Membership Deposit will be forfeited to the Company.

**Membership Term**

The term of membership in Championship Golf for members who pay a Membership Deposit shall

be thirty (30) years from the date that the membership in question is issued (the "**Membership Term**"), subject to renewal as set forth in the "Membership Deposit Refund at 30 Years and Membership Renewal Option" paragraph below.

**Membership Reissuance Fee**

The Company, at its election, may be entitled to collect a fee (the "**Reissuance Fee**") in connection with the reissuance of any Championship Golf membership resigned by a Member. The amount of the Reissuance Fee will be determined by the Company from time to time. The Reissuance Fee will be deducted by the Company from the Membership Deposit refund due the resigning Member if not separately paid. Effective April 1, 2022, all Memberships issued or re-issued for any reason shall be subject to a twenty percent (20%) Reissuance Fee, which shall be assessable against the amount of any Membership Deposit paid for such Membership. Championship Golf and Company retains the right to adjust the Reissuance Fee by amendment to this Plan and/or the Schedule of Fees, Dues, and Charges.

**Refund of Membership Deposit**

Except for terminations of Championship Golf memberships by Company for failure to comply with the Membership Documents or for Early Members (as defined and set forth below), the Membership Deposit originally paid by a Member or any portion of such not previously refunded will be refunded, without interest, upon the occurrence of any one of the following events and in the following manner:

(a) Upon a Member's resignation prior to the Membership Term, Company shall refund such Member's Membership Deposit (subject to the Reissuance Fee) within sixty (60) days after such Member's resigned Membership has been reissued by the Company;

(b) Upon the expiration of the Membership Term, Company shall refund such Member's Membership Deposit (not subject to the Reissuance Fee) within thirty (30) days after the expiration thereof, unless such Membership is renewed as set forth in the paragraph below;

(c) Upon receipt of a Member's death certificate and request for refund of the Membership Deposit by the Member's spouse or executor of the Member's estate, Company shall refund such Member's Membership Deposit (subject to the Reissuance Fee) within one hundred eighty (180) days of receipt by the Company of such request; or

(d) Upon a termination or recall of a Membership by the Company, Company shall refund such Member's Membership Deposit (not subject to the Reissuance Fee) within thirty (30) days of such termination or recall.

**Membership Deposit Refund at 30 Years and Membership Renewal Option**

As set forth above, each Championship Golf Membership shall be for the Membership Term. Except as otherwise set forth in this Plan, a Membership Deposit paid by any member shall be refunded, without interest, within thirty (30) days from the expiration of the Membership Term, in the event that such Membership has not been resigned and/or reissued by such expiration date. Upon refund of the Membership Deposit, all membership privileges for such Championship Golf Member shall cease.

Notwithstanding the foregoing, if a member is in good standing at the end of the Membership

Term, such member shall have the right to renew his or her Championship Golf Membership, upon the same terms and conditions, for an additional Membership Term, by paying a new Membership Deposit to the Company in the amount equal to such member's original Membership Deposit. Each such new Membership Deposit shall be refunded, without interest, as set forth herein above, subject to the "Refund of Membership Deposit" paragraph immediately above.

**Participation in Appreciation of Golf Membership**

The Company, in its sole and absolute discretion, reserves the right to offer, as a part of its sales and marketing strategy, to early applicants of Championship Golf who are approved for Championship Golf Membership (each, an "**Early Member**") the right to participate in the increased value, if any, of the Membership Deposit of such Championship Golf Membership. If, and only if, Company makes such offer to Early Members, then such Early Member shall be entitled to the market share, as determined and set by Company from time to time in its sole and absolute discretion, of the increased value, if any, of such Championship Golf Membership, as measured from the time such Early Member purchases its membership to the time such Championship Golf Membership is resigned or otherwise terminated, using generally accepted accounting principles, less the Reissuance Fee.

**Tax Consequences of Membership in Championship Golf**

Championship Golf, the Company, their affiliates and all their legal representatives, agents and employees, make no representations and express no opinions of any type or nature regarding the federal, state or local tax consequences of a membership or with respect to any Membership Deposits, dues, fees or charges paid to the Company. All persons who become Members are subject to all applicable taxes and similar charges and tax laws, as the same may be amended from time to time. Accordingly, Members and prospective members should consult with their own tax advisors with respect to the federal, state and local tax consequences of a Championship Golf membership and with respect to Membership Deposits, dues, fees or charges paid to the Company and any other matters or items related thereto.

<u>DUES, FEES AND CHARGES</u>

**Dues, Fees and Charges**

Championship Golf will determine the amount of dues, fees and charges to be payable by Members each year, which will vary depending on the type of Championship Golf membership sought and/or approved for such Member. Dues shall be paid annually in advance, or on such other intervals as determined by Championship Golf from time to time. The amount of dues, fees and other charges is subject to change from time to time by Championship Golf.

**Dues Increase Limit**

Commencing on the date that all of the Championship Golf Facilities listed in this Plan have been completed and are ready for use by Members of Championship Golf, annual increases in dues for Championship Golf Memberships will be limited to the greater of the following: (i) fifteen percent (15%) per each year of the then current annual dues calculated by compounding, or (ii) the annual percentage increase reflected in the most recently published Consumer Price Index (as hereinafter defined) applied against the prior year's dues amount; provided, however, dues may be increased

in any year by a greater amount as determined by a qualified independent third-party chosen by the Company in the event that the Company determines that the increase which would result from the application of the provisions of (i) or (ii) above would be inadequate to meet the expenses and objectives of Championship Golf. The qualified independent third-party will make such determination based on the projected total Championship Golf operating costs, depreciation, reserves and the payment of a management fee to the Company equal to an amount within the range of management fees then being paid for the quality management of equivalent properties with equivalent facilities, membership and operations. For purposes hereof, the "**Consumer Price Index**" shall mean the Consumer Price Index for Urban Wage Earners and Clerical Works, United States city average, all items 1982-84 = 100), or any successor thereto as promulgated by the Bureau of Labor Statistics of the United States Department of Labor. In the event that such Consumer Price Index (or such successor index) is not available, a reliable governmental or other non-partisan publication evaluating information used in determining the Consumer Price Index shall be used.

**Payment of Dues by Resigning Member**

A resigning Member is obligated to pay the dues, fees and charges associated with the resigned membership and may continue to have Championship Golf privileges until the reissuance of the resigned membership by the Company or the expiration of twelve (12) months following the effective date of the resigning Member's resignation, whichever occurs first, subject to the provisions of this Plan regarding waiting lists. At the sole discretion of Championship Golf, if the resigning Member's membership has not been reissued at the expiration of twelve (12) months following the effective date of resignation, and the resigning Member wishes to continue to have Championship Golf privileges, Championship Golf has the option to allow the resigning Member to continue to have Championship Golf privileges until such time as the resigning Member's membership has been reissued, so long as the resigning Member timely pays all dues, fees and charges incurred at Championship Golf and faithfully observes the obligations of the Member under the Membership Documents or until the Company or Championship Golf discontinues Championship Golf privileges for such membership.

OPERATING AND CAPITAL ASSESSMENTS

**No Assessments against Members**

With the exception of Membership Deposits, dues, fees, taxes, service charges and other charges as Championship Golf may establish from time to time, until such time, if ever, of conversion of Championship Golf ownership to an equity, member-owned club (an "**Equity Conversion**"), Members will not be subject to capital or operating assessments related to the costs and expenses of constructing or operating the Championship Golf Facilities. Championship Golf's operating budget may include a reserve for maintenance, repairs and replacements and this shall not be considered an assessment. The Company can, at any time, make improvements to the Championship Golf Facilities at Company's expense. Except as otherwise set forth in this Plan, and prior to the occurrence of an Equity Conversion, if any, the Company will be responsible for all deficits and will be entitled to retain any profits from the operation of the Championship Golf Facilities.

**Membership Year**

Championship Golf's membership year will constitute the twelve (12) month period commencing January 1 and ending December 31, unless otherwise established by the Company.

**Operating and Capital Assessments after Equity Conversion**

If an Equity Conversion occurs, the Company shall have no future obligation for operating expenses, capital improvements or repairs or any other costs or expenses incurred or arising after the date of the transfer of the ownership of the Championship Golf Facilities (the "**Turnover Date**") from the Company to an ownership group composed of Members of the club (the "**Equity Club**").  After the Turnover Date, the Equity Club will be liable and responsible for all capital expenditures and all costs incurred in the operation of the Championship Golf Facilities and  shall determine the need for dues increases, establishment of reserves or sinking funds, borrowing or assessments of Members.

TERMINATION OF MEMBERSHIP

## Memberships Non-Transferable

Except as otherwise set forth in this Plan, all memberships in Championship Golf are non-transferable.

## Resignation of Membership in Championship Golf by Sale of Property

A membership in Championship Golf may, at Company's option, be deemed automatically resigned upon the closing of the sale by the Member of that Member's Estate Lot or Resort Unit in the Wohali Designated Community for which the membership in Championship Golf is held.  In the event that the Company exercises the option to have a membership deemed automatically resigned, such resigned membership will be reissued to the purchaser of the resigned member's Estate Lot or Resort Unit in the applicable Wohali Designated Community in accordance with the terms and conditions of the Membership Documents upon closing of the sale and proper and timely Application for Championship Golf membership by such purchaser and Championship Golf's approval of such Application.  The purchaser of the Estate Lot or Resort Unit shall only be entitled to the membership type and use rights that the original owner and Member has in place at the time of sale.  If the subsequent purchaser of the Member's Estate Lot or Resort Unit in a Wohali Designated Community is not accepted for membership following submittal of an Application, the selling Member's membership, may, at Company's option, be deemed to have been voluntarily resigned and will be placed on a resigned Members wait list (the "**Resigned Members' Wait List**").  Notwithstanding the foregoing, the Member who conveyed its Estate Lot or Resort Unit in the Wohali Designated Community for which the membership in Championship Golf is held shall continue to be responsible for all dues, fees, taxes, service charges and other charges as Championship Golf may establish from time to time, unless and until such Member's membership is reissued to the subsequent purchaser of the resigned member's Estate Lot or Resort Unit or to another purchaser through the Resigned Members' Wait List.

## Resignation of Membership in Championship Golf at Election of Member

A Member may request to voluntarily resign his or her membership by giving the appropriate written notice to the Company addressed to Championship Golf.  Such request for resignation will become effective on the thirtieth (30th) day following the day on which the Company receives the written request of resignation and can only be resigned at the discretion of the Company; provided, however, that such Member shall continue to be responsible for all dues, fees, taxes, service charges and other charges as Championship Golf may establish from time to time, unless and until such Member's membership is reissued to another, as set forth below. In addition, a Member will be deemed to have elected to voluntarily resign membership in Championship Golf by failing to timely pay the Equity Membership Contribution upon conversion of Championship Golf to the Equity Club. If a Member resigns from Championship Golf and the membership is not reissued to

a purchaser of the Member's Estate Lot or Resort Unit in a Wohali Designated Community, or otherwise sold to a new Member of Championship Golf at fair market value, the Member's resigned membership will be placed on the Resigned Members' Wait List for the appropriate membership category to be reissued by the Company on a first-resigned, first-reissued basis as follows:

(a) So long as the Company holds available for issuance a membership or memberships in Championship Golf in a category of membership, the Company will reissue one (1) resigned membership from the corresponding waiting list for that category of membership after issuance of three (3) memberships held by the Company available for issuance in that category of membership in Championship Golf.

(b) In the event the Company does not hold a membership available for issuance in a category of membership in Championship Golf, the Company will reissue a resigned membership from the corresponding waiting list for each new membership issued in that category of membership in Championship Golf until such time as the Company again holds a membership or memberships available for issuance in that category of membership in Championship Golf.

(c) Upon reissuance of a resigned membership by the Company, the new member will pay the Membership Deposit in effect at the time the resigned membership is issued to a new Member by the Company.

In the event that the resigning Member's name is on the Resigned Members' Wait List and such Member desires to have their name removed from the Resigned Members' Wait List such membership will be removed from the waiting list only in the sole discretion of the Company who may also require that such resigning Member pay to the Company a reinstatement fee (the "**Reinstatement Fee**") in such amount as Company may, from time to time, determine as a condition to such removal from the Resigned Members' Wait List.

**Prorated Dues and Fees upon Reissuance of Membership**

If a membership is reissued during a membership year, the resigned Member shall be entitled to a refund of a pro rata portion of any dues and other fees paid in advance and for which services have not been rendered or product supplied based on a 360-day calendar year.

**In the Event of Member's Death**

Upon the death of a Member, the Championship Golf membership of such Member will be transferred to the Member's surviving legal spouse, or, if there is no surviving legal spouse or such legal spouse does not desire to continue such Championship Golf Membership, the Member's adult child, adult grandchild (a "**Significant Person**"), if any, without any additional Membership Deposit required.  If the surviving legal spouse or Significant Person does not wish to continue membership privileges, then he or she may resign from Championship Golf, subject to the payment of the then current amount of the Reissuance Fee, upon submitting a copy of the death certificate of the former Member to Championship Golf within one hundred eighty (180) days following the Member's death.  If there is no surviving spouse, or Significant Person, the membership shall be deemed automatically resigned. Beyond the prescribed one hundred eighty (180) day notification period, the legal spouse will be designated as the Member and will be subject to the membership resignation policies of Championship Golf.

**Termination of Membership at Company's Election**

In the event of a termination of any Championship Golf membership at the Company's sole election and not as a result of the sale of the Member's Estate Lot or Resort Unit in a Wohali Designated Community, death of the Member, divorce or separation of the Member or by resignation, or as a result of the violation of this Plan, the Rules and Regulations, or any policies of Championship Golf, the Company shall repurchase the terminated Member's membership by refund to the terminated Member of the original amount of the Membership Deposit paid by such former Member, without interest, within thirty (30) days of the date of such termination but less any amount previously paid to the Member as refund of the Membership Deposit and less any other offset amounts provided for in Membership Documents. In the event of the termination of any Championship Golf membership as a result of the violation of this Plan, any Rules and Regulations or any policies of Championship Golf, as determined by Championship Golf, the Company shall repurchase the terminated Member's membership by refund to the terminated Member of the amount specified in their Application of the original amount of the Membership Deposit paid by such former Member, without interest, within thirty (30) days of the date of such termination but less any amount previously paid to the Member as refund of the Membership Deposit and less any amounts then due and owing by Member to Championship Golf for dues, fees and/or charges including in connection with any foreclosure of Championship Golf Lien (as defined in the Application). Championship Golf shall have the right to foreclose any Championship Golf Lien in accordance with the Membership Documents and applicable law.

**Legal Separation or Divorce**

In the event of the divorce or separation of spouses having membership privileges, the membership, including all of its rights and benefits, will vest in the spouse who is awarded the property which is situated in a Wohali Designated Community by an agreement of separation or a decree of divorce. If the Member is a Member who holds a Championship Golf Membership and does not own property in a Wohali Designated Community, the owner of the membership is the Member who applied for and obtained admission for such Golf Membership and such membership cannot be transferred without the approval of the Company. Until the award of the membership and written notice thereof is provided to the Company, both spouses will be jointly and severally liable for all dues and charges and may both continue to enjoy membership privileges so long as such amounts are timely paid. The Company reserves the right, in its sole discretion, not to transfer the membership to either spouse if the Company, in its sole discretion, is unable to determine the person who is lawfully entitled to receive the membership. In the case of divorce, if the Company has been unable to determine which spouse is legally entitled to the membership within six (6) months after the date of the divorce decree, the membership shall automatically be deemed resigned and will be placed on the resigned membership waiting list to be reissued.

<u>ACKNOWLEDGEMENT BY PROSPECTIVE MEMBERS</u>
<u>OF MEMBERS LIMITED RIGHTS</u>

**Member's Acknowledgement**

Membership issuance by the Company provides the Member with a non-exclusive revocable limited license to use of Championship Golf Facilities in accordance with the Membership Documents as they may be amended or modified, from time to time, by the Company. A membership in Championship Golf is not an investment in Championship Golf, the Company, or the Championship Golf Facilities and does not give a Member a vested or prescriptive right or easement to use the Championship Golf Facilities. A membership in Championship Golf does not provide or grant a Member, or anyone who

has access to the Championship Golf Facilities, through and in accordance with such Member's membership, any equity or ownership interest or any other property interest in Championship Golf, the Company, or any of the Championship Golf Facilities. The Company reserves the right to (i) reserve memberships, to submit for a vote by the Members the conversion of the ownership of Championship Golf into an Equity Club without any obligation by Company to have such a vote, (ii) subject to the limits on the number of memberships set forth in this Plan, to make changes in the terms and conditions of membership or in the Championship Golf Facilities available for use by Members, and (iii) sell, lease or otherwise dispose of the Championship Golf Facilities.  In the event of a sale of the Championship Golf Facilities, save and except for an Equity Conversion the terms of which will be governed by a turnover agreement to be drafted by Company (the "**Turnover Agreement**") the buyer of the Championship Golf Facilities will take title subject to: (a) the terms and provisions of the then existing Membership Documents and (b) the obligation to repay Membership Deposits. If the Championship Golf Facilities are sold, the Members will look solely to the new owner of the Championship Golf Facilities for repayment of the applicable Membership Deposits and the seller of the Championship Golf Facilities will be automatically released from all liability for the repayment of the Membership Deposits. In addition, if the Championship Golf Facilities are sold, the Members will look solely to the new owner with respect to the management, operation and maintenance of the Championship Golf Facilities, and the performance of all obligations of Championship Golf or the Company under any Membership Documents.

**Membership May Not be Pledged or Transferred**

A Member may not directly or indirectly, voluntarily or involuntarily, pledge, assign, encumber, hypothecate or otherwise transfer a membership by sale, gift or otherwise except specifically hereinafter provided to the Company and any attempted action in contravention of this restriction will be invalid, null and void and of no force or effect.  A membership may be pledged to the extent the lien or security interest is incurred through a third-party lender as a result of obtaining the membership privileges in connection with the purchase of an Estate Lot or Resort Unit in a Wohali Designated Community.  In the event of a Membership Deposit for a membership is included as part of the purchase price for an Estate Lot or Resort Unit in a Wohali Designated Community and the purchase price is financed by a third-party lender, Championship Golf: (i) will agree in writing, if required, to notify the lender if the membership is terminated and (ii) will agree in writing, if required, that the Membership Deposit will not be refunded to the Member without the prior approval of the lender holding the lien or security interest.

**Rights of Members Governed Only by Membership Documents**

If approved for membership in Championship Golf, each Member and his or her immediate family, and their guests agree to be bound by the terms and conditions of the Membership Documents, as they may be amended from time to time by the Company.

CHAMPIONSHIP GOLF OPERATIONS

**Management and Operation of Championship Golf**

The Company (or a parent or affiliated company of the Company) will manage and operate (or cause to be managed or operated) Championship Golf Facilities and as a result, the Company is responsible for the governance and administration of the Championship Golf Facilities and will control the management and affairs of the Championship Golf Facilities and Championship Golf. The Company also reserves the right to: (i) engage one or more management companies or other

companies, entities or persons, to manage and operate Championship Golf Facilities, and (ii) to lease all or any portions of Championship Golf Facilities to such companies, entities or persons, if at any time, or from time to time, Company elects to do so at Company's sole discretion so long as the rights of the Members set forth in this Plan with respect to use of and access to the Championship Golf Facilities is not unreasonably impaired or modified.

**Championship Golf Governance**

Prior to the date, if ever, that conversion of Championship Golf to an Equity Club occurs, Championship Golf will be governed solely by the Company in Company's sole discretion. If Championship Golf is converted to an Equity Club, it is anticipated, subject to modification by the then current owner of the Championship Golf Facilities, that Championship Golf will thereafter be governed by a board of directors (the "**Board of Directors**") who will be elected by a vote of the Equity Club membership to act as representatives of the Members.

**Advisory Board of Governors**

Championship Golf will appoint an advisory board of governors (the "**Board of Governors**") comprised of Members whose purpose includes fostering good relations between the Members and Championship Golf, providing Championship Golf with input on programs, plans and activities of Championship Golf, and suggestions regarding Championship Golf's policies and rules and regulations. The management of Championship Golf will meet with the Board of Governors on a periodic basis to discuss the operation of the Championship Golf Facilities. The Board of Governors shall have no duty or power to negotiate or otherwise act on behalf of Championship Golf, the Company, its management or the Members of Championship Golf, and shall serve only in an advisory capacity. The management of Championship Golf will have the final authority on all matters concerning the Championship Golf Facilities and the Members of Championship Golf.

<u>POSSIBLE EQUITY CONVERSION TO A MEMBER-OWNED CLUB</u>

**Possible Equity Conversion**

At any time during the period of time beginning on the date of the official opening of the Championship Golf Facilities for first use by Members and ending ten (10) years thereafter and provided that there are then at least Three Hundred (300) active dues paying Championship Golf Members with golf privileges in Championship Golf in good standing, the Company has the option, but not the obligation ("**Company's Option**"), to call for vote of the Members who are the holders of such Memberships as to whether they desire to convert the ownership of Championship Golf to an Equity Club. In the event that Company exercises Company's Option, the approval of the exercise of the Company's Option shall require an affirmative vote in favor ("**Affirmative Conversion Vote**") of conversion of Championship Golf to an Equity Club of 50.01% or more of the then active Members of Championship Golf required to make an Equity Membership Contribution, as described below, upon the occurrence of an Affirmative Conversion Vote. Nothing in this section may be construed to prevent the Company or any successor or assign at any time from selling, leasing, exchanging, conveying or transferring Championship Golf and any of the Championship Golf Facilities to any person or entity and upon any terms or conditions that the Company or its successors or assigns may elect subject only to the obligation of the purchaser, lessee or transferee to assume the obligations of the Company or its successor or assign under the then current Membership Documents.

<u>PUT OPTION FOR SALE OF CHAMPIONSHIP GOLF FACILITIES TO MEMBERS</u>

In the event that Championship Golf has not previously been converted to an Equity Club, commencing on the date which is ten (10) years following the date of the official opening of the Championship Golf Course for use by Members and continuing thereafter, the Company may, at the Company's sole discretion but shall never have any obligation to do so, provide notice to the Members of its intent to transfer title to the then existing Championship Golf Facilities to the Members or an entity established for the purposes of conversion of the ownership of Championship Golf to an Equity Club (the "**Put Option**"). If the Company should elect to exercise the Put Option, the Company shall have the unilateral right and option, at the Company's sole discretion, to convert the ownership of Championship Golf into an Equity Club and to transfer title to the Championship Golf Facilities to the Members in accordance with the terms of the Turnover Agreement. The Put Option may be exercised by Company by the delivery of written notice of the exercise of such option by the Company to the then current Members. Neither the Company nor any successor or assign shall ever have any obligation to exercise the Put Option and no Member may or shall rely upon any oral representation to the contrary. Nothing in this section may be construed to prevent the Company or any successor or assign at any time from selling, leasing, exchanging, conveying or transferring Championship Golf and any of the Championship Golf Facilities to any person or entity of any kind and upon any terms or conditions that the Company or its successors or assigns may elect subject only to the obligation of the purchaser, lessee or transferee to assume the obligations of the Company or its successor or assign under the then current Membership Documents.

<u>PROVISIONS REGARDING PUT OPTION AND EQUITY CONVERSION</u>

**Turnover Agreement**

In the event of the occurrence of either of the following (a "**Turnover Event**"): (a) an Affirmative Conversion Vote, <u>or</u> (b) the Company sends notice to the Members of the exercise by Company of the Put Option, within fifteen (15) days following the occurrence of a Turnover Event, Championship Golf's Members will elect a board of directors or trustees composed of Members upon such terms as the Member's deem appropriate and as required by law (the "**Member Board**") to (i) act on behalf of the Members in dealings with the Company with respect to the implementation of the Turnover Agreement, and (ii) cause a member entity to be formed (the "**Member Entity**") so that there is a legal entity in existence to perform the obligations of Members under the Turnover Agreement.

**Equity Membership Contribution in the Event of an Affirmative Conversion Vote**

If Championship Golf is converted to an Equity Club through an Affirmative Conversion Vote, each Member in Championship Golf, excluding, Ambassador Members, Executive Members and any other category or type of Championship Golf membership established by Championship Golf from time to time that do not require the payment of any Membership Deposit, will each be obligated to pay a reasonable fee to the Company as established by the Company ("**Equity Membership Contribution**") as an equity purchase payment to convert such membership to an equity membership in Championship Golf in accordance with the Turnover Agreement. Each Member required to make an Equity Membership Contribution will be required to convert from a non-equity membership in Championship Golf to an equity membership in the Member Entity within sixty (60) days from the date equity memberships are first offered, as set forth in the Turnover Agreement. The membership for each Member required to make any Member who fails

to convert to an equity membership in the new Member Entity formed to acquire the Championship Golf Facilities will be treated as resigning their Championship Golf membership at the expiration of the applicable 60-day period. In the event that Championship Golf is converted to an Equity Club through an Affirmative Conversion Vote, upon compliance with the requirements of the provisions of this Plan and the Turnover Agreement by the Member Entity, the Company shall transfer title to the Championship Golf Facilities free of mortgage liens or deed of trust liens unless created by the Member Entity.

**Termination of Obligation to Refund Membership Deposits**

The conversion of Championship Golf to an Equity Club through the occurrence of a Turnover Event or otherwise, will end and automatically satisfy the Company's obligation to refund or repay Membership Deposits to any Member, as provided in this Plan and in the Turnover Agreement.

**Continued Right to Sell Memberships in Championship Golf**

In the event Championship Golf is converted to an Equity Club, it is anticipated that the member-elected Member Board will be responsible for governing the Equity Club. Following the conversion of Championship Golf to an Equity Club, the Company will continue to be entitled to promote and sell all then unissued memberships and all memberships resigned by virtue of the failure of a Member to make the Equity Membership Contribution as full-equity memberships in the Equity Club and receive all the proceeds from the sale thereof including, but not limited to, Membership Deposits and reissuance fees. The Equity Club and its Member Board will not offer membership in the Championship Golf to purchasers of Estate Lots or Resort Units in a Wohali Designated Community other than through those issued by the Company until such time as Company has issued all memberships in Championship Golf that it holds in the category appropriate for such purchaser. The Equity Club and its Member Board shall not create any category of membership which has the same or similar attributes or privileges as an existing category of membership for which the Company holds unissued memberships. The Company agrees to issue memberships that it holds in any category of membership upon payment of the then required Membership Deposit for such category and upon the Application being approved by the Equity Club or; to allow the Equity Club to issue the membership if the Company does not desire to issue a membership in such category for which it still holds unissued memberships.

**No Discrimination Against Company Issued Memberships**

Membership approval of any prospective equity member desiring to purchase one of the Company's equity memberships will not be unreasonably withheld by the Equity Club or its ownership and no Member purchasing a Company-issued membership after a Turnover Event will be discriminated against as to membership privileges nor relegated to any category of membership or access use different than those for all other Members in the same category of membership in Championship Golf. Any unsold equity memberships held by the Company will not be subject to any assessments or dues prior to the date of the issuance by the Company of each such individual membership to a subsequent purchaser. Championship Golf and its Member Board will continue to observe the right of a second or subsequent purchaser of an Estate Lot or Resort Unit in a Wohali Designated Community to purchase a membership in the same category equal to that held by that purchaser's seller and will take no action to discriminate against or relegate any such purchaser to an inferior status in Championship Golf or an inferior status to any other equal membership category and class.

<u>UNILATERAL RIGHT TO SELL, LEASE, PLEDGE AND ENCUMBER</u>
<u>THE CHAMPIONSHIP GOLF FACILITIES AND ASSETS</u>

Company and any owner(s) of fee title to the Championship Golf Facilities and other Championship Golf assets, if different than the Company (whether one or more, the "**Fee Owner**"), retain and have the unilateral right and option at any time to sell or lease the Championship Golf Facilities and other Championship Golf assets, or any portion thereof, to any person or entity as determined by: (a) the Company, in Company's sole discretion, or (b) the Fee Owner, if applicable, in the Fee Owner's sole discretion. Neither Company nor Fee Owner has any obligation or duty of any type or nature to offer to sell or lease the Championship Golf Facilities and other Championship Golf assets to any Member or group of Members of Championship Golf. Upon the written assumption by a purchaser or lessee of Championship Golf, Championship Golf Facilities, and other Championship Golf assets, of the obligations of Company under the Membership Documents, the Company and selling or leasing Fee Owner, will be automatically released from any and all liability of any nature whatsoever under the Membership Documents, including, but not limited to, the obligation for the repayment of any Membership Deposits. No joinder, consent or acknowledgement by any Member of Championship Golf is required for the full and final release of Company and Fee Owner from any and all such obligations. In the event of the sale or lease by Company of the Championship Golf Facilities and other Championship Golf assets, or any portion thereof, the Company will continue to be entitled to promote and sell all remaining unissued memberships in Championship Golf and receive all the proceeds from the sale thereof including, but not limited to, Membership Deposits.

<u>GENERAL PROVISIONS</u>

**No Recording**

In no event or circumstance will any Member, any Member Entity or any other person, party or entity record this Plan or any summary or memorandum thereof in any real property records of any county in the State of Utah without the express prior written approval of Company.

**Rely Only on the Information in This Plan**

No person has been authorized to give or provide information or make any representation not contained within this Plan and the documents referenced herein. Representations made by any source regardless of affiliation which are not contained within this Plan may not be relied upon as having been authorized by the Company or Championship Golf. In the event of a conflict between the terms of this Plan, the Rules and Regulations, and the Application with any other printed materials issued by the Company, Championship Golf or any other source, the Plan, the Rules and Regulations and the Application shall govern and constitute the actual representations of the Company and Championship Golf.

**Memberships are for Recreational Purposes Only**

Memberships in Championship Golf are offered exclusively for the purpose of permitting Members use of the Championship Golf Facilities, as applicable, for the purposes stated within the Plan, the Rules and Regulations, and the Application. **UNDER NO CIRCUMSTANCES SHOULD MEMBERSHIP IN CHAMPIONSHIP GOLF BE VIEWED AS AN INVESTMENT AND NO MEMBER SHOULD EXPECT TO DERIVE ANY ECONOMIC PROFIT FROM HOLDING MEMBERSHIP IN CHAMPIONSHIP GOLF AT ANY TIME.** No federal or state authority has passed upon or endorsed the merits of this Plan or membership in Championship Golf.

**Amendment**

This Plan may be amended or modified at any time by Company, in Company's sole discretion subject only to: (a) the limits on the number of memberships as set forth in this Plan, and (b) the obligation to repay the Membership Deposits in accordance with the Membership Documents.

**Championship Golf Office Available**

Any questions regarding this Plan or the membership opportunities available at Championship Golf, should be directed to the Championship Golf office.

# WOHALI CHAMPIONSHIP GOLF
# RULES AND REGULATIONS

**Dated: August 1, 2024**

<u>INTRODUCTION</u>

The following Rules and Regulations (the "**Rules**") of Wohali Championship Golf ("**Championship Golf**") are established by Wohali Resort, Inc., a Utah corporation (the "**Company**") to protect the Championship Golf Facilities (as defined in the Membership Plan (as defined below)) and promote the health, safety, welfare and enjoyment of the members (each, a "**Member**" or collectively, the "**Members**"), their Family (as defined in the Membership Plan), their guests and all other persons using the Championship Golf Facilities. Championship Golf is committed to establishing an enjoyable, respectful Championship Golf environment for the entire membership and anticipates that all Members, their Family and guests will conduct themselves in a manner consistent with good judgment and with full regard for the rights and enjoyment of others. These Rules, along with the Championship Golf Membership Application and Agreement, and Championship Golf Membership Plan (the "**Membership Plan**") (collectively, the "**Championship Golf Documents**") are subject to change, modification and amendment, in whole or in part, at any time, and from time to time, in the sole and absolute discretion of Championship Golf. These Rules supersede and amend in their entirety any and all prior Championship Golf rules of any nature or type whatsoever. All rules and requirements applicable to a "Member" shall be equally applicable to any other forms of membership set forth in the Championship Golf Documents and their Family or guests.

<u>GENERAL RULES AND REGULATIONS</u>

**General Rules**

1.  Members, their Family and guests will abide by the Rules as they may be amended or modified by the Company from time to time. The management personnel of the Championship Golf will have full authority to enforce the Rules and to report any violations or infractions to the Company.

2.  Members, their Family and guests are not permitted to abuse or reprimand any Championship Golf employee, verbally or otherwise, and may not ask an employee to leave the Championship Golf premises for any purpose whatsoever. All complaints, criticisms or suggestions of any kind relating to employee conduct and/or service or any operations of Championship Golf must be in writing, signed and submitted to the management personnel of Championship Golf.

3.  The Championship Golf Facilities are available to the Members, their Family and guests, in accordance with the Championship Golf Documents, and such Championship Golf Facilities will be open on the days and during the hours as established by Championship Golf. Championship Golf reserves the right to close all or portions of the Championship Golf Facilities for scheduled maintenance and repairs or to hold golf tournaments and/or promotional events per the Membership Plan.

4.  In order to safeguard against unauthorized charges, Members and their Family must provide a signature and membership number when charging to a Championship Golf

account.

5.	Alcoholic beverages will not be served or sold, or permitted to be consumed, at Championship Golf in any manner prohibited by the laws of the Summit County or the State of Utah.  Championship Golf reserves the right, in its sole discretion, to refuse service to any person who appears to be intoxicated.

6.	Performances by entertainers at the Championship Golf Facilities will be permitted only for scheduled Championship Golf events or when authorization has been granted for private functions in advance by Championship Golf.

7.	Members, their Family and guests are not permitted to enter the kitchens, bars or other service areas of the Championship Golf Facilities at any time, or to request special personal services from employees of Championship Golf or personal use of Championship Golf furnishings or equipment not ordinarily available for use by Members within the same membership level.

8.	The Championship Golf roster of Members may not be used for solicitation, commercial purposes or distribution outside of the Championship Golf membership, except by the Company.  Petitions or commercial advertisements may not be originated, solicited, circulated or posted on Championship Golf property at any time, except by the Company.

9.	Cellular telephone and other personal communications or entertainment devices (e.g. iPads, tablets, handheld gaming systems, laptops, etc.) are not permitted to be used in any indoor area or dining facilities of Championship Golf or elsewhere in the Championship Golf Facilities in such a manner as to be disruptive or offensive to other Members.

10.	Drones and similar aerial devices (with or without video or cameras) are not permitted on Championship Golf property at any time without the express written approval of Championship Golf.

11.	Members, their Family and guests are not permitted to take any articles belonging to Championship Golf from Championship Golf property including, without limitation, towels and robes, brushes and toiletries, practice golf balls or equipment.

12.	Except in those areas designated by Championship Golf from time to time for smoking, smoking is not permitted in any indoor area or dining facilities of Championship Golf at any time.

13.	Dogs or other pets, with the exception of those assisting disabled persons, shall only be allowed in those areas designated by the Company from time to time.

14.	All private or group instruction given on Championship Golf property will be administered exclusively by Championship Golf professionals, trainers or other authorized personnel as arranged by Championship Golf.

15. In no event will Championship Golf discriminate against any individual because of their race, color, religion, gender, origin, age, disability or marital status.

**Wohali Championship Golf Course Guest Privileges**

1. Each Member with Championship Golf privileges (as set forth in the Membership Plan) and his or her spouse/domestic partner will be extended the right to sponsor guests in accordance with the Rules and subject to the payment of guest fees established by Championship Golf. A Member's Family cannot sponsor guests unless they are "Legacy Members," as described in the Membership Plan.

2. Each Championship Golf Member and his or her spouse/domestic partner with golf privileges to the "Championship Golf Course" (as defined in the Membership Plan) will be entitled to sponsor a maximum of three (3) accompanied guests and/or dependents per day to play the Championship Golf Course, or use the practice areas, subject to availability and the payment of accompanied guest fees.

3. Each guest may play the Championship Golf Course or use certain designated practice areas a maximum of five (5) times per membership year regardless of the sponsoring Member. Any additional play on the Championship Golf Course beyond the first five (5) times will require Championship Golf approval and may be charged two times (2x) the regular guest rate.

4. Any Member of the Championship Golf Course playing with more than three (3) guests will be required to have Championship Golf approval prior to day of play.

5. Unaccompanied guests are prohibited without the prior approval of Championship Golf. Members with golf privileges to the Championship Golf Course will be required to get Championship Golf approval for all unaccompanied guest play. If approved, the Member will be billed an unaccompanied guest fee rate. Unaccompanied guests will be permitted only when not in conflict with the enjoyment of the Championship Golf facilities by the Members as determined by Championship Golf.

6. Each Championship Golf Member will be entitled to sponsor unaccompanied Championship Golf guests to use the dining facilities, fitness center and other amenities as designated and approved by Championship Golf from time to time, subject to the payment of unaccompanied guest fees. Persons using these facilities must be guests who are residing in the Member's property or otherwise authorized by the Member and all fees or charges incurred by these unaccompanied guests will be the responsibility of the sponsoring Member. Championship Golf reserves the right to limit the number of unaccompanied guest visits to these facilities.

**General Attire**

1. It is expected that Members, their Family and guests will dress in a manner befitting gentlemen and ladies and compatible with the occasion, atmosphere and setting provided at the various Championship Golf Facilities.

2. The dress requirements for each of the various Championship Golf Facilities are

described in the Rules in detail below.  The dress requirements of the Championship Golf Facilities may be waived or modified from time to time by Championship Golf for special events or activities, in its sole discretion.

3. It is the responsibility of Members to be knowledgeable about the dress requirements at the various Championship Golf Facilities and to inform their guests of such requirements in advance.  Any improperly dressed Members or guests will be asked to change prior to using the Championship Golf Facilities.

## Gratuities

1. For the convenience of Members and their guests, cash tipping is not permitted at Championship Golf.

2. Certain fees from the operations of Championship Golf will include an amount to be distributed by management to employees on a performance basis.

3. Members will have the opportunity to contribute annually to a voluntary fund that will be distributed equitably to all Championship Golf employees.

## Food and Beverage Rules

1. All food and beverages consumed on Championship Golf property must be furnished by Championship Golf.  Food may not be brought onto Championship Golf property and outside catering is not permitted unless previously arranged or approved by Championship Golf.

2. Members are not permitted to set dates for group events or activities in the dining areas without prior scheduling and approval by Championship Golf.

3. In order to maintain a quality dining experience for all Members, Championship Golf reserves the right to allow access to non-members at some or all of Championship Golf dining facilities at certain times, as designated by Championship Golf.

4. For the convenience of Members, a service charge may be added to all food and beverage sales at such time and in an amount to be determined by Championship Golf, subject to normally accepted industry standards.

## Member Dues, Fees and Charges

1. The amount of dues, fees and other charges to be paid by each Member of Championship Golf will be established by Championship Golf annually, subject to the terms and conditions of the Membership Plan.

2. Each Member of Championship Golf will receive a monthly statement reflecting food and beverage, merchandise and services charged to their Championship Golf account from the previous month.

3. Member dues will be billed in advance, on an annual or other interval basis, and

charged to each Member's Championship Golf account.  Members may only pay their annual dues and monthly Championship Golf account via credit card or ACH by making the appropriate arrangements with Championship Golf.  No cash or physical checks will be allowed. Members agree to pay directly to the Championship Golf any amounts not honored by their bank or credit card company.

4.  A Member is entitled to charging privileges at Championship Golf so long as his or her membership account remains in good standing.  Any dispute of charges should be made within  thirty (30) days of the statement date reflecting such charges.

5.  A Member failing to pay his or her Championship Golf account in full within thirty (30) days of the billing date, will be considered delinquent and subject to suspension of his or her Championship Golf privileges until the delinquent balance is paid in full.  Any past due balance will accrue monthly interest at the maximum rate allowed by law from the statement date until paid in full and may require a reinstatement fee to reactivate the account once it has been deemed delinquent by Championship Golf.

6.  A Member whose Championship Golf account is delinquent for sixty (60) days or more will be subject to, without limitation, membership termination or legal action as deemed necessary by Championship Golf, in its sole discretion, to effect collection of the delinquent amount.  The Member will be liable for any and all legal fees and costs incurred in connection with the collection of such delinquent account(s), including any fees required in connection with appellate proceedings.

**Mailing Addresses**

1.  Each Member will be responsible for filing with Championship Golf in writing, preferably on a form provided by Championship Golf, his or her email and physical mailing address(es) and any changes thereto, where the Member wishes all Championship Golf notices and billing statements to be sent.  A Member will be deemed to have received mailings from Championship Golf on the date deposited in the U.S. mail and/or the day of being e-mailed to the addresses on file with Championship Golf.

2.  Championship Golf must be notified in writing of any change of email, physical, or mailing addresses of the Member.  Failure to do so will constitute a waiver of the right to receive Championship Golf notices, bulletins and any other communications and a violation of these Rules and Regulations.

**Resignation of Membership**

1.  A Member may resign his or her membership in Championship Golf by delivering written notice of resignation to Championship Golf.  A Membership will be deemed to be resigned upon meeting the terms and conditions of resignation as set forth in the Membership Plan.

2.  Notwithstanding any Membership resignation, the Member and his or her spouse will remain liable for any amounts due and unpaid on the Member's Championship Golf

account.

**Loss or Destruction of Property or Instances of Personal Injury**

1.  Each Member and their dependents, as a condition of membership, and each guest as a condition of invitation to the premises of Championship Golf, assume sole responsibility for his or her personal property.  Championship Golf will not be responsible for any loss or damage to any personal property used or stored on the premises of Championship Golf.  Any such personal property which may have been left, without payment of storage thereon, in or on the premises of Championship Golf for six (6) months or more may be disposed of or sold by Championship Golf, with or without notice, at a public or private sale of which the proceeds, if any, will be retained by Championship Golf.

2.  Property or furniture belonging to Championship Golf is not to be removed from the room in which it is placed or from the premises of Championship Golf without proper written authorization.

4.  Any Member, Family, guest or other person who, in any manner, makes use of or accepts the use of any apparatus, appliance, facility, privilege or service whatsoever owned, leased or operated by Championship Golf, or who engages in any contest, game, function, exercise, competition or other activity operated, organized, arranged or sponsored by Championship Golf, either on or off the premises of Championship Golf, will do so at his or her own risk.  The Member and his or her family and guests will hold Championship Golf and the Company, its affiliates, their successors and assignees and their respective directors, officers, employees, representatives and agents (collectively, the "**Indemnified Parties**") harmless for, from and against any and all loss, cost, claim, injury, damage or liability sustained or incurred by him or her, resulting therefrom, arising out of or incident to membership in Championship Golf and/or from any act or omission of any of the Indemnified Parties.  Any Member will have, owe and perform the same obligation to the Indemnified Parties hereunder in respect to any such loss, cost, claim, injury, damage or liability sustained or incurred by any guest or Family.

5.  Each Member of Championship Golf will be liable for any property damage and/or personal injury caused by the Member, their family or any of their guests at Championship Golf or at any activity or function operated, organized, arranged or sponsored by Championship Golf.

6.  Should any party bound by these Rules bring suit against any of the Indemnified Parties in connection with any event operated, organized, arranged or sponsored by Championship Golf or on any other claim or matter in connection with membership in Championship Golf, and fail to obtain judgment therein against any one or more of them, said party will be liable to the prevailing Indemnified Parties for all costs and expenses incurred by them in the defense  of such suit, including court costs and legal fees and expenses through all appellate proceedings.

<u>CHAMPIONSHIP GOLF COURSE RULES</u>

**Golf Starting Times**

1. All players must have starting times reserved through the golf pro shop and must register prior to beginning play or using the practice areas.

2. All play must begin on the first tee unless otherwise arranged by Championship Golf's professional staff.

3. When necessary, twosomes and singles may be grouped together at the discretion of Championship Golf's professional staff.

4. Any group stopping play after nine (9) holes for an extended period of time resulting in an undue delay of the following group, will lose their position on the course and must check with the golf pro shop to resume.

5. All tournament or group play must be approved and scheduled in advance by Championship Golf.

6. The hours of operation for the golf pro shop, golf course and practice areas will be published by Championship Golf.

**Golf Course Rules**

1. The Rules of Golf together with the Rules of Etiquette as adopted by the United States Golf Association will be the rules of Championship Golf, except when amended by any local rules established by Championship Golf or any of the rules herein.

2. No practice is allowed on the golf course. Practice is restricted to the designated practice areas.

3. A brisk pace of play is expected from all players to insure an enjoyable experience for the entire membership. In normal playing conditions, a foursome playing an eighteen (18) hole round in four and a half (4.5) hours would be considered an appropriate pace of play.

4. If a group is unable to maintain their position on the golf course and is restricting play behind them, they will be obligated to allow the following group(s) to play through at the earliest opportunity. When necessary, a member of the golf staff may be placed on the golf course to regulate the speed of play and enforce the golf course rules.

5. Foursomes will have standing on the golf course at all times. Twosomes and singles should not expect to automatically play through foursomes during busy periods and should not exert undo pressure on foursomes ahead of them so long as such foursome is maintaining an appropriate pace of play.

6. On a limited basis, Championship Golf's head professional reserves the right to allow fivesomes to play the golf course, when not in conflict with normal Member play, and

to divide the group if they are unable to maintain their position on the golf course.

7. Championship Golf may close the golf course and/or practice areas during adverse weather conditions, for major repairs or in other instances where the golf course or practice areas could be damaged by play or practice.

8. All players are expected to maintain or improve the condition of the golf course as a result of their round by avoiding wet areas with golf carts, raking bunkers after use, filling divots with seed mix and repairing ball marks on the putting greens.

9. Walking may be permitted at such times and under such terms and conditions as determined by Championship Golf.

10. Each player must have his or her own set of golf clubs, unless renting a set from Championship Golf, in order to use the golf course or practice areas.

11. Use of cellular telephones on the golf course will be permitted only upon the agreement of the members of each foursome.

12. Private beverage coolers and alcohol of any kind cannot be brought onto Championship Golf property at any time.

13. Bicycling, jogging, hiking and recreational walking are restricted to the designated community trails and not permitted on the golf course or cart paths at any time, except as otherwise expressly permitted by the Company in its sole discretion. Fishing in the golf course lakes is restricted to such areas and on such terms and conditions as determined by Championship Golf.

14. No music or other noise may be broadcast by Members through speakers (portable or otherwise) at a volume level that can be heard by other Members on Championship Golf property.

**Golf Attire**

1. Acceptable attire for men on the golf course or practice areas will include shirts with sleeves, shorts of a reasonable length (as determined by Championship Golf in its sole discretion) or slacks.

2. *Unacceptable* attire for men on the golf course or practice areas will include, without limitation, tank tops, t-shirts with advertising or copy, sweatpants, bathing suits, fitness shorts and jeans or jean shorts of any color or type.

3. Acceptable attire for women on the golf course or practice areas will include shirts with regular or mock collars, blouses, skirts or shorts of a reasonable length (as determined by Championship Golf, in its sole discretion) or slacks.

4. *Unacceptable* attire for women on the golf course or practice areas will include, without limitation, halter tops, t-shirts with advertising or copy, sweatpants, bathing suits, and jeans or jean shorts of any color or type.

5. Any shoes worn on the golf course or practice areas must be spike-less or have some type of soft spikes. Shoes with metal or ceramic spikes are not permitted anywhere on Championship Golf property.

6. Members are responsible for informing their guests of the proper golf attire in advance of play. Improperly dressed golfers will be asked to change before using the golf course or practice areas.

## Practice Area Rules

1. Practice golf balls are the sole property of Championship Golf and are for use on the practice areas only, use of practice golf balls on the golf course is not permitted.

2. To maintain ideal turf conditions, practice golf balls must be hit only from designated areas. Hitting from rough or sides of practice tee boxes is not permitted.

3. Use of private practice golf balls or golf ball shaggers is not permitted.

4. Proper golf attire is required at all times while using the practice areas.

5. Golf carts are not permitted to park on any turf around the practice areas and must be parked in the designated parking areas and must be directed and driven within the permitted areas designated by the Company from time to time on the golf course and/or practice areas, including, without limitation, those set forth below.

## Golf Cart Rules

1. Use of golf carts is normally optional when playing the golf course as players may choose to walk and/or carry their golf clubs. However, Championship Golf reserves the right to make the use of golf carts mandatory at such times and under such terms and conditions as deemed necessary.

2. A caddie and/or forecaddie program may be established subject to the availability of qualified employees and the use of the program by the Members of Championship Golf.

3. Golf carts may only be used on the golf course when it is open for play and subject to strict adherence to directional signs posted on the golf course.

4. Use of golf carts on Championship Golf property by a member or guest is not permitted without proper assignment and registration in the golf pro shop.

5. Each operator of a golf cart on Championship Golf property must be at least sixteen (16) years of age and have a valid automobile driver's license.

6. Golf carts are not to be driven off of the Championship Golf grounds or to the surrounding residences at any time.

7.  A maximum of two (2) occupants and two (2) sets of golf clubs are permitted per golf cart.

8.  Golf carts are not permitted to enter any hazards or the native areas of the golf course at any time.

9.  Golf carts are restricted to the cart paths on all par three holes, in designated curbed areas and around all tee boxes and greens.

10.  When conditions warrant, Championship Golf's professional staff will have the authority to restrict golf carts to the cart paths only.

11.  Private golf carts or pull carts of any kind are not permitted without the prior approval of Championship Golf in each instance.

12.  The cost of repair to a damaged golf cart and/or to the golf course will be charged to the Member responsible or, in the case of damage by Family or a guest, to the sponsoring Member.  Members will reimburse the Company, its successors and assignees and/or any operator of Championship Golf for any and all damages sustained from the misuse of a golf cart.

13.  Each person operating a golf cart accepts and assumes all responsibility for liability connected with the golf cart operation and expressly indemnifies and agrees to hold harmless the Company, its affiliates, their successors and assignees and their respective directors, officers, employees, representatives and agents, from any and all damages, whether direct or consequential, arising from or related to the person's use and operation of the golf cart.

**Golf Rules - Children**

1.  Except for activities specifically designated by Championship Golf for children (such as junior clinics or junior tournaments), children under sixteen (16) years of age are not permitted on the golf course or practice areas without a Member unless they have demonstrated to Championship Golf's professional staff an understanding and respect for the rules and etiquette of the game and an ability to conduct themselves properly on the golf course.

2.  Championship Golf reserves the right to restrict children of any age from using the golf course or practice areas without a member during certain designated days and time periods as determined by Championship Golf.

3.  Members are responsible for the safety and conduct of all children under their supervision when at the Championship Golf Facilities.

4.  Children under the lawful drinking age are not permitted in any lounge or bar areas of the Championship Golf Facilities serving alcohol.

**Handicap Procedures**

1. To establish a handicap, a member must turn in a minimum of five (5) full round scores and pay an annual handicap maintenance fee.

2. Handicaps are computed under the supervision of Championship Golf's professional staff in accordance with the current USGA Handicap Guidelines and the Utah Golf Association Handicap Rules.

3. All members and guests with USGA/UGA approved handicaps may participate in Championship Golf tournaments, subject to review by Championship Golf's professional staff.

4. Members are responsible for accurately reporting their scores to the golf pro shop for posting by Championship Golf's professional staff for tournament play or otherwise reporting their individual non-tournament scores through the available USGA or UGA-sponsored apps.

5. As part of a Member's dues, Championship Golf will cover the annual cost of a UGA membership and related handicap card.

**Code of Conduct**

The Company has established the following Code of Conduct which is intended to help ensure that Championship Golf offers a wholesome, vibrant venue for all Members, their Families, and their guests. The Company's intent is to maintain a family friendly venue where parents can bring their children and feel completely confident that they have entered a safe environment. The Company encourages Members to use the state-of-the-art equipment and recreational facilities of Championship Golf at their disposal, and in accordance with the Championship Golf Documents, whether the occasion is for exercise, play, reuniting with family and friends, or celebrating a special occasion.

The Company anticipates that the occasions on which Members or guests disrupt the enjoyment and relaxation of others are few and far between, if indeed they arise at all. The Company nonetheless believes that a clear set of guidelines will help ensure that Members share a common understanding of what behaviors may place at risk or disrupt the atmosphere the Company is seeking to create and maintain for the Championship Golf Members and are therefore not acceptable.

1. **Members and their guests are to be treated with respect**.

   a. Unwanted touching, harassment or bullying of any kind, and racial or ethnic slurs are always unacceptable and may result in the Company asking the offending individual to leave the premises immediately. The Company has the discretion to give a warning prior to asking an individual to leave.

   b. Members and guests are sensitive when taking photographs (including videos) in Championship Golf Facilities and related spaces that individuals may not wish their photographs to be made available to others not present. Members and guests therefore must request consent before posting on social media or blur/crop images of individuals who have not given their expressed or implied consent to be photographed. In no circumstance may a photograph taken on Championship Golf

Facilities or related premises be sold or provided to another commercial enterprise without Company's written permission.

2. **Member and guest behavior is consistent with a family friendly atmosphere**.

   a. Intoxication involving loud/boisterous/unruly behavior that interferes with the ability of others to enjoy themselves, profanity, and lewd/suggestive behavior are always unacceptable and may result in the Company asking the offending individual to leave the premises immediately. The Company has the discretion to give a warning prior to asking an individual to leave.

   b. Members and their guests are expected to dress in a respectful manner that promotes positive, healthy, and appropriate interactions. Member dress, in all Championship Golf Facilities, should be suitable for a family environment. Language, pictures, or "messaging" on apparel should likewise be suitable for a family environment. The Company maintains the discretion to inform a member or guest that attire is not appropriate and must be changed.

   c. Members and their guests are expected to ensure that material visible or audible on personal electronic devices is suitable for a family environment and recognize that even small screens may be visible to others. If the Company becomes aware that inappropriate material is visible or audible to others, the Company may request that the individual cease viewing/listening to the material, or retire to a private space where other members and guest are not exposed to the material.

   d. Behavior that represents a risk of physical harm to a member, guest, Championship Golf staff, or any other individual is absolutely prohibited. The Company may direct that the behavior ceases immediately. In the absence of immediate compliance, the offending individual will be asked to leave the premises.

   e. Any behavior that results in the damage or destruction of physical property is prohibited. The Company reserves the right to require individuals responsible to compensate the Company and/or Championship Golf for damaged or destroyed property.

3. **Illegal activities are always prohibited**. Behaviors that break the law, including the use of illegal substances, are always unacceptable and will result in the offending individual being asked to leave the premises immediately. The Company reserves the discretion to call such behaviors to the attention of law enforcement.

By entering Championship Golf Facilities, individuals agree to comply with the foregoing Code of Conduct. This Code of Conduct also encompasses how Members and the guests are expected to treat Championship Golf staff.

The Company recognizes that certain circumstances will entail exercising discretion to determine whether to intervene in Member or guest behavior. In such instances, the Company's guiding principle for intervention will be to protect the safety and comfort of others and their ability to enjoy Championship Golf, and to promote an inclusive, family friendly atmosphere. If an intervention is necessary, the Company may seek to intervene in a manner that is as direct and discreet as the circumstances allow.