Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900
*Counsel for Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-24610 |
| WOHALI LAND ESTATES, LLC | (Chapter 11) |
| Debtor. | Honorable Peggy Hunt |

**STATEMENT PRESERVING OBJECTIONS TO OPPOSING PARTIES' EXHIBITS**

Pursuant to the Court's *Order Setting and Resetting Hearings and Establishing Procedures Governing Hearings (Docket Nos. 371, 372, 384, 392, and 454)* [Docket No. 463], Matt McKinlay, in his capacity as the Chapter 11 Trustee (the "***Trustee***") of Wohali Land Estates, LLC (the "***Debtor***"), hereby submits his *Statement Preserving Objections to Opposing Parties' Exhibits* as follows:

| Ex. | Description | Objection |
|---|---|---|
| 1. | Loan Agreement [EB5_000032] | Relevance. The Settlement Agreement approved by the Court [Docket No. 465] resolved all claims with EB5, and the request to reject as to the guarantees is moot. The Loan Agreement is not relevant. |
| 2. | I-526E Approval Refund Guaranty | Relevance. See Objection to Exhibit 1. |
| 3. | Job Creation Guaranty | Relevance. See Objection to Exhibit 1. |
| 4. | Plat Maps (Phase 1 (Summit Co. Recorder's Office, Entry No. 01181925, Book No. 2719, | Relevance. The Wohali Concerned Owners do not have claims against the estate based on their golf memberships, and the Court has taken the |

| | | |
|---|---|---|
| | beginning on Page 0562); Phase 2D (Summit Co. Recorder's Office, Entry No. 01238295, Book No. 2867, beginning on Page 0193) | objections to such claims under advisement. Further, the proposed sale is subject to encumbrances that run with the land. To the extent the Wohali Concerned Owners' golf memberships run with the land, those interests will not be extinguished and can be adjudicated in state court. |
| 5. | Original CC&Rs | Relevance. See Objection to Exhibit 4. |
| 6. | Assignment of Original CC&Rs | Relevance. See Objection to Exhibit 4. |
| 7. | Amended and Restated CC&Rs | Relevance. See Objection to Exhibit 4. |
| 8. | Motion to Assume and Reject [Dkt. #392] including Exhibits 1 (Goldthorp Declaration), 2 (State Court Complaint), and 3 (Lis Pendens (Summit Co. Recorder's Office, Entry No. 01249708, Book, 2899, beginning on Page 0081)) | Relevance. See Objection to Exhibits 1 and 4. Hearsay, to the extent any of the Motion, Declaration or State Court Complaint are offered for the truth of the matter asserted. |
| 9. | Brian Ehman Settlement Statement & Real Estate Purchase Contract [WCO_000187-94] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 10. | Addendum No. 1 to Brain Ehman REPC [WCO_000266] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 11. | Brian Ehman Early Membership Agreement [WCO_000339-81] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 12. | Gumer & Amy Alvero Wire & Real Estate Purchase Contract [WCO_000197-221] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 13. | ATOT Utah, LLC Settlement Statement and Payment [20-22] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 14. | Mark A. Lampert Trust Settlement Statement [WCO_000016-19] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 15. | Lampert Early Membership Agreement [WCO_472-77] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 16. | Wakabayashi Early Membership Application & Agreement [WCO_451-58] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 17. | Benjamin & Stephanie Goldthorp Real Estate and email from Cottonwood Title | Relevance. See Objection to Exhibit 4. Hearsay and foundation. |

| | | |
|---|---|---|
| | [WCO_000003-15] | |
| 18. | Benjamin & Stephanie Goldthorp Deposit Check [WCO_000267] | Relevance. See Objection to Exhibit 4. Foundation. |
| 19. | Wohali Championship Golf Membership Plan dated August 1, 2024[WCO_000553-75] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 20. | Wohali Championship Golf Rules and Regulations dated August 1, 2024 [WCO_000610-22] | Relevance. See Objection to Exhibit 4. Authenticity, hearsay, and foundation. |
| 21. | Bolduc Membership Agreement [WCO_000722-27] | Relevance. See Objection to Exhibit 4. Authenticity, foundation, and hearsay. |
| 22. | Championship Golf Members, Current Roster [WCO_0000778 {native}] | Relevance. See Objection to Exhibit 4. Authenticity, foundation, and hearsay. |
| 23. | Wohali Resorts, Inc. Articles of Incorporation | Relevance. See Objection to Exhibit 4. |

The Wohali Concerned Owners also list twenty-two documents that they would like the Court to take judicial notice. The Trustee does not object to the Court taking notice of its own docket and that documents were filed but reserves all objections as to relevance and hearsay. As noted above, the issues related to the guarantees are rendered moot by the Settlement Agreement. And to the extent the Court determines the Wohali Concerned Owners do not have monetary claims against the Debtor's estate based on their golf memberships, any claim that their memberships run with the land is preserved and not being extinguished by the proposed sale.

DATED: May 4, 2026.

Respectfully submitted,

*/s/ Ellen E. Ostrow*
Ellen E. Ostrow
Foley & Lardner LLP
*Counsel for the Chapter 11 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2026, a true and correct copy of the foregoing **STATEMENT PRESERVING OBJECTIONS TO OPPOSING PARTIES' EXHIBITS** was electronically filed and therefore served via ECF on the following:

- **David P. Billings**   dbillings@fabianvancott.com, khaynes@fabianvancott.com
- **Bryan H Booth**   bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge**   sbridge@keslerrust.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**   rcadwallader@kmclaw.com, twhite@kmclaw.com
- **P. Matthew Cox**   mcox@spencerfane.com, ecall@spencerfane.com;mwatson@spencerfane.com
- **Michael Allen Gehret**   mike.gehret@dentons.com, kim.altamirano@dentons.com
- **Patricia Geary Glenn**   pgearyglenn@gmail.com
- **Jason W. Hardin**   jhardin@fabianvancott.com, sirvin@fabianvancott.com
- **Carson Heninger**   heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann**   ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Annette W. Jarvis**   jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Penrod W. Keith**   penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Justin J. Keys**   justin@hlhparkcity.com, nancy@hlhparkcity.com
- **Bryce L. Krieger**   bryce.krieger@dentons.com
- **Matt McKinlay**   mmckinlay@ampleo.com
- **Elijah L. Milne**   eli.milne@dentons.com, deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**   matt@oblawpc.com
- **Ellen E. Ostrow**   eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com
- **Ellen Ostrow tr**   eostrow@foley.com, UT33@ecfcbis.com;eostrow@foley.com;geysa.peeler@foley.com;elisha.teed@foley.com
- **Douglas J. Payne**   dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Charles Louis Pearlman**   charles@hlh.law
- **Mark C. Rose**   mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
- **Jeffrey Weston Shields**   jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink**   jsink@kmclaw.com, mcarlson@kmclaw.com
- **Abigail Jennifer Stone**   abigail.stone@gtlaw.com
- **Jeffrey L. Trousdale**   jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

/s/ *Elisha Burton*