Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900
*Counsel for Chapter 11 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-24610 |
| WOHALI LAND ESTATES, LLC | (Chapter 11) |
| Debtor. | Honorable Peggy Hunt |

## STATEMENT PRESERVING OBJECTIONS TO OPPOSING PARTIES' EXHIBITS

Pursuant to the Court's *Scheduling Order for Evidentiary Hearing on Trustee's Sale Motion* [Docket No. 426], Matt McKinlay, in his capacity as the Chapter 11 Trustee (the "***Trustee***") of Wohali Land Estates, LLC (the "***Debtor***"), hereby submits his *Statement Preserving Objections to Opposing Parties' Exhibits* as follows:

| Ex. | Description | Objection |
|---|---|---|
| 5. | Original CC&Rs | Relevance. The proposed Sale is not selling free and clear of encumbrances that run with the land. |
| 6. | Assignment of Original CC&Rs | Relevance. See Objection to Exhibit 5. |
| 7. | Amended and Restated CC&Rs | Relevance. See Objection to Exhibit 5. |
| 8. | Verified Complaint and Application for Appointment of Receiver | The Trustee does not object to the Court taking judicial notice of Exhibit 8, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
| 9. | Dkt. # 277, Audio Tr. at 1:01:36-1:02:41 | The Trustee does not object to the Court taking judicial notice of Exhibit 9, but objects if the Wohali Concerned Owners seek to submit the |

| | | exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
|---|---|---|
| 10. | Hearing Audio, Dkt. # 316 at 21:23 | The Trustee does not object to the Court taking judicial notice of Exhibit 10, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
| 11. | Stay Violation Motion including Exhibits 1 (Goldthorp Declaration), 2 (State Court Complaint), and 3 (Lis Pendens (Summit Co. Recorder's Office, Entry No. 01249708, Book, 2899, beginning on Page 0081)) [Dkt. # 384] | The Trustee does not object to the Court taking judicial notice of Exhibit 11, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
| 12. | Stipulation Regarding EB5's State Court Lawsuit Against Non-Debtor Entities [Dkt. # 394] | The Trustee does not object to the Court taking judicial notice of Exhibit 12, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
| 13. | Supplemental Stipulation Regarding EB5's State Court Lawsuit Against Non-Debtor Entities [Dkt. # 429] | The Trustee does not object to the Court taking judicial notice of Exhibit 13, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |
| 14. | Trustee Settlement Motion [Dkt. # 454] | The Trustee does not object to the Court taking judicial notice of Exhibit 14, but objects if the Wohali Concerned Owners seek to submit the exhibit as evidence based on relevance, authenticity, hearsay, and foundation. |

The Trustee reserves the right to object to the "May Call" witnesses as it appears the topics of testimony are not relevant to the proposed sale.

DATED: May 5, 2026.

Respectfully submitted,

*/s/ Ellen E. Ostrow*
Ellen E. Ostrow
Foley & Lardner LLP
*Counsel for the Chapter 11 Trustee*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 5th day of May, 2026, a true and correct copy of the foregoing **STATEMENT PRESERVING OBJECTIONS TO OPPOSING PARTIES' EXHIBITS** was electronically filed and therefore served via ECF on the following:

- **David P. Billings**  dbillings@fabianvancott.com, khaynes@fabianvancott.com
- **Bryan H Booth**  bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge**  sbridge@keslerrust.com
- **Matthew James Burne**  matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader**  rcadwallader@kmclaw.com, twhite@kmclaw.com
- **P. Matthew Cox**  mcox@spencerfane.com, ecall@spencerfane.com;mwatson@spencerfane.com
- **Michael Allen Gehret**  mike.gehret@dentons.com, kim.altamirano@dentons.com
- **Patricia Geary Glenn**  pgearyglenn@gmail.com
- **Jason W. Hardin**  jhardin@fabianvancott.com, sirvin@fabianvancott.com
- **Carson Heninger**  heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Annette W. Jarvis**  jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**  mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Penrod W. Keith**  penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Justin J. Keys**  justin@hlhparkcity.com, nancy@hlhparkcity.com
- **Bryce L. Krieger**  bryce.krieger@dentons.com
- **Matt McKinlay**  mmckinlay@ampleo.com
- **Elijah L. Milne**  eli.milne@dentons.com, deb.calegory@dentons.com,jaime.gargano@dentons.com,kristen.ivory@dentons.com
- **Matt C. Osborne**  matt@oblawpc.com
- **Ellen E. Ostrow**  eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com
- **Ellen Ostrow tr**  eostrow@foley.com, UT33@ecfcbis.com;eostrow@foley.com;geysa.peeler@foley.com;elisha.teed@foley.com
- **Douglas J. Payne**  dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Charles Louis Pearlman**  charles@hlh.law
- **Mark C. Rose**  mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
- **Jeffrey Weston Shields**  jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Jeremy C. Sink**  jsink@kmclaw.com, mcarlson@kmclaw.com
- **Abigail Jennifer Stone**  abigail.stone@gtlaw.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

/s/ *Rose Gledhill*

4918-2382-5321.1