**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH**

PDF FILE WITH AUDIO FILE ATTACHMENT

25-24610

Wohali Land Estates, LLC

Motion to Assume or Reject Wohali Concerned Owners' Motion to Compel Trustee to (1) Assume Prepetition Golf Memberships and (2) Reject the Job Creation Guaranty and the I-526E Approval Refund Guaranty

---

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 25-24610 |
| Case Title : | Wohali Land Estates, LLC |
| Audio Date\Time: | 5/5/2026 11:09:08 AM |
| Audio File Name : | 25-24610-PH_20260505-110908.mp3 |
| Audio File Size : | 19171 KB |
| Audio Run Time : | [00:39:56] (hh:mm:ss) |

---

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**