# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

### Hearing Audio File Order Form

| | |
|---|---|
| Case Name: In re: Wohali Land Estates LLC | Case Number: 25-24610 |
| Hearing Date and Time(s):<br><br>4/29/2026     11:00 am | Name of Presiding Judge:<br><br>Peggy Hunt |

| Portions Requested: | Cost Requirements: |
|---|---|
| ☑   Entire Hearing<br><br>❑   Opening Statements<br><br>❑   Ruling Only<br><br>❑   Closing Statements<br><br>❑   Testimony of (Specify Witness)<br><br>_____<br><br>_____ | ❑   Check for \$34.00* payable to "Clerk, U.S. Bankruptcy Court" or payment can be made by credit card. If paying by phone, contact the U.S. Bankruptcy Court cashier at 801-524-6687 (select option 1 for a cashier).<br><br>❑   Name and email address of party requesting the audio file.<br><br>_____<br><br>_____<br><br>*Each hearing requested costs \$34.00. |

| Select a file format: | Signature: By signing, I certify that I will pay all charges prior to receipt of the audio file. |
|---|---|
| ☐   WMA (Windows Media Audio)<br>Playback using Windows Media Player.<br><br>☑   MP3<br>Playback using any device that is MP3 compatible. | *Michelle Mallonee*<br><br>Date:   5/4/2026 |
| | I hereby certify that I made a true and correct copy of the requested hearings:<br>ECRO/CRD Signature:<br><br>Date: |

This order form may be delivered to the U.S. Bankruptcy Court at the Orrin G. Hatch Courthouse, 351 South West Temple, Salt Lake City, Utah or emailed to Maryn Richmond at maryn_richmond@utb.uscourts.gov or Tina Coates at

tina_coates@utb.uscourts.gov.            Revised 12/01/2023