UNITED STATES BANKRUPTCY COURT

DISTRICT OF Utah

In Re. Wohali Land Estates LLC §
§
§
Debtor(s) §

Case No. 25-24610

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 08/08/2025

Months Pending: 14

Industry Classification: 7 1 3 9

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Matt McKinlay
Signature of Responsible Party

10/20/2026
Date

Matt McKinlay
Printed Name of Responsible Party

13601 W McMillan Rd # 102 PMB 320 Boise ID 83713
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $1,267,217 | |
| b. | Total receipts (net of transfers between accounts) | $729 | $74,026,488 |
| c. | Total disbursements (net of transfers between accounts) | $150 | $73,058,607 |
| d. | Cash balance end of month (a+b-c) | $1,267,796 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $150 | $73,058,607 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $2,666,667 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d | Total current assets | $3,934,463 |
| e. | Total assets | $4,023,562 |
| f. | Postpetition payables (excluding taxes) | $862,866 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $862,866 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $15,979,351 |
| n. | Total liabilities (debt) (j+k+l+m) | $16,842,217 |
| o. | Ending equity/net worth (e-n) | $-12,818,655 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $66,803,795 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $66,803,795 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $729 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $729 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $150 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $8,340 | |
| k. | Profit (loss) | $-7,761 | $-89,788,182 |

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $1,904,287 | $0 | $1,904,287 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Foley & Lardner | Lead Counsel | $0 | $1,267,434 | $0 | $1,267,434 |
| | ii | Matt McKinlay - Trustee | Other | $0 | $172,583 | $0 | $172,583 |
| | iii | Ampleo - Financial Advisors | Financial Professional | $0 | $438,937 | $0 | $438,937 |
| | iv | Cohne Kinghorn | Special Counsel | $0 | $25,333 | $0 | $25,333 |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | ○ | ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | ○ | ● | | |
| c. | Were any payments made to or on behalf of insiders? | ○ | ● | | |
| d. | Are you current on postpetition tax return filings? | ● | ○ | | |
| e. | Are you current on postpetition estimated tax payments? | ● | ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | ● | ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | ○ | ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | ● | ○ | ○ | |
| i. | Do you have: Worker's compensation insurance? | ○ | ● | | |
| | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| | Casualty/property insurance? | ○ | ● | | |
| | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| | General liability insurance? | ○ | ● | | |
| | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | ○ | ● | | |
| k. | Has a disclosure statement been filed with the court? | ○ | ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ● | ○ | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| Matt McKinlay | Matt McKinlay |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 10/20/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Wohali Land Estates LLC Case No. 25-24610

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

**Wohali Land Estates, LLC**
**Case No. 25-24610**
**Reporting Period: September 2026**

# ATTACHMENTS TO SEPTEMBER 2026 MONTHLY OPERATING REPORT

**Wohali Land Estates, LLC**
**Case No. 25-24610**
**Reporting Period: September 2026**

## GLOBAL DISCLAIMERS AND SALE INFORMATION

---

Disclaimer

The Chapter 11 Trustee (the "***Trustee***") was appointed by the Court on October 9, 2025. This monthly operating report ("***MOR***") is based on the information available to the Trustee from Wohali Land Estates, LLC's ("***Wohali***" or the "***Debtor***") books and records, the Court docket, the Debtor's schedules, and information provided by prior management since the Trustee's appointment.

To comply with his obligations to provide MORs during this Chapter 11 case, the Trustee has prepared this MOR using the best information presently available to him. The Trustee is working diligently with his advisors to verify the information contained in the Debtor's books and records and schedules filed with the Court.

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtor's chapter 11 case.

Inadvertent errors or omissions may have occurred in the preparation of this MOR. Accordingly, the Trustee reserves all of his rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation or other statement set forth in this MOR. Further, the Trustee reserves the right to amend or supplement this MOR, if necessary.

The Debtor is responsible for a short period Federal and State tax returns for January 2024 through March 2024 and has not yet filed that short period 2024 return based on a request from the prior tax preparers firm. However, upon information and belief, the Debtor's parent (Wohali Partners, LLC) has not filed a tax return for 2024, or 2025.

Ampleo

**Wohali Land Estates LLC**
**Case #25-24610**
**Analysis of Cash Receipts and Disbursements**
**9/1/26 thru 9/30/26**

| | 6889 Old Oper | 0243 New DIP | 8642 Golf Escrow | 8618 Golf Oper | 8600 Interest Bearing | | |
|---|---|---|---|---|---|---|---|
| **Balance at Aug 31, 2026** | 0.03 | 253.68 | - | - | 1,266,963.47 | 1,267,217.18 | **All** |
| **Cash In** | | | | | | | |
| Interest Income | | | | | 729.08 | | |
| **Total Cash In** | - | - | - | - | 729.08 | 729.08 | |
| **Transfers** | | | | | | | |
| **Net Transfers** | - | - | - | - | - | | |
| **Cash Out** | | | | | | | |
| Bank fees | | - | | | 150.00 | | |
| **Total Cash Out** | - | - | - | - | 150.00 | 150.00 | |
| **Balance at Sep 30, 2026** | 0.03 | 253.68 | - | - | 1,267,542.55 | 1,267,796.26 | **All** |

**Wohali Land Estates LLC**

**Post Petition Accounts Payable**

**Case 25-24610**

**Sep 30 2026**

| | Current |
|---|---|
| **Ampleo - Financial Advisors** | 144,787.25 |
| **Matt McKinlay - Ch 11 Trustee** | 64,970.00 |
| **Cohne Kinghorn PC** | 28,236.34 |
| **EB5AN** | 117,520.17 |
| **Foley & Lardner** | 507,352.10 |
| **TOTAL** | **862,865.86** |

9:57 AM

10/01/26

# Wohali Land Estates LLC
# Reconciliation Detail
## Wells Fargo DIP acct 0243, Period Ending 09/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 15,253.68 |
| Cleared Balance | | | | | | 15,253.68 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 06/02/2026 | 1050 | Dave Burkhart | | -15,000.00 | -15,000.00 |
| Total Checks and Payments | | | | | -15,000.00 | -15,000.00 |
| Total Uncleared Transactions | | | | | -15,000.00 | -15,000.00 |
| Register Balance as of 09/30/2026 | | | | | -15,000.00 | 253.68 |
| **Ending Balance** | | | | | **-15,000.00** | **253.68** |

# Wells Fargo Business Essentials Ckg

Account number: [redacted]**0243** ■ September 1, 2026 - September 30, 2026 ■ Page 1 of 1

WELLS FARGO

WOHALI LAND ESTATES LLC
DEBTOR IN POSSESSION
CH11 CASE #25-24610 UT
C/O MATT MCKINLAY, CHAPTER 11 TRUSTEE
13601 W MCMILLAN RD STE 102 PMB 320
BOISE ID 83713-2071

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### *Wells Fargo Business Essentials Ckg*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]0243 | $15,253.68 | $0.00 | $0.00 | $15,253.68 |

### Daily ledger balance summary

| *Date* | *Balance* |
|---|---|
| 08/31 | 15,253.68 |

**Average daily ledger balance** **$15,253.68**

©2026 Wells Fargo Bank, N.A
All rights reserved. Member FDIC.

9:56 AM
10/01/26

# Wohali Land Estates LLC
## Reconciliation Detail
### Wells Fargo Golf DIP sav 8600, Period Ending 09/30/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,266,963.47 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 09/14/2026 | v | bank | X | -150.00 | -150.00 |
| Total Checks and Payments | | | | | -150.00 | -150.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 09/30/2026 | v | | X | 729.08 | 729.08 |
| Total Deposits and Credits | | | | | 729.08 | 729.08 |
| Total Cleared Transactions | | | | | 579.08 | 579.08 |
| Cleared Balance | | | | | 579.08 | 1,267,542.55 |
| Register Balance as of 09/30/2026 | | | | | 579.08 | 1,267,542.55 |
| **Ending Balance** | | | | | **579.08** | **1,267,542.55** |

# Business Essentials Interest Ckg

Account number: [redacted]**8600** ■ September 1, 2026 - September 30, 2026 ■ Page 1 of 2

WELLS FARGO

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

WOHALI LAND ESTATES LLC
DEBTOR IN POSSESSION
CH11 CASE #25-24610 UT
GOLF COURSE HOLDING ACCOUNT
13601 W MCMILLAN RD STE 102 PMB 320
BOISE ID 83713-2071

## Account summary

### *Business Essentials Interest Ckg*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]8600 | $1,266,963.47 | $729.08 | -$150.00 | $1,267,542.55 |

### Interest summary

| | |
|---|---|
| Annual percentage yield earned this period | 0.70% |
| Interest earned during this period | $729.08 |
| Year to date interest and bonuses paid | $5,589.71 |

### Credits

**Electronic deposits/bank credits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 09/30 | 729.08 | Interest Payment |
| | | **$729.08** | **Total electronic deposits/bank credits** |
| | | **$729.08** | **Total credits** |

### Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 09/11 | 150.00 | Client Analysis Srvc Chrg 260910 Svc Chge 0826 [redacted]8600 |
| | | **$150.00** | **Total electronic debits/bank debits** |
| | | **$150.00** | **Total debits** |

©2026 Wells Fargo Bank, N.A
All rights reserved. Member FDIC.

# Business Essentials Interest Ckg

Account number: [redacted] **6889** ■ September 1, 2026 - September 30, 2026 ■ Page 1 of 1

WELLS FARGO

WOHALI LAND ESTATES LLC
C/O MATT MCKINLAY, CHAPTER 11 TRUSTEE
13601 W MCMILLAN RD STE 102 PMB 320
BOISE ID 83713-2071

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (119)
CR Exec Emm Cips Utah Bl
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Business Essentials Interest Ckg*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]6889 | $0.03 | $0.00 | $0.00 | $0.03 |

### Interest summary

| | |
|---|---|
| Annual percentage yield earned this period | 0.00% |
| Interest earned during this period | $0.00 |
| Year to date interest and bonuses paid | $0.00 |

### Daily ledger balance summary

| *Date* | *Balance* |
|---|---|
| 08/31 | 0.03 |

**Average daily ledger balance** **$0.03**

©2026 Wells Fargo Bank, N.A
All rights reserved. Member FDIC.

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 08/31 | 1,266,963.47 | 09/11 | 1,266,813.47 | 09/30 | 1,267,542.55 |

**Average daily ledger balance** **$1,266,887.77**

©2026 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Wells Fargo Business Essentials Ckg

Account number: [redacted]**8618** ■ September 1, 2026 - September 30, 2026 ■ Page 1 of 1

WELLS FARGO

WOHALI LAND ESTATES LLC
DEBTOR IN POSSESSION
CH11 CASE #25-24610 UT
GOLF COURSE OPERATING ACCOUNT
13601 W MCMILLAN RD STE 102 PMB 320
BOISE ID 83713-2071

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### *Wells Fargo Business Essentials Ckg*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]8618 | $0.00 | $0.00 | $0.00 | $0.00 |

### Daily ledger balance summary

| *Date* | *Balance* |
|---|---|
| 08/31 | 0.00 |

**Average daily ledger balance** **$0.00**

©2026 Wells Fargo Bank, N.A
All rights reserved. Member FDIC.

# Wells Fargo Business Essentials Ckg

Account number: [redacted]**8642** ■ September 1, 2026 - September 30, 2026 ■ Page 1 of 1

WOHALI LAND ESTATES LLC
DEBTOR IN POSSESSION
CH11 CASE #25-24610 UT
EARNEST MONEY TRUST ACCOUNT
13601 W MCMILLAN RD STE 102 PMB 320
BOISE ID 83713-2071

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### *Wells Fargo Business Essentials Ckg*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]8642 | $0.00 | $0.00 | $0.00 | $0.00 |

### Daily ledger balance summary

| *Date* | *Balance* |
|---|---|
| 08/31 | 0.00 |

**Average daily ledger balance** **$0.00**

©2026 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.