Ellen E. Ostrow (#14743)
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, Utah 84111
Email: eostrow@foley.com
Telephone: 801.401.8900

*Counsel for Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>Wohali Land Estates, LLC,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 25-24610<br><br>Hon. Peggy Hunt |

# REPLY IN SUPPORT OF APPLICATION OF MATT MCKINLAY, CHAPTER 11 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS SOLVENCY EXPERT

Matt McKinlay, in his capacity as the Chapter 11 Trustee (the "***Trustee***") of the Chapter 11 bankruptcy estate (the "***Estate***") of Wohali Land Estates, LLC (the "***Debtor***") in the above-referenced chapter 11 case (the "***Chapter 11 Case***"), hereby files this reply in support of the application [Docket No. 672] (the "***Application***") to retain Berkeley Research Group, LLC ("***BRG***") as the Trustee's solvency expert and related litigation support and in response to the U.S. Trustee's limited objection to the same [Docket No. 674] (the "***Objection***"). In support of the Application and this Reply, the Trustee respectfully states as follows:

1. In the Objection, the US Trustee questions why the services of BRG are reasonable and necessary when the Trustee has already retained a financial advisor at the outset of the case.

2. *First*, the retention of BRG is limited to serving as a solvency expert as it relates to pursuing recoveries against third parties for the benefit of the estate and creditors. Specifically, the

Trustee recently filed eight adversary proceedings to recover land the Debtor transferred prepetition without receiving reasonably equivalent value (the "***Land Credit Litigation***"). The potential recoveries from the Land Credit Litigation are substantial (potentially more than $10 million). And an element of the claims is whether the Debtor was insolvent at the time of the transfers. In fact, the Trustee is in active discussions with some of the Land Credit Litigation defendants, who have already questioned whether the Debtor was insolvent when the lands were transferred.

3. BRG is being retained solely to assist with the litigation, and specifically the solvency analysis. Paul Shields of BRG has been qualified in court and engaged in at least a dozen matters as a solvency expert. Given the potential recoveries for the benefit of the estate and its creditors, the Trustee believes the need for a solvency expert is critical, and respectfully requests the Court approve the Application.

4. *Second*, while Ampleo (the Trustee's financial advisor) and the Trustee did conduct initial work to determine what claims the estate may have, the efforts of BRG will not duplicate those efforts. The initial assessment of claims is not the same as serving as a solvency expert in the litigation, and the Trustee, in his business judgment, believes that an independent, qualified solvency expert is imperative given the potential recoveries. While the Trustee himself is a solvency expert, he is the client in this case and cannot serve as the expert. The only other qualified expert at Ampleo is not available to provide such services. Accordingly, the retention of BRG is necessary and beneficial to the estate, and the Trustee and Ampleo will work with BRG to provide the necessary information for BRG to prepare its analysis regarding the Debtor's solvency at the time of the transfers. Further, the Trustee will monitor his professionals to ensure there is no duplication of efforts.

Based on the foregoing, the Trustee respectfully requests the Court overrule the Objection and authorize the Trustee's retention of BRG as his solvency expert.

DATED this 22nd day of October 2026.

Respectfully submitted,

/s/ Ellen E. Ostrow
Ellen E. Ostrow
Foley & Lardner LLP
*Counsel for the Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, a true and correct copy of the foregoing REPLY IN SUPPORT OF APPLICATION OF MATT MCKINLAY, CHAPTER 11 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC AS SOLVENCY EXPERT was electronically filed and therefore served via ECF on the following:

- **Megan K Baker** baker.megan@dorsey.com, gordon.rebecca@dorsey.com
- **David P. Billings** dbillings@fabianvancott.com, cbuhler@fabianvancott.com
- **Bryan H Booth** bryan@mountainwestlaw.com, lisa@mountainwestlaw.com
- **Scott S Bridge** sbridge@keslerrust.com
- **Matthew James Burne** matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan C. Cadwallader** rcadwallader@kmclaw.com, twhite@kmclaw.com
- **P. Matthew Cox** mcox@spencerfane.com, tking@spencerfane.com
- **Michael Allen Gehret** mike.gehret@dentons.com, kim.altamirano@dentons.com
- **Patricia Geary Glenn** pgearyglenn@gmail.com
- **Nicholas Hagen** nhagen@rqn.com, ecasaday@rqn.com;docket@rqn.com
- **Jason W. Hardin** jhardin@fabianvancott.com, cbuhler@fabianvancott.com,aknief@fabianvancott.com
- **Carson Heninger** heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com
- **Penrod W. Keith** penrod.keith@dentons.com, kristin.hughes@dentons.com
- **Thomas E. Kessinger** tkessinger@agutah.gov
- **Justin J. Keys** justin@hlhparkcity.com, nancy@hlhparkcity.com
- **Bryce L. Krieger** bryce.krieger@dentons.com
- **Trevor C Lang** tclang@agutah.gov, staff@mohtrial.com
- **Matt McKinlay** mmckinlay@ampleo.com
- **Justin A. Nance** justin.nance@dentons.com
- **Matt C. Osborne** matt@oblawpc.com
- **Ellen E. Ostrow** eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;rgledhill@foley.com;geysa.peeler@foley.com;elisha.burton@foley.com
- **Douglas J. Payne** dpayne@fabianvancott.com, lwilson@fabianvancott.com;dadamson@fabianvancott.com
- **Charles Louis Pearlman** charles@hlh.law
- **Mark C. Rose** mrose@rqn.com, docket@rqn.com;jsears@rqn.com
- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Jeffrey Weston Shields** jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com

- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **J. Craig Smith** jcsmith@shutah.law
- **Andrew James Somers** asomers@parsonsbehle.com, ecf@parsonsbehle.com
- **Abigail Jennifer Stone** abigail.stone@gtlaw.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

*/s/ Elisha Burton*